**SEALED**

Office of the United States Attorney
District of Nevada
333 Las Vegas Blvd., South, Ste. 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) SEALED SUPERSEDING |
| Plaintiff, | ) Case No.: 2:16-cr-046-GMN-PAL |
| vs. | ) ORDER FOR ISSUANCE OF ) WRIT OF HABEAS CORPUS ) AD PROSEQUENDUM FOR |
| RYAN W. PAYNE, | ) RYAN W. PAYNE ) (ID#) 79402-065 |
| Defendant. | ) |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **RYAN W. PAYNE** before the United States District Court at Las Vegas, Nevada, on or about Monday, March 28, 2016 NJK, Courtroom 3C, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: March 2, 2016

_____
UNITED STATES MAGISTRATE JUDGE

```
 1  DANIEL G. BOGDEN
    United States Attorney
 2  District of Nevada
    STEVEN W. MYHRE
 3  NICHOLAS D. DICKINSON
    Assistant United States Attorneys
 4  NADIA J. AHMED
    ERIN M. CREEGAN
    Special Assistant United States Attorneys
 5  333 Las Vegas Boulevard South
    Suite 5000
 6  Las Vegas, Nevada  89101
    702-388-6336
 7
                    UNITED STATES DISTRICT COURT
 8                       DISTRICT OF NEVADA
                               -oOo-
 9

10  UNITED STATES OF AMERICA,        )  SEALED SUPERSEDING
                                     )
11           Plaintiff,              )  Case No.: 2:16-cr-046-GMN-PAL
                                     )
12      vs.                          )  PETITION FOR WRIT OF HABEAS
                                     )  CORPUS AD PROSEQUENDUM FOR
                                     )  RYAN W. PAYNE
13  RYAN W. PAYNE,                   )  (ID#) 79402-065
                                     )
14           Defendant.              )
                                     )
15  _____  )
```

16   The petition of the United States Attorney for the District of Nevada respectfully shows

17   that **RYAN W. PAYNE**, is committed by due process of law in the custody of the Warden,

18   Multnomah County Jail, Portland, Oregon, that it is necessary that the said **RYAN W. PAYNE**

19   be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said

20   **RYAN W. PAYNE** may be present before the United States District Court for the District of

21   Nevada, Las Vegas, Nevada, on ___ Monday, March 28, 2016 NJK, Courtroom 3C _____, at the hour of 3:00 p.m.,

22   for arraignment and from time to time and day to day thereafter until excused by the said Court.

23   That the presence of the said **RYAN W. PAYNE** before the United States District Court

24   on or about _ Monday, March 28, 2016 NJK, Courtroom 3C _____, at the hour of 3:00 p.m., for

arraignment and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Multnomah County Jail, Portland, Oregon, and to the United States Marshal for the District of Nevada, commanding them to produce the said **RYAN W. PAYNE** before the United States District Court on or about _____ Monday, March 28, 2016 / NJK, Courtroom 3C \_\_\_, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Multnomah County Jail, Portland, Oregon.

DATED this 2nd day of March, 2016.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ STEVEN W. MYHRE
Assistant United States Attorney