1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,

Plaintiff,

v.

CLIVEN BUNDY, et al.,

Defendants.

Case No. 2:16-cr-00046-GMN-PAL

**ORDER**

(Mots. for Joinder – Dkt. ##294, 296, 303, 304, 307)

This matter is before the Court on numerous Defendants Ryan W. Payne, David H. Bundy, Eric J. Parker, Peter T. Santilli, Jr., and Cliven D. Bundy's Motions for Joinder (Dkt. ##294, 296, 303, 304, 307) to Defendant Ammon Bundy's Memorandum Regarding Complexity (Dkt. #290). These Motions are referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 and 1-7 of the Local Rules of Practice. At the scheduling hearing held April 22, 2016 the court orally granted all requests for joinders in issues related to the parties' proposed scheduling orders.

Accordingly,

**IT IS ORDERED:** Defendants Ryan W. Payne, David H. Bundy, Eric J. Parker, Peter T. Santilli, Jr., and Cliven D. Bundy's Motions for Joinder (Dkt. ##294, 296, 303, 304, 307) are GRANTED.

Dated this 9th day of May, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE