RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRENDA WEKSLER
State Bar No. 8124
Assistant Federal Public Defender
RYAN NORWOOD
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brenda_Weksler@fd.org

Attorneys for Ryan W. Payne

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RYAN W. PAYNE, <br><br> Defendant. | 2:16-cr-046-GMN-PAL <br><br> **<u>DEFENDANT RYAN W. PAYNE'S JOINDER TO DEFENDANT RYAN BUNDY'S MOTION FOR DISCLOSURE AND INSPECTION REGARDING GOVERNMENT'S USE OF INFORMANTS, OPERATIVES AND COOPERATING INDIVIDUALS, WITH RELATED DISCLOSURES (ECF NO. 1239)</u>** |

**Certification**: This motion is timely filed.

COMES NOW the defendant, Ryan W. Payne, by and through his counsel of record, Ryan Norwood and Brenda Weksler, Assistant Federal Public Defender, and hereby joins Defendant Ryan Bundy's Motion for disclosure and inspection regarding Government's use of informants, operatives and cooperating individuals, with related disclosures (ECF No. 1239).

DATED this 9th day of January, 2017.

                    RENE VALLADARES
                    Federal Public Defender

By: */s/ Ryan Norwood*
    RYAN NORWOOD
    Assistant Federal Public Defender

By: */s/ Brenda Weksler*
    BRENDA WEKSLER
    Assistant Federal Public Defender

# CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on January 9, 2017, she served an electronic copy of the above and foregoing **DEFENDANT RYAN W. PAYNE'S JOINDER TO DEFENDANT RYAN BUNDY'S MOTION FOR DISCLOSURE AND INSPECTION REGARDING GOVERNMENT'S USE OF INFORMANTS, OPERATIVES AND COOPERATING INDIVIDUALS, WITH RELATED DISCLOSURES (ECF NO. 1239)** by electronic service (ECF) to the person named below:

DANIEL G. BOGDEN
United States Attorney
ERIN M. CREEGAN
Assistant United States Attorney
NADIA JANJUA AHMEN
Assistant United States Attorney
NICHOLAS DICKINSON
Assistant United States Attorney
STEVEN MYHRE
Assistant United States Attorney
501 Las Vegas Blvd. South
Suite 1100
Las Vegas, NV 89101

*/s/ Lauren Pullen*
Employee of the Federal Public Defender

3