# FILED
## UNDER
# SEAL

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>v.<br><br>RYAN W. PAYNE, et al.,<br><br>                Defendants. | Case No. 2:16-cr-00046-GMN-PAL<br><br>**SEALED *EX PARTE* ORDER**<br><br>(*Ex Parte* Mot. Subpoenas – ECF No. 1292) |

This matter is before the court on Defendant Ryan W. Payne's Sealed *Ex Parte* Motion for Issuance of Subpoenas (ECF No. 1292) and Sealed Exhibits (ECF No. 1384). This motion was filed in response to the court's January 6, 2017 Order (ECF No. 1257) granting in part and denying in part Payne's *Ex Parte* Motion for Issuance of Subpoenas (ECF No. 1192) and instructing counsel to revise the proposed subpoenas duces tecum. The court has considered the revised request for subpoenas.

Having reviewed and considered the matter the court finds that Mr. Payne has met his burden under *United States v. Iozia*, 13 F.R.D. 335, 338 (S.D.N.Y. 1952), of establishing the need for pretrial production of the requested documents. The court will therefore direct issuance of subpoenas directing the custodian of records for the Department of the Interior's Bureau of Land Management, Nevada Highway Patrol, Las Vegas Metropolitan Police Department, and National Park Service to produce the designated items to the Clerk of the Court by the close of business on **February 13, 2017**. Upon receipt of the documents, the Clerk shall notify counsel for the parties that the documents are available for inspection and copying.

Accordingly,

/ / /

/ / /

1

**IT IS ORDERED:**

1. Defendant Ryan W. Payne's *Ex Parte* Motion for Issuance of Subpoenas (ECF No. 1292) is **GRANTED**, and the motion shall remain *ex parte* and under seal.
2. The Clerk of the Court SHALL ISSUE the proposed subpoenas contained in the Sealed Exhibits (ECF No. 1384), and deliver the subpoenas and a copy of this Order to the United States Marshal.
3. The United States Marshal shall serve the subpoenas along with a copy of this order.
4. By the close of business on **February 13, 2017**, the custodian of records for each agency shall produce and forward records responsive to the subpoenas along with a copy of this Order directly to:

   Clerk of Court
   United States District Court for the District of Nevada
   333 Las Vegas Blvd., South
   Las Vegas, Nevada 89101

5. Upon receipt of the records, the Clerk of Court shall notify counsel for the parties that the documents are available for inspection and copying.
6. The cost of process, fees, and expenses for the subpoena shall be paid as if subpoenaed on behalf of the government, the court being satisfied that Defendant Payne is financially unable to pay the fees and expenses.

Dated this 25th day of January, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE