RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RYAN NORWOOD
Assistant Federal Public Defender
BRENDA WEKSLER
Assistant Federal Public Defender
State Bar No. 8124
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brenda_Weksler@fd.org

Attorney for Ryan W. Payne

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RYAN W. PAYNE,<br><br>    Defendant. | Case No. 2:16-cr-046-GMN-PAL<br><br>**MOTION TO WITHDRAW MOTION TO COMPEL (ECF NO. 1660)** |

**Certification**: This Motion is timely filed.

Defendant Ryan W. Payne, by and through his counsel of record, Brenda Weksler and Ryan Norwood, Assistant Federal Public Defenders, hereby submits this Motion to Withdraw Motion to Compel Discovery (ECF No. 1660).

DATED this 7th day of March, 2017.

RENE L. VALLADARES
Federal Public Defender

By: */s/ Brenda Weksler*
BRENDA WEKSLER
Assistant Federal Public Defender
Attorney for Ryan W. Payne


*/s/ Ryan Norwood*
RYAN NORWOOD
Assistant Federal Public Defender
Attorney for Ryan W. Payne

**IT IS ORDERED** that:

1. The Motion to Withdraw (ECF No. 1680) is **GRANTED**, and the Motion to Compel (ECF No. 1660) is **WITHDRAWN**.

2. Santilli's Motion for Joinder to the Motion to Compel (ECF No. 1661) is **MOOT**.

Dated: March 10, 2017

Peggy A. Leen
United States Magistrate Judge

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on March 7, 2017, she served an electronic copy of the above and foregoing **MOTION TO WITHDRAW MOTION TO COMPEL (ECF NO. 1660)** by electronic service (ECF) to the person named below:

> DANIEL G. BOGDEN
> United States Attorney
> ERIN M. CREEGAN
> Assistant United States Attorney
> NADIA JANJUA AHMEN
> Assistant United States Attorney
> NICHOLAS DICKINSON
> Assistant United States Attorney
> STEVEN MYHRE
> Assistant United States Attorney
> 501 Las Vegas Blvd. South
> Suite 1100
> Las Vegas, NV 89101

*/s/ Lauren Pullen*
Employee of the Federal Public Defender