IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 2:16-cr-46-GMN-PAL |
| Plaintiff, | ) | |
| | ) | **ORDER TEMPORARILY UNSEALING** |
| vs. | ) | **TRANSCRIPT** |
| ERIC J. PARKER, et al., | ) | |
| Defendant. | ) | |

On February 17, 2017, Katherine Eismann, Official Court Reporter, received a Transcript Order from Brenda Weksler and Richard E. Tanasi, counsel for defendants, requesting a transcript of the sealed hearing February 14, 2017, in the above-entitled matter.

**IT IS THE ORDER OF THE COURT** that the sealed hearing shall be unsealed for the limited purpose of providing a copy of the transcript as requested.

**IT IS FURTHER ORDERED** that the sealed hearing shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 73(b) and remain sealed until further order of the Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

**DATED** this 3 day of April 2017.

_____
GLORIA M. NAVARRO
U.S. District Court Chief Judge