# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RYAN W. PAYNE,

    Defendant.

Case No. 2:16-cr-046-GMN-PAL

**ORDER**

(Mot. to Withdraw - ECF No. 2229)

**IT IS HEREBY ORDERED** that Defendant Ryan W. Payne's Ex Parte Motion to Withdraw Prior Motion (ECF No. 2229) is **GRANTED**. The previous Motion to Allow Group Meetings for Tier One Trial Group (ECF No. 2227) is withdrawn.

DATED this  4th  day of August, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE