# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RYAN W. PAYNE,<br><br>    Defendant. | Case No. 2:16-cr-046-GMN-PAL<br><br>**ORDER**<br><br>(Ex Parte Mot. to Allow Group Meeting - ECF No. 2230) |

**IT IS HEREBY ORDERED** that Defendant Ryan W. Payne's Ex Parte Motion to Allow Group Meeting for Tier One Trial Group (ECF No. 2230) is **GRANTED**. CCA/CoreCivic shall allow a group meeting with the next trial group, which consists of Cliven Bundy, Ryan Bundy, Ammon Bundy, Ryan Payne, and Peter Santilli on Friday, August 18, 2017 at a time convenient to the facility.

DATED this __4th__ day of August, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

3