RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRENDA WEKSLER
Assistant Federal Public Defender
Nevada State Bar No. 8124
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brenda_Weksler@fd.org

Attorney for Ryan W. Payne

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-046-GMN-PAL |
| Plaintiff, | **MOTION TO SET HEARING FOR FARETTA CANVASS AND ADJOINING MATTERS** |
| v. | |
| RYAN W. PAYNE, | **[Expedited Treatment Requested]** |
| Defendant. | |

**Certification**: This Motion is timely filed.

NOW COMES the defendant, Ryan Payne, by and through counsel, and respectfully files this Motion to Set Hearing for *Faretta* Canvass and Adjoining Matters, for which he requests expedited treatment.

DATED this 15th day of August, 2017.

                RENE L. VALLADARES
                Federal Public Defender

           By: */s/ Brenda Weksler*
              BRENDA WEKSLER
              Assistant Federal Public Defender

           By: */s/ Ryan Norwood*
              RYAN NORWOOD
              Assistant Federal Public Defender

**ISSUE**

On August 15, 2017, Ryan Payne expressed his desire to represent himself at trial pursuant to *Faretta* and requested to bring this matter to the Court's attention. *Faretta v. California*, 422 U.S. 806 (1975). Counsel seeks a hearing on this matter on an expedited basis. As this Court is well aware, preparation for this case demands extensive time and resources. Payne and his counsel need to know as soon as possible whether the Federal Public Defender's Office will continue to represent Mr. Payne, and what role, if any, the public defender will continue to play in this case. The status of the Federal Public Defender will affect the resources available to the defendant. Counsel asks that a hearing on Mr. Payne's request be set as soon as is practicable.

DATED this 15th day of August, 2017.

Respectfully submitted,
RENE L. VALLADARES
Federal Public Defender

By: */s/ Brenda Weksler*
BRENDA WEKSLER
Assistant Federal Public Defender

By: */s/ Ryan Norwood*
RYAN NORWOOD
Assistant Federal Public Defender

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on August 15, 2017, she served an electronic copy of the above and foregoing **MOTION TO SET HEARING FOR FARETTA CANVASS AND ADJOINING MATTERS** (Expedited Treatment Requested) by electronic service (ECF) to the person named below:

> STEVEN W. MYHRE
> Acting United States Attorney
> ERIN M. CREEGAN
> Assistant United States Attorney
> NADIA JANJUA AHMEN
> Assistant United States Attorney
> NICHOLAS DICKINSON
> Assistant United States Attorney
> 501 Las Vegas Blvd. South
> Suite 1100
> Las Vegas, NV 89101

*/s/ Lauren Conklin*
Employee of the Federal Public Defender

4