RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRENDA WEKSLER
Assistant Federal Public Defender
Nevada State Bar No. 8124
RYAN NORWOOD
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brenda_Weksler@fd.org

Attorneys for Ryan W. Payne

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-046-GMN-PAL |
| Plaintiff, | **MOTION TO WITHDRAW REQUEST FOR FARETTA HEARING** |
| v. | |
| RYAN W. PAYNE, | **[Expedited Treatment Requested]** |
| Defendant. | |

**Certification**: This Motion is timely filed.

NOW COMES the defendant, Ryan Payne, by and through counsel, and respectfully files this Motion to Withdraw his Request for *Faretta* hearing, for which he requests expedited treatment.

DATED this 17th day of August, 2017.

        RENE L. VALLADARES
        Federal Public Defender

      By: */s/ Brenda Weksler*
        BRENDA WEKSLER
        Assistant Federal Public Defender

      By: */s/ Ryan Norwood*
        RYAN NORWOOD
        Assistant Federal Public Defender

**MEMORANDUM**

After further consultation, Ryan Payne has advised undersigned he does not wish to proceed pro se in this matter. As a result, at this point there is no longer a need for him to be canvassed on this matter. Given this, Ryan Payne withdraws his motion and asks this court to vacate the hearing currently set for August 23, 2017.

DATED this 17th day of August, 2017.

Respectfully submitted,
RENE L. VALLADARES
Federal Public Defender

By: */s/ Brenda Weksler*
BRENDA WEKSLER
Assistant Federal Public Defender

By: */s/ Ryan Norwood*
RYAN NORWOOD
Assistant Federal Public Defender

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on August 17, 2017, she served an electronic copy of the above and foregoing **MOTION TO WITHDRAW REQUEST FOR FARETTA HEARING** (Expedited Treatment Requested) by electronic service (ECF) to the person named below:

> STEVEN W. MYHRE
> Acting United States Attorney
> ERIN M. CREEGAN
> Assistant United States Attorney
> NADIA JANJUA AHMEN
> Assistant United States Attorney
> NICHOLAS DICKINSON
> Assistant United States Attorney
> 501 Las Vegas Blvd. South
> Suite 1100
> Las Vegas, NV 89101

*/s/ Lauren Conklin*
Employee of the Federal Public Defender