UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br>v.<br>RYAN W. PAYNE,<br><br>                          Defendant. | Case No. 2:16-cr-00046-PAL-GMN<br><br>**ORDER**<br><br>(Mot. Special Master – ECF No. 2159)<br>(Mot. Seal – ECF No. 2160) |

Before the court is Defendant Ryan W. Payne's ("Payne") Motion for Appointment of a Special Master to Oversee Discovery (ECF No. 2159). The court has reviewed the motion, the Government's Opposition (ECF No. 2225), Payne's Reply (ECF No. 2243), and Defendant Jason D. Woods' Motion for Joinder (ECF No. 2210). Also before the court is Defendant Payne's Motion to Seal (ECF No. 2160). These Motions are referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 of the Local Rules of Practice. Having reviewed and considered the moving and responsive papers,

**IT IS ORDERED**:

1. Defendant Ryan W. Payne's Motion for Appointment of a Special Master to Oversee Discovery (ECF No. 2159) is **DENIED**.
2. Defendant Jason D. Woods' Motion for Joinder (ECF No. 2210) is **GRANTED.**
3. Payne's Motion to Seal (ECF No. 2160) is **GRANTED.**

DATED this 31st day of August, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE