UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br>RYAN W. PAYNE,<br><br>Defendant. | Case No. 2:16-cr-00046-GMN-PAL<br><br>**ORDER**<br><br>(Mot for Addresses – ECF No. 2261) |

Before the court is Defendant Ryan W. Payne's ("Payne") Motion Requesting Addresses for Purposes of Serving Subpoenas, or Designation of a Custodian of Records, or Representative at Legal Office of Different Federal Agencies (ECF No. 2261) which was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3. The court has considered the motion, the Government's Response (ECF No. 2321), and Payne's Reply (ECF No. 2339).

The reply indicates that counsel have been in communication regarding this matter and the government has provided the name of a Department of Interior official who will accept and serve defense subpoenas for their personnel and inform defense counsel if process cannot be effected. The government has also agreed to provide defense counsel with points of contact for other government agencies as they are made known for purposes of effecting or attempting to effect service of process.

Having reviewed and considered the matter,

**IT IS ORDERED;**

1. Ryan Payne's Motion Requesting Addresses for Purposes of Serving Subpoenas, or Designation of a Custodian of Records, or Representative at Legal Office of Different Federal Agencies (ECF No. 2261) is **GRANTED** to the extent the court will require the government to honor its agreement.

1

2. The government's agreement does not waive any objection to any testimony of the witnesses for whom this arrangement has been made.

3. The government will not be responsible for arranging for or reimbursing the witnesses for travel, lodging, or expenses.

DATED this 11th day of September, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE