RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRENDA WEKSLER
Assistant Federal Public Defender
Nevada State Bar No. 8124
RYAN NORWOOD
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brenda_Weksler@fd.org

Attorney for Ryan W. Payne

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-046-GMN-PAL |
| Plaintiff, | **NOTICE OF INTERLOCUTORY APPEAL** |
| v. | |
| RYAN W. PAYNE, | |
| Defendant. | |

NOTICE is given that Ryan W. Payne, defendant in the above-captioned case, and pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure, hereby gives notice of his interlocutory appeal to the United States Court of Appeals for the Ninth Circuit, of this Court's Order (ECF No. 2336), entered in this action on the 1st day of September, 2017, in which the Court denied the Defendant's Emergency Motion to Release Defendants on Due Process Grounds (ECF No. 2066).

1 DATED this 14th day of September, 2017.

2                                          RENE L. VALLADARES
3                                          Federal Public Defender

4                          By: */s/ Brenda Weksler*
5                                BRENDA WEKSLER
                                 Assistant Federal Public Defender
6                                  Attorney for Ryan W. Payne

7                          By: */s/ Ryan Norwood*
                               RYAN NORWOOD
8                                Assistant Federal Public Defender

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on September 14, 2017, she served an electronic copy of the above and foregoing **NOTICE OF INTERLOCUTORY APPEAL** by electronic service (ECF) to the person named below:

>STEVEN W. MYHRE
>Acting United States Attorney
>ERIN M. CREEGAN
>Assistant United States Attorney
>NADIA JANJUA AHMEN
>Assistant United States Attorney
>NICHOLAS DICKINSON
>Assistant United States Attorney
>501 Las Vegas Blvd. South
>Suite 1100
>Las Vegas, NV 89101

*/s/ Lauren Conklin*
Employee of the Federal Public Defender