RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRENDA WEKSLER
Assistant Federal Public Defender
Nevada State Bar No. 8124
RYAN NORWOOD
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brenda_Weksler@fd.org

Attorney for Ryan W. Payne

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>RYAN W. PAYNE,<br><br>   Defendant. | Case No. 2:16-cr-046-GMN-PAL<br><br>**MOTION REQUESTING AN EXTENSION TO FILE PAYNE'S TRIAL BRIEF** |

Defendant Ryan W. Payne, through his counsel of record, Assistant Federal Public Defenders Brenda Weksler and Ryan Norwood, hereby requests an extension to file his trial brief.

DATED this 28th day of September, 2017.

                                          RENE L. VALLADARES
                                          Federal Public Defender

                            By: */s/ Brenda Weksler*
                                          BRENDA WEKSLER
                                          Assistant Federal Public Defender

                            By: */s/ Ryan Norwood*
                                          RYAN NORWOOD
                                          Assistant Federal Public Defender

## ISSUE

The Court's Order Regarding Trial does not require Payne to file a Trial Brief, but allows for one to be filed should the defendant wish to do so. Payne is requesting an extension until October 6, 2017 to file this brief. There are several motions pending at this point. The way in which this Court decides these issues will affect the content of Payne's Trial Brief. This brief is not served on the Government until the defense commences its side of the case, so no prejudice results to the government from this request.

DATED this 28th day of September, 2017.

Respectfully submitted,
RENE L. VALLADARES
Federal Public Defender

By: */s/ Brenda Weksler*
BRENDA WEKSLER
Assistant Federal Public Defender

By: */s/ Ryan Norwood*
RYAN NORWOOD
Assistant Federal Public Defender

**IT IS SO ORDERED.**
**DATED** this 29 day of September, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on September 28, 2017, she served an electronic copy of the above and foregoing **MOTION REQUESTING AN EXTENSION TO FILE PAYNE'S TRIAL BRIEF** by electronic service (ECF) to the person named below:

> STEVEN W. MYHRE
> Acting United States Attorney
> ERIN M. CREEGAN
> Assistant United States Attorney
> NADIA JANJUA AHMEN
> Assistant United States Attorney
> DAN SCHIESS
> Assistant United States Attorney
> 501 Las Vegas Blvd. South
> Suite 1100
> Las Vegas, NV 89101

           */s/ Lauren Conklin*
           Employee of the Federal Public Defender