UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00046-GMN-PAL |
| Plaintiff, | |
| v. | **ORDER** |
| RYAN W. PAYNE, | (Mot. File Resp. – ECF No. 2562) |
| Defendant. | |

This matter is before the court on the Government's Motion to File Out of Time Response (ECF No. 2562) to Defendant Ryan W. Payne's Motion to Compel (ECF No. 2329). This Motion is referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 of the Local Rules of Practice.

Mr. Payne file his Motion to Compel (ECF No. 2329) on August 30, 2017. The parties filed a Stipulation (ECF No. 2407) on September 14, 2017, agreeing to continue the government's response deadline for a period of ten days to September 22, 2017. The court granted the stipulation. *See* Order (ECF No. 2428). On September 22, 2017, the parties filed a second Stipulation (ECF No. 2507) agreeing to continue the government's response deadline for a period of five days to September 27, 2017. The court granted the stipulation. *See* Order (ECF No. 2528).

The current motion was filed on the business day following the government's response deadline. Government counsel certifies that the delay was due solely to an administrative oversight and was not intended to delay trial. The proposed response is attached as an exhibit to the motion.

Accordingly, and for good cause appearing,

/ / /

/ / /

/ / /

1

**IT IS ORDERED:**

1. The Government's Motion to File Out of Time Response (ECF No. 2562) is **GRANTED**.

2. The Government is instructed to file the attached response on the docket.

Dated this 29th day of September, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE