RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRENDA WEKSLER
Assistant Federal Public Defender
Nevada State Bar No. 8124
RYAN NORWOOD
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brenda_Weksler@fd.org
Ryan_Norwood
Attorney for Ryan W. Payne

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN W. PAYNE,<br><br>Defendant. | Case No. 2:16-cr-046-GMN-PAL<br><br>**MOTION TO SET HEARING FOR FARETTA CANVASS AND ADJOINING MATTERS**<br>**(Expedited Treatment Requested)** |

NOW COMES the defendant, Ryan Payne, by and through his counsel of record, Brenda Weksler and Ryan Norwood, Assistant Federal Public Defenders, and respectfully files this Motion to Set Hearing for *Faretta* Canvass and Adjoining Matters, for which he requests expedited treatment.

/ / /

/ / /

/ / /

DATED this 2nd day of October, 2017.

                                          RENE L. VALLADARES
                                        Federal Public Defender

                              By:  */s/ Brenda Weksler*
                                        BRENDA WEKSLER
                                        Assistant Federal Public Defender

                              By:  */s/ Ryan Norwood*
                                        RYAN NORWOOD
                                        Assistant Federal Public Defender

**ISSUE**

On October 2, 2017, following a discussion about a recent filing, Ryan Payne expressed his disagreement with decisions made by his lawyers and expressed his desire to have a canvass pursuant to *Faretta v. California*, 422 U.S. 806 (1975). Counsel asks that this matter be addressed forthwith at or before the calendar call hearing set for tomorrow.

DATED this 2nd day of October, 2017.

Respectfully submitted,
RENE L. VALLADARES
Federal Public Defender

By: */s/ Brenda Weksler*
BRENDA WEKSLER
Assistant Federal Public Defender

By: */s/ Ryan Norwood*
RYAN NORWOOD
Assistant Federal Public Defender

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on October 2, 2017, she served an electronic copy of the above and foregoing **MOTION TO SET HEARING FOR FARETTA CANVASS AND ADJOINING MATTERS (Expedited Treatment Requested)** by electronic service (ECF) to the person named below:

> STEVEN W. MYHRE
> Acting United States Attorney
> ERIN M. CREEGAN
> Assistant United States Attorney
> NADIA JANJUA AHMEN
> Assistant United States Attorney
> NICHOLAS DICKINSON
> Assistant United States Attorney
> 501 Las Vegas Blvd. South
> Suite 1100
> Las Vegas, NV 89101

*/s/ Cecilia Valencia, Legal Assistant*
Employee of the Federal Public Defender