RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRENDA WEKSLER
Assistant Federal Public Defender
Nevada State Bar No. 8124
RYAN NORWOOD
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brenda_Weksler@fd.org

Attorney for Ryan W. Payne

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>RYAN W. PAYNE,<br><br>          Defendant. | Case No. 2:16-cr-046-GMN-PAL<br><br>**REQUEST FOR LEAVE OF COURT TO FILE REPLY IN RELATION TO ECF NOS. 2477 AND 2475** |

**Certification:** This Motion is timely filed.

NOW COMES the defendant, Ryan Payne, by and through his counsel of record, Brenda Weksler and Ryan Norwood, Assistant Federal Public Defenders, and requests for leave of court to file a reply in relation to ECF Nos. 2477 and 2475.

DATED this 4th day of October, 2017.

RENE L. VALLADARES
Federal Public Defender

By: */s/ Brenda Weksler*
BRENDA WEKSLER
Assistant Federal Public Defender
Attorney for Ryan W. Payne

By: */s/ Ryan Norwood*
RYAN NORWOOD
Assistant Federal Public Defender
Attorney for Ryan W. Payne

**MEMORANDUM**

Pursuant to this Court's Order regarding Trial, replies to Motions in Limine may only be filed with leave of court. Payne would like the opportunity to reply to the Government's consolidated response (ECF #2611).

DATED this 4th day of October, 2017.

                                            Respectfully submitted,
                                            RENE L. VALLADARES
                                            Federal Public Defender

                               By:  */s/ Brenda Weksler*
                                            BRENDA WEKSLER
                                            Assistant Federal Public Defender
                                            Attorney for Ryan W. Payne

                               By:  */s/ Ryan Norwood*
                                              RYAN NORWOOD
                                            Assistant Federal Public Defender
                                            Attorney for Ryan W. Payne

**IT IS SO ORDERED.**
Defendant shall have until October 10, 2017, to file a consolidated reply to the Government's consolidated response.

**DATED** this  5  day of October, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on October 4, 2017, she served an electronic copy of the above and foregoing **REQUEST FOR LEAVE OF COURT TO FILE REPLY IN RELATION TO ECF NOS. 2477 AND 2475** by electronic service (ECF) to the person named below:

>STEVEN W. MYHRE
>Acting United States Attorney
>ERIN M. CREEGAN
>Assistant United States Attorney
>NADIA JANJUA AHMEN
>Assistant United States Attorney
>DAN SCHIESS
>Assistant United States Attorney
>501 Las Vegas Blvd. South
>Suite 1100
>Las Vegas, NV 89101

*/s/ Lauren Conklin*
Employee of the Federal Public Defender