RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRENDA WEKSLER
Assistant Federal Public Defender
Nevada State Bar No. 8124
RYAN NORWOOD
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brenda_Weksler@fd.org

Attorney for Ryan W. Payne

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RYAN W. PAYNE,<br><br>　　　　　Defendant. | Case No. 2:16-cr-046-GMN-PAL<br><br>**REQUEST FOR LEAVE OF COURT TO FILE REPLY IN RELATION TO ECF NO. 2532**<br><br>Expedited Treatment Requested |

**Certification:** This Motion is timely filed.

NOW COMES the defendant, Ryan Payne, by and through his counsel of record, Brenda Weksler and Ryan Norwood, Assistant Federal Public Defenders, and requests for leave of court to file a reply in relation to ECF No 2532.

DATED this 11th day of October, 2017.

                        RENE L. VALLADARES
                        Federal Public Defender

By: */s/ Brenda Weksler*
     BRENDA WEKSLER
     Assistant Federal Public Defender
     Attorney for Ryan W. Payne

By: */s/ Ryan Norwood*
     RYAN NORWOOD
     Assistant Federal Public Defender
     Attorney for Ryan W. Payne

2

### MEMORANDUM

Pursuant to this Court's Order regarding Trial, replies to Motions in Limine may only be filed with leave of court. Payne would like the opportunity to reply to the Government's response (ECF #2644) in which it states that Payne either "misunderstands or misrepresents" issue-preclusion. Payne seeks leave to file a reply explaining why the government is in fact precluded from admitting evidence tying Parker and Drexler to the conspiracy with which Payne is charged. Payne submits it is important for this Court to consider the issue of defensive non-mutual issue preclusion, which he seeks to brief in its reply, before it enters an order on this important matter.

DATED this 11th day of October, 2017.

Respectfully submitted,
RENE L. VALLADARES
Federal Public Defender

By: */s/ Brenda Weksler*
BRENDA WEKSLER
Assistant Federal Public Defender
Attorney for Ryan W. Payne

By: */s/ Ryan Norwood*
RYAN NORWOOD
Assistant Federal Public Defender
Attorney for Ryan W. Payne

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that Defendant shall have until October 16, 2017 to file a Reply.

**DATED** this   13   day of October, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court

3

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on October 11, 2017, she served an electronic copy of the above and foregoing **REQUEST FOR LEAVE OF COURT TO FILE REPLY IN RELATION TO ECF NO. 2532 (Expedited Treatment Requested)** by electronic service (ECF) to the person named below:

>STEVEN W. MYHRE
>Acting United States Attorney
>ERIN M. CREEGAN
>Assistant United States Attorney
>NADIA JANJUA AHMEN
>Assistant United States Attorney
>DAN SCHIESS
>Assistant United States Attorney
>501 Las Vegas Blvd. South
>Suite 1100
>Las Vegas, NV 89101

>*/s/ Lauren Conklin*
>Employee of the Federal Public Defender