# *S E A L E D*

---

*Federal Public Defender*
*411 E. Bonneville Avenue, Suite 250*
*Las Vegas, NV  89101*
*(702) 388-6577*
*(702) 388-6261 (Fax)*

RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRENDA WEKSLER
Assistant Federal Public Defender
Nevada State Bar No. 8124
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brenda_Weksler@fd.org

Attorney for Ryan W. Payne

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RYAN W. PAYNE,<br><br>    Defendant. | Case No. 2:16-cr-046-GMN-PAL<br><br>**SEALED EX PARTE APPLICATION FOR AN ORDER FOR THE ISSUANCE OF SUBPOENA PURSUANT TO FEDERAL RULES OF CRIMINAL PROCEDURE 17(b)**<br><br>**(Expedited Treatment Requested)** |

The defendant, Ryan W. Payne, by and through his counsel of record, Rene L. Valladares, Federal Public Defender, and Brenda Weksler, Assistant Federal Public Defender, and files this ex parte application to the Court for the issuance of subpoena for the person named in the attached affidavit of counsel under Federal Rule of Criminal Procedure 17(b).

DATED this 13th day of October, 2017.

                                              RENE L. VALLADARES
                                              Federal Public Defender

                              By:  */s/ Brenda Weksler*
                                              BRENDA WEKSLER
                                              Assistant Federal Public Defender
                                              Attorney for Ryan W. Payne

# **AFFIDAVIT OF COUNSEL**

STATE OF NEVADA   )
                                   ):ss
COUNTY OF CLARK   )

BRENDA WEKSLER, being first duly sworn, deposes and says:

1. The affiant is an Assistant Federal Public Defender in the District of Nevada and in such capacity has been appointed as counsel for the defendant Ryan Payne.

2. The affiant is informed by the defendant, and does on the basis of said information allege, that the defendant is unable to pay the fees and expenses of the witnesses named below, and is further unable to pay the cost of service of subpoenas for the witnesses.

3. It is affiant's professional judgment and opinion that the testimony of this witness is necessary to support defendant's theory of defense at the evidentiary hearing, which is scheduled to commence on October 23, 2017 at 9:00 a.m.

4. The defendant requests the Court issue a subpoena for Department of the Interior employee Danielle Cardenas, and that the cost of process, fees and expenses of the witness be paid as if the witness had been subpoenaed on behalf of the government.

5. On October 3, 2017, Judge Navarro granted Payne's request for an evidentiary hearing on the matter concerning the shredding of documents at Gold Butte on April 11 and 12 of 2014. (*See* ECF 2608 and pertinent portions of transcript relating to Order). Payne requests a subpoena be issued for Danielle Cardenas, who worked at the Interagency Communication Center Manager at Gold Butte together with Toni Suminski, so she can testify at the October 23, 2017 evidentiary hearing.

6. Ms. Suminski has testified she was told to shred documents in relation to the impound operation but did not mention at whose direction. ECF No. 1774, pp. 237-239. Ms. Suminksi also testified that she shredded documents herself but at time indicated that "we" did the shredding. ECF No. 1774, pp. 266-267. In addition, Suminski testified law enforcement sensitive information documents and personal identifiable information documents were

2

1  shredded. Yet based on BLM Agent Kleman's affidavit, there appear to be other categories of
2  documents involved that were shredded as well. ECF No. 948, pp. 6-7. Danielle Cardenas
3  would be called to clarify some of these inconsistencies as she appears to have been working
4  with Toni Suminski on the day and time in question. ECF No. 1774, p. 205.

5      7.    Federal Rule of Criminal Procedure 17(b) authorizes this application to be made
6  ex parte.

7      8.    The affiant further requests that this application and the order be sealed until
8  further order of this Court.

9      9.    The requested witness is:

        Danielle Cardenas
        C/O Kent Kleman
        BLM Office of Law Enforcement and Security
        1387 S. Vinnell Way Boise, Idaho 83709

        BRENDA WEKSLER, Affiant
        Assistant Federal Public Defender

State of Nevada
County of Clark

SUBSCRIBED and SWORN to me this
13th day of October, 2017.

NOTARY PUBLIC in and for said
County and State.

FELICIA DARENSBOURG
Notary Public - State of Nevada
Appointment Recorded in Clark County
No: 10-2970-1 - Expires December 28, 2018

3

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RYAN W. PAYNE,<br><br>　　　　Defendant. | Case No. 2:16-cr-046-GMN-PAL<br><br>**ORDER FOR THE ISSUANCE OF SUBPOENAS FOR INDIGENT DEFENDANT** |

Upon the application of the defendant pursuant to Federal Rule of Criminal Procedure 17(b), and good cause appearing therefore:

IT IS HEREBY ORDERED that a subpoena be issued for the witness named below and that the cost of process, fees and expenses of the witnesses shall be paid as if subpoenaed on behalf of the government, the Court being satisfied that the presence of the witness being necessary to the presentation of an effective and adequate defense.

IT IS FURTHER ORDERED that this witness be provided travel to testify at the evidentiary hearing scheduled to commence on October 23, 2017 at 9:00 a.m.  The witness may require one (1) night lodging prior to arrival.  Counsel for defendant will notify the U.S. Marshal as soon as possible as to anticipated travel dates.

IT IS FURTHER ORDERED that the application and this order are hereby sealed until further order of the Court.  The requested witness is:

　　　　　　　　　　　　　　　　Danielle Cardenas
　　　　　　　　　　　　　　　　C/O Kent Kleman
　　　　　　　　　　　　　　　　BLM Office of Law Enforcement and Security
　　　　　　　　　　　　　　　　1387 S. Vinnell Way Boise, Idaho 83709

DATED this ____ day October, 2017.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

4