# Brief Exhibit No. 20



- Drop Points
- Points of Interest
- Range Improvements
- Alt A
- Alt B
- Route # 1
- Back Country Byway
- Open
- Closed
- Project Boundary

**Land Status**

- Bureau of Land Management
- Bureau of Reclamation
- National Park Service
- Private

# Area of Operation

Gold Butte
Cattle Trespass Impoundment
2014

0 1.5 3 6
Miles

Date: 4/4/2014

N

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual use ore aggregate use with other data. This information may not meet National Map Accuracy Standards.



## Area of Operation: 4/6/2014

Gold Butte
Cattle Trespass Impoundment
2014

- Drop Points
- Points of Interest
- Range Improvements
- Alt A
- Alt B
- Route # 1
- Back Country Byway
- Open
- Closed
- Project Boundary
- Land Status
- Private

Date: 4/5/2014

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual use ore aggregate use with other data. This information may not meet National Map Accuracy Standards.

GB.024630



# Area of Operation: 4/7/2014

- Drop Points
- Points of Interest
- Range Improvements
- Alt A
- Alt B
- Route # 1
- Back Country Byway
- Open
- Closed
- Project Boundary

**Land Status**

- Private

Gold Butte
Cattle Trespass Impoundment
2014

0 1.25 2.5 5
Miles

Date: 4/6/2014

N

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual use ore aggregate use with other data. This information may not meet National Map Accuracy Standards.

GB.024631




# Area of Operation

Gold Butte
Cattle Trespass Impoundment
2014

- Drop Points
- Points of Interest
- Range Improvements
- Alt A
- Alt B
- Route # 1
- Back Country Byway
- Open
- Closed
- Project Boundary

**Land Status**

- Private

0 1.25 2.5 5
Miles

Date: 4/7/2014

N

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual use ore aggregate use with other data. This information may not meet National Map Accuracy Standards.

GB.024632





## Area of Operation

Gold Butte
Cattle Trespass Impoundment
2014





Date: 4/8/2014

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual use ore aggregate use with other data. This information may not meet National Map Accuracy Standards.

GB.024633



Drop Points
Points of Interest
Range Improvements
Alt A
Alt B
Route # 1
Back Country Byway
Open
Closed

Project Boundary

Land Status

Bureau of Land Management

PVT

# Area of Operation

Gold Butte
Cattle Trespass Impoundment
2014

0 1 2 4
Miles

Date: 4/8/2014

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual use ore aggregate use with other data. This information may not meet National Map Accuracy Standards.

GB.024634



114°25'0"W 114°20'0"W

# Area of Operation

Gold Butte
Cattle Trespass Impoundment
2014

- Drop Points
- Points of Interest
- Range Improvements
- Open
- Closed

Project Boundary

Land Status

- Bureau of Land Management
- Bureau of Reclamation
- National Park Service
- Nevada State Lands
- PVT
- Lake Mead

0 1 2 4
Miles

N

Date: 4/9/2014

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual use ore aggregate use with other data. This information may not meet National Map Accuracy Standards.

GB.024635



**Briefing Map**

Gold Butte Trespass Cattle Impoundment 2014



Briefing Map
Gold Butte
Cattle Trespass Impoundment
2014

GB.0024637