# (Sealed) Brief Exhibit No. 3

FL 302 (Rev. 5-8-10)



## FEDERAL BUREAU OF INVESTIGATION

Date of entry   11/10/2017

During a hearing related to the trial of U.S. v. BUNDY, et. al., information was provided in reference to a camera that had been placed on public lands in the Gold Butte area by the FBI in April 2014. Based on a report by SA WARREN BURKE, the court requested any information relating to the camera, to include any recordings by the camera, any monitoring of the camera and subsequent notes taken from the monitoring.

Based on the report, SA Gavin contacted Electronics Technician KEVIN EGBERT, who was mentioned in the report as the individual who serviced the camera in question. EGBERT provided the following information:

EGBERT assisted the technically trained agents in setting up a camera on public lands in the Gold Butte area of Nevada during April 2014. There was only one camera and it was set up and taken down every day in order to protect the government asset, as no FBI personnel were deployed to the area at night. The first day the camera was put into place was April 5th. The camera was placed on a hillside on public lands north of the Bundy Ranch facing toward the road. EGBERT did not select the location of the camera placement, but was told what vicinity it needed to be placed in.

The camera was a cellular camera connected to a wireless modem and a generator. It was a pan/tilt/zoom camera that could be operated remotely. This would allow the operator to change views if necessary. This camera was operated by the FBI and although capable, was not set up to record. If it were to be set up to record, that would have been done from a remote location. The feed from the camera went into a server and could be viewed remotely through viewing monitors. An individual would have had to have been given access via an IP address in order to view the feed.

This camera was utilized as an "overwatch" to provide situational awareness and no one was assigned to monitor it and take notes to EGBERT's knowledge. EGBERT recalls that the feed was being fed to the TOC (Tactical Operations Center), the ICP (Incident Command Post) and the Field Office EOC (Emergency Operations Center).

| | | | |
|---|---|---|---|
| Investigation on | 11/07/2017 at | Las Vegas, Nevada, United States (In Person) | |
| File # | 100T-LV-4739895-302 | Date drafted | 11/10/2017 |
| by | Sharon Ann Gavin | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

GB.023854

100T-LV-4739895-302

Continuation of FD-302 of (U) TOC log discovery , On 11/07/2017 , Page 2 of 3

On the second day, April 6th, the camera was placed in the same general area in the morning as the day before. At some point, EGBERT saw the camera get run over and it was his understanding that it was done by RYAN BUNDY. EGBERT responded to the camera, along with BURKE, to see if the camera could be repaired. EGBERT took photos of the camera and its damage and the tire tracks that were left behind. At that time, it was decided to take the camera down for the day. At some point, EGBERT was able to make some minor repairs and reattach the camera to the generator.

The third day, April 7th, the camera was placed in a new location, further away from the Bundy Ranch. This location was across the highway near the area where the flag poles were located. This was also near the FOB (Forward Operating Base) where the FBI SWAT team was located, along with the Park Service SETT, which was approximately 3 miles from the Bundy Ranch. The camera was facing the flag poles at the "rally site". The next day, on the 8th of April, the camera was redeployed to the same general area, within 50 meters.

At this time, the FBI had moved back to the ICP and were located with BLM. This was the only camera that was placed on the public lands in the Gold Butte area by the FBI.

EGBERT did not complete any paperwork related to the placement or removal of this camera.

After speaking with EGBERT, SA Gavin spoke with Technically Trained Agent RUDOLPH DIEGUEZ. DIEGUEZ advised that when he received the tech request from SSA TERRY KERNS for a camera, there was no request to record, only to monitor. The camera also only provided a visual feed, there was no audio. DIEGUEZ, along with EGBERT set up one camera on a tripod near the Bundy Ranch on public lands to monitor the area of the Bundy Ranch in order to be able to view if anyone left the residence and headed toward the FOB.

DIEGUEZ set up the monitoring station at the BLM ICP which included a laptop that was connected to a large TV monitor. The laptop was not set up to record. In order to record the live feed, the recording option would have to have been turned on at the Field Office. The recording would have been on an FBI server. If a recording had been made, it would have been downloaded and placed in ELSUR.

After speaking with EGBERT and DIEGUEZ, SA Gavin reviewed the investigative case file as well as the police cooperation file for any video recordings from the camera, any documentation related to the live feed monitoring and any notes that appeared to be from monitoring the live

feed from the camera. The search was met with negative results, with the exception of the report from BURKE mentioned earlier.

SA Gavin further spoke to numerous individuals who were either in the ICP, the TOC, the EOC and who may have had any knowledge related to the camera. No information was obtained contrary to the above findings.

On November 9, 2017, during another hearing, SA Gavin received a phone call from one of the TOC operators, WENDY COLLINS. COLLINS advised that after speaking to me, she went back through the TOC file and located the TOC log from April 5-8, 2014. The TOC log is a log that is created to document activities related to SWAT operations. After viewing this log, she recalled that there was a live feed from the camera that she had been monitoring, which earlier she had not recalled. During the 4 day period there were a couple of entries related to the live video feed. COLLINS provided a copy of the log. This log is for administrative purposes only and is not placed in the file, which is why SA Gavin was not aware of its existence.

Upon reviewing the log, SA Gavin noted two entries that were related to "snipers". SA Gavin contacted the Team Leader for SWAT during that time period, SA RALPH COMELLA. COMELLA advised that the entry was in reference to two SWAT operators, who are designated snipers, that went up in the helicopter to survey the area to determine if there were any viable locations to utilize as a sniper location if the need arose. At no time were any "snipers" deployed by the FBI during the Gold Butte Operation.

GB.023856