# (Sealed) Brief Exhibit No. 5

# TACTICAL OPERATIONS CENTER ACTIVITIES LOG

**PAGE** Page 1 of 9

| ORGANIZATIONS/FILE NO | LOCATION(S) | PERIOD COVERED | | | |
|---|---|---|---|---|---|
| | | FROM | | TO | |
| FBI / BLM | Gold Butte Cattle Impoundment | HOUR 0430 | DATE 04/05-08/2014 | HOUR | DATE 04/08/2014 |

| ITEM NO. | TIME | INCIDENTS, MESSAGES, ORDERS, ETC. | ACTION TAKEN | CALL SIGNS | INITIALS SWAT | TOC |
|---|---|---|---|---|---|---|
| 1 | 0430 | SWAT depart main office for ICP. | | COLLINS | ------ | |
| 2 | 0600 | SWAT arrive at ICP. | | COLLINS | ------ | |
| 3 | 0635 | Radio communication checks complete. | | COLLINS | ------ | |
| 4 | 0650 | Information from ICP of silver Mitsubishi sedan with Nevada plate 150YAB (registered to Joshua Logue) observed following /watching BLM and Contract Vehicles. | | COLLINS | ------ | |
| 5 | 0719 | BURKE/WATSON/ATTRIDGE depart ICP for FOB. | | BURKE | | |
| 6 | 0826 | SWAT depart ICP for FOB. | | HUNT | | |
| 7 | 0840 | SWAT arrive at FOB. | | HUNT | | |
| 8 | 0851 | Radio communication checks with ICP complete. | | COLLINS | ------ | |
| 9 | 0900 | BURKE/WATSON/ATTRIDGE depart FOB with Tech Agents/ETs for camera install. | | BURKE | | |
| 10 | 0902 | HENDRICKS/MODER/COOK depart FOB with ETs for Repeater (DBUGNI16) set up. | | HENDRICKS | | |
| 11 | 0906 | BURKE/WATSON/ATTRIDGE arrive at camera site. | | BURKE | | |
| 12 | 0911 | HENDRICKS/MODER/COOK arrive at Repeater site. | | HENDRICKS | | |
| 13 | 0926 | Radio communication checks with Repeater (DNV16) completed. | | COLLINS | ------ | |
| 14 | 0931 | Two white SUVs observed near camera install site. | Confirmed with ICP to be BLM vehicles closing down access road. | BURKE | | |
| 15 | 0934 | HENDRICKS/MODER/COOK depart Repeater site. | | HENDRICKS | | |
| 16 | 0942 | BURKE/WATSON/ATTRIDGE depart camera site. | | BURKE | | |
| 17 | 0946 | BURKE/WATSON/ATTRIDGE arrive at FOB. | | BURKE | | |

| NAME(S) OF TOC PERSONNEL | SIGNATURE(S) |
|---|---|
| SA W. Collins    SA K. Smyth    SA J. Woolstenhulme<br>SA T. Dockery    SA M. Neria    PLS J. Holden | |

GB.023940

# TACTICAL OPERATIONS CENTER ACTIVITIES LOG

PAGE: Page 2 of 9

| ORGANIZATIONS/FILE NO | LOCATION(S) | PERIOD COVERED | | | |
|---|---|---|---|---|---|
| | | FROM | | TO | |
| FBI / BLM | Gold Butte Cattle Impoundment | HOUR 0430 | DATE 04/05-08/2014 | HOUR | DATE 04/08/2014 |

| ITEM NO. | TIME | INCIDENTS, MESSAGES, ORDERS, ETC. | ACTION TAKEN | CALL SIGNS | INITIALS SWAT | INITIALS TOC |
|---|---|---|---|---|---|---|
| 18 | 0946 | HENDRICKS/MODER/COOK arrive at FOB. | | HENDRICKS | | |
| 19 | 1145 | Request to ICP for authorization to utilize helicopter for surveillance of first cattle movement. | Request denied. | HUNT | | |
| 20 | 1205 | LA radio communication checks completed. | | SMYTH | ------ | |
| 21 | 1211 | ROSEN departs FOB to ICP. | | ROSEN | | |
| 22 | 1219 | ROSEN arrives ICP. | | ROSEN | | |
| 23 | 1230 | FINNEGAN/ROSEN depart ICP – FINNEGAN heading to Mesquite, ROSEN returning to FOB. | | ROSEN | | |
| 24 | 1242 | ROSEN arrives at FOB. | | ROSEN | | |
| 25 | 1245 | LV relieved by LA | | COMELLA | | |
| 26 | 1316 | Two SUVs by 1st Amendment area; One male | | SIMKINS | | |
| 27 | 1330 | WHITTEMORE, MIKEL & ROSEN departing FOB with Two ET's to check repeater located at Mesa | | MIKEL | | |
| 28 | 1336 | One protestor at the local Walmart and the vehicles have left the 1st Amendment area | | FINNEGAN | | |
| 29 | 1340 | Reached the repeater location at Mesa | | MIKEL | | |
| 30 | 1344 | Departing repeater station | | MIKEL | | |
| 31 | 1352 | WHITTEMORE, MIKEL & ROSEN returned to FOB with Two ET's from repeater located at Mesa | | MARTINEZ | | |
| 32 | 1420 | COMELLA & BUSCH depart FOB with DENVER & JEFF for surveillance fly over | | DENVER | | |
| 33 | 1441 | COMELLA & BUSCH return to FOB, DENVER and JEFF departing with VINALL and DIVER | | DENVER | | |
| 34 | 1452 | Snipers inserted (Training) | | VINALL | | |

| NAME(S) OF TOC PERSONNEL | SIGNATURE(S) |
|---|---|
| SA W. Collins    SA K. Smyth    SA J. Woolstenhulme<br>SA T. Dockery   SA M. Neria    PLS J. Holden | |

# TACTICAL OPERATIONS CENTER ACTIVITIES LOG

PAGE: Page 3 of 9

| ORGANIZATIONS/FILE NO | LOCATION(S) | PERIOD COVERED FROM HOUR | FROM DATE | TO HOUR | TO DATE |
|---|---|---|---|---|---|
| FBI / BLM | Gold Butte Cattle Impoundment | 0430 | 04/05-08/2014 | | 04/08/2014 |

| ITEM NO. | TIME | INCIDENTS, MESSAGES, ORDERS, ETC. | ACTION TAKEN | CALL SIGNS | INITIALS SWAT | INITIALS TOC |
|---|---|---|---|---|---|---|
| 35 | 1455 | Snipers inserted 36.36468/114.9098 | | VINALL | | |
| 36 | 1458 | DENVER on deck picking up VINALL & DIVER to return to FOB; enroute to FOB | | VINALL | | |
| 37 | 1549 | COMELLA heading over to ICP | | COMELLA | | |
| 38 | 1610 | COMELLA arrived at ICP | | COMELLA | | |
| 39 | 1620 | ET's Justin and Thomas heading to town to get diesel | | ----- | | |
| 40 | 1705 | COMELLA enroute to FOB from ICP | | COMELLA | | |
| 41 | 1715 | COMELLA back at FOB | | COMELLA | | |
| 42 | 1735 | Silver small SUV arrived at subjects house | | ------ | | |
| 43 | 1740 | Red/ Burgundy SUV tinted windows arrived at subjects house | | ------ | | |
| 44 | 1742 | Escort team departing FOB to Gold Butte Camera | | WHITTEMORE | | |
| 45 | 1750 | WHITTEMORE and attachments at repeater | | WHITTEMORE | | |
| 46 | 1805 | WHITTEMORE and attachments enroute back to FOB | | WHITTEMORE | | |
| 47 | 1807 | Bundy located at the Gold Butte camera on the phone | | | | |
| 48 | 1815 | WHITEMORE and attachments have returned to FOB | | WHITTEMORE | | |
| 49 | 1825 | Ammon Bundy looked over berm at FOB; deployed DENVER and JEFF for surveillance; ATV not spotted DENVER and JEFF; DENVER and JEFF departed for LV LZ | | | | |

| NAME(S) OF TOC PERSONNEL | SIGNATURE(S) |
|---|---|
| SA W. Collins   SA K. Smyth   SA J. Woolstenhulme<br>SA T. Dockery   SA M. Neria   PLS J. Holden | |

GB.023942

# TACTICAL OPERATIONS CENTER ACTIVITIES LOG

PAGE: Page 4 of 9

| ORGANIZATIONS/FILE NO | LOCATION(S) | PERIOD COVERED FROM HOUR | FROM DATE | TO HOUR | TO DATE |
|---|---|---|---|---|---|
| FBI / BLM | Gold Butte Cattle Impoundment | 0430 | 04/05-08/2014 | | 04/08/2014 |

| ITEM NO. | TIME | INCIDENTS, MESSAGES, ORDERS, ETC. | ACTION TAKEN | CALL SIGNS | INITIALS SWAT | INITIALS TOC |
|---|---|---|---|---|---|---|
| 50 | 1830 | Began shutdown of FOB TOC | | COM ELLA | | |
| 51 | 1838 | TOC shut down for the night | | COM ELLA | | |
| 52 | 0605 | TOC Operational (Sunday) | | COLLINS | ------ | |
| 53 | 0615 | Radio communication checks complete. | | COLLINS | ------ | |
| 54 | 0625 | BURKE/KONRAD/ROWE and attachments depart FOB for camera install site | | BURKE | | |
| 55 | 0625 | MODER/PFEIFFER/COOK and attachments depart FOB for Repeater site | | MODER | | |
| 56 | 0628 | BURKE/KONRAD/ROWE arrive at camera site | | BURKE | | |
| 57 | 0634 | MODER/PFEIFFER/COOK arrive at Repeater site | | MODER | | |
| 58 | 0640 | BURKE/KONRAD/ROWE depart camera site | | BURKE | | |
| 59 | 0644 | BURKE/KONRAD/ROWE arrive at FOB | | BURKE | | |
| 60 | 0650 | Radio communication check with DNB16 Repeater conducted (YBARRA) | | COLLINS | | |
| 61 | 0652 | MODER/PFEIFFER/COOK depart Repeater site | | MODER | | |
| 62 | 0700 | MODER/PFEIFFER/COOK arrive at FOB | | MODER | | |
| 63 | 0730 | ETs (Brian and Tomas) depart FOB to Overton Marina | Relayed to ICP | COLLINS | ------ | |
| 64 | 0819 | PFEIFFER/COOK depart FOB | | FREEMAN | | |
| 65 | 0830 | Helo 15 minutes out from FOB, recon for fuel site in Mesquite en route | | JEFF | | |
| 66 | 1033 | ETs (Brian and Tomas) arrive back at FOB | | COLLINS | | |
| 67 | 1122 | Quad observed crossing Bundy property in front of camera, shortly after, camera feed was lost. | | COLLINS | | |
| 68 | 1124 | 4 vehicles observed at MM125 on hwy170. 1 identified as Shiree Bundy. | Info received from ICP | COLLINS | | |

NAME(S) OF TOC PERSONNEL
SA W. Collins    SA K. Smyth    SA J. Woolstenhulme
SA T. Dockery   SA M. Neria    PLS J. Holden

SIGNATURE(S)

GB.023943

### TACTICAL OPERATIONS CENTER ACTIVITIES LOG

PAGE: Page 5 of 9

| ORGANIZATIONS/FILE NO | LOCATION(S) | PERIOD COVERED | | | |
|---|---|---|---|---|---|
| | | FROM | | TO | |
| | | HOUR | DATE | HOUR | DATE |
| FBI / BLM | Gold Butte Cattle Impoundment | 0430 | 04/05-08/2014 | | 04/08/2014 |

| ITEM NO. | TIME | INCIDENTS, MESSAGES, ORDERS, ETC. | ACTION TAKEN | CALL SIGNS | INITIALS SWAT | INITIALS TOC |
|---|---|---|---|---|---|---|
| | | BLM Contacted and requested to move. Vehicles refused to leave. SETT and NPS to re-contact. | | | | |
| 69 | 1131 | COOK, MODER, FREEMAN, in White Chevy going to check camera. | | FREEMAN | | |
| 70 | 1134 | Gray/Blue Toyota Highlander (**UT Y703TE**) registered to Duke Cox – likely driver Shiree Bundy – Duke's wife. Maroon lifted pickup truck (**NV 170TVE**) registered to John Clark – married to prior surveillant Diana Clark. Silver Dodge pickup (**NV 554SLU**) registered to Rulon Lee – last seen with blue Highlander. 1999 White Toyota pickup (**NV 481XRV**) registered to Steven Barnes Alexander. 2012 Chevy pickup truck ( NV **528YAA**) registered to Leo Reber – friends of Bundys. | Info received from ICP with specifics on vehicles located on route 170 (approx mile marker 125) | COLLINS | | |
| 71 | 1136 | BURKE/ROWE/KONRAD in Gray armored truck going to check camera with ET | FREEMAN/MODER/COOK going as backup in White Chevy | BURKE | | |
| 72 | 1140 | Individuals in cars on 170 are outside vehicles with cameras and phones | Info from SETT | | | |
| 73 | 1157 | Camera confirmed damaged by ATV | Info from ET | BURKE | | |
| 74 | 1202 | BURKE et al, depart camera site | | BURKE | | |
| 75 | 1205 | BURKE et al, arrive FOB | | BURKE | | |
| 76 | 1240 | LA SWAT and attachments relieved LV SWAT and attachments | | COMELLA | | |
| 77 | 1240 | SSA Turner (PT) advised vehicles potentially blocking ingress and egress on 170 were contacted by NHP and have dispersed | | TURNER | | |
| 78 | 1328 | Justin and Thomas departing FOB for fuel | | ELECTRONIC TECHNI | | |

| NAME(S) OF TOC PERSONNEL | SIGNATURE(S) |
|---|---|
| SA W. Collins   SA K. Smyth   SA J. Woolstenhulme<br>SA T. Dockery   SA M. Neria   PLS J. Holden | |

GB.023944

# TACTICAL OPERATIONS CENTER ACTIVITIES LOG

PAGE: Page 6 of 9

| ORGANIZATIONS/FILE NO | LOCATION(S) | PERIOD COVERED ||||
|---|---|---|---|---|---|
| | | FROM || TO ||
| | | HOUR | DATE | HOUR | DATE |
| FBI / BLM | Gold Butte Cattle Impoundment | 0430 | 04/05-08/2014 | | 04/08/2014 |

| ITEM NO. | TIME | INCIDENTS, MESSAGES, ORDERS, ETC. | ACTION TAKEN | CALL SIGNS | INITIALS SWAT | TOC |
|---|---|---|---|---|---|---|
| | | | | CICIAN | | |
| 79 | 1430 | BUSCH and COMELLA departing TOC for perimeter check | | COMELLA | | |
| 80 | 1448 | Justin and Thomas returned to FOB | | ELECTRONICS TECHNICIAN | | |
| 81 | 1454 | BUSCH and COMELLA returned to TOC from perimeter check | | COMELLA | | |
| 82 | 1458 | FINNEGAN and WHITTEMORE departing TOC for food run | | FINNEGAN | | |
| 83 | 1544 | FINNEGAN and WHITTEMORE returned to TOC from food run | | FINNEGAN | | |
| 84 | 1557 | BUSCH, DEGRAFF, DENVER & JEFF standing by in helo | | DENVER | | |
| 85 | 1600 | Advised one person arrested at DP1 | Information from SETT | SETT | | |
| 86 | 1610 | Advised by ICP one vehicle blocking convoy on route 170 btwn mile marker 4 and 5. NHP notified | Information from ICP | ICP | | |
| 87 | 1612 | HELO spinning in Standby with BUSCH, DEGRAFF | | COMELLA | | |
| 88 | 1626 | Advised by ICP that individual arrested was Harold Bundy | Information from ICP | ICP | | |
| 89 | 1640 | Convoy reached ICP – HELO stand-down | | ICP | | |
| 90 | 1730 | WHITTEMORE, ROSEN and FINNEGAN departing TOC with ET's to break down repeaters | | WHITTEMORE | | |
| 91 | 1739 | WHITTEMORE, ROSEN, FINNEGAN and ET's arrived at repeater | | WHITTEMORE | | |
| 92 | 1753 | WHITTEMORE, ROSEN, FINNEGAN and ET's departing repeater for TOC | | WHITTEMORE | | |

NAME(S) OF TOC PERSONNEL
SA W. Collins    SA K. Smyth    SA J. Woolstenhulme
SA T. Dockery    SA M. Neria    PLS J. Holden

SIGNATURE(S)

GB.023945

Edited 11/15/2017 (call signs replaced with last names)
Case 2:16-cr-00046-GMN-NJK   Document 3083-3   Filed 12/29/17   Page 8 of 10
Page 7 of 9

# TACTICAL OPERATIONS CENTER ACTIVITIES LOG

| ORGANIZATIONS/FILE NO | LOCATION(S) | PERIOD COVERED ||||
|---|---|---|---|---|---|
| | | FROM || TO ||
| | | HOUR | DATE | HOUR | DATE |
| FBI / BLM | Gold Butte Cattle Impoundment | 0430 | 04/05-08/2014 | | 04/08/2014 |

| ITEM NO. | TIME | INCIDENTS, MESSAGES, ORDERS, ETC. | ACTION TAKEN | CALL SIGNS | INITIALS SWAT | INITIALS TOC |
|---|---|---|---|---|---|---|
| 93 | 1800 | WHITTEMORE, ROSEN, FINNEGAN arrived at TOC with ET's | | WHITTEMORE | | |
| 94 | 1801 | TOC secure for the evening | | COMELLA | | |
| 95 | 0600 | TOC Activated (Monday) | | COLLINS | | |
| 96 | 0639 | Notification sent from ICP to FOB to break down and relocate FOB to ICP location | | COLLINS | | |
| 97 | 0654 | BUGNI, SCHWARTZ, KONRAD depart FOB with ET to established camera on ridge near DP1 | | BUGNI | | |
| 98 | 0721 | Camera set and connected to ICP | | BUGNI | | |
| 99 | 0730 | BUGNI, SCHWARTZ, KONRAD departing DP1 | | BUGNI | | |
| 100 | 0735 | LA TOC personnel notified of FOB relocation to ICP | | COLLINS | | |
| 101 | 0740 | FOB SWAT, TOC, NOC personnel depart FOB location | | COLLINS | | |
| 102 | 0750 | FOB personnel arrive at ICP and re-established TOC communications | | COLLINS | | |
| 103 | 0845 | Noon shift notified of relocation of FOB and placed on standby for today's shift | | COLLINS | | |
| 104 | 0950 | Helo relocates from Mesquite airport to ICP | | JEFF | | |
| 105 | 1045 | Radio communications check w/handheld | | DENVER | | |
| 106 | 1230 | LV SWAT relieved by LA SWAT | | S70 | | |
| 107 | 1348 | BUSCH, DIVER, WHITEMORE, ROSEN, FINNEGAN departing TOC Northbound to patrol | | BUSCH | | |
| 108 | 1357 | BUSCH and attachments approx 1500 meters N of ICP and still moving | | BUSCH | | |
| 109 | 1404 | BUSCH and attachments 1500 meters W of TOC; working on alt route out to 15 | | BUSCH | | |
| 110 | 1417 | BUSCH and attachments ran surveillance and only way in and out is the front | | BUSCH | | |

| NAME(S) OF TOC PERSONNEL | SIGNATURE(S) |
|---|---|
| SA W. Collins   SA K. Smyth   SA J. Woolstenhulme<br>SA T. Dockery   SA M. Neria   PLS J. Holden | |

GB.023946

# TACTICAL OPERATIONS CENTER ACTIVITIES LOG

**PAGE** Page 8 of 9

| ORGANIZATIONS/FILE NO | LOCATION(S) | PERIOD COVERED | | | |
|---|---|---|---|---|---|
| | | FROM | | TO | |
| FBI / BLM | Gold Butte Cattle Impoundment | HOUR 0430 | DATE 04/05-08/2014 | HOUR | DATE 04/08/2014 |

| ITEM NO. | TIME | INCIDENTS, MESSAGES, ORDERS, ETC. | ACTION TAKEN | CALL SIGNS | INITIALS SWAT | TOC |
|---|---|---|---|---|---|---|
| 111 | 1428 | BUSCH and attachments enroute back to TOC | | BUSCH | | |
| 112 | 1445 | BUSCH and attachments have returned to TOC | | BUSCH | | |
| 113 | 1737 | TOC breakdown and end for the day | | COMELLA | | |
| 114 | 0545 | TOC established | | SMYTH | | |
| 115 | 0615 | WHITTEMORE, MIKEL, ROSEN departs TOC with 2 ETs to refill generator at FOB Malcolm | | WHITTEMORE | | |
| 116 | 0623 | COMELLA & VINALL depart TOC for a food run | | VINALL | | |
| 117 | 0625 | WHITTEMORE, MIKEL, ROSEN and 2 ETs arrived at FOB Malcolm | | WHITTEMORE | | |
| 118 | 0636 | WHITTEMORE, MIKEL, ROSEN and 2 ETs depart FOB Malcolm for TOC | | WHITTEMORE | | |
| 119 | 0644 | WHITTEMORE, MIKEL, ROSEN and 2 ETs return to TOC | | WHITTEMORE | | |
| 120 | 0708 | COMELLA and VINALL return to TOC | | VINALL | | |
| 121 | 0713 | ICP notified us that the two BLM HELOs will be flying approx 8-12 miles S of ICP for roundup patrol | | | | |
| 122 | 0742 | DENVER and JEFF depart LV LZ for TOC | | JEFF | | |
| 123 | 0808 | BUSCH departing TOC to LV and will not be returning | | COMELLA | | |
| 124 | 0830 | DENVER and JEFF landed the HELO at the ICP | | | | |
| 125 | 0915 | 2 ETs (Justin & Thomas) departed TOC to Wal-mart | | | | |
| 126 | 0939 | DIVER, DEGRAFF, WHITEMORE, ROSEN, MIKEL, & FINNEGAN have departed TOC | | DIVER | | |

| NAME(S) OF TOC PERSONNEL | SIGNATURE(S) |
|---|---|
| SA W. Collins    SA K. Smyth    SA J. Woolstenhulme<br>SA T. Dockery    SA M. Neria    PLS J. Holden | |

GB.023947

| TACTICAL OPERATIONS CENTER ACTIVITIES LOG | | | | PAGE Page 9 of 9 | | |
|---|---|---|---|---|---|---|
| ORGANIZATIONS/FILE NO | LOCATION(S) | | PERIOD COVERED | | | |
| | | FROM | | TO | | |
| FBI / BLM | Gold Butte Cattle Impoundment | HOUR 0430 | DATE 04/05-08/2014 | HOUR | DATE 04/08/2014 | |
| ITEM NO. | TIME | INCIDENTS, MESSAGES, ORDERS, ETC. | ACTION TAKEN | CALL SIGNS | INITIALS SWAT | TOC |
| | | in 4 vehicles for surveillance E of ICP at 3km | | | | |
| 127 | 0948 | DIVER, DEGRAFF, WHITEMORE, ROSEN, MIKEL, & FINNEGAN enroute back to TOC in 4 vehicles | | DIVER | | |
| 128 | 0959 | DIVER, DEGRAFF, WHITEMORE, ROSEN, MIKEL, & FINNEGAN back to TOC in 4 vehicles | | DIVER | | |
| 129 | 1042 | 2 ETs (Justin & Thomas) returned to TOC from Wal-mart | | YBA RRA | | |
| 130 | 1200 | SWAT/TOC shift change complete | | COLLINS | ------ | |
| 131 | 1730 | TOC deactivated – mission complete | (Per SSA Turner) | COLLINS | ------ | |

| NAME(S) OF TOC PERSONNEL | SIGNATURE(S) |
|---|---|
| SA W. Collins   SA K. Smyth   SA J. Woolstenhulme<br>SA T. Dockery   SA M. Neria   PLS J. Holden | |

GB.023948