# (Sealed) Brief Exhibit No. 7



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry  03/30/2015

On March 3, 2015, Bureau of Land Management Special Agent Edward Delmolino (hereafter referred to as Delmolino) was interviewed by Special Agent (SA) Joel P. Willis at the District Courthouse, 333 South Las Vegas Blvd, Las Vegas, Nevada. Also, present during the interview were Assistant United States Attorneys Dan Schiess, Roger Yang and Nadia Ahmed. The purpose of this interview was to collect clarifying information from Delmolino pertaining to his observations prior to and during the standoff between the Bureau of Land Management (BLM) and armed militia on April 12, 2014. Prior to the interview, Delmolino was provided a copy of the FBI FD-302 and BLM Memorandum of Activity (MOA), which document his original statements relating to the stand-off.

During the interview, Delmolino made the following clarifications, pertaining to his FBI FD-302:

- In paragraph two, Delmolino arrived in Nevada on April 3, 2014 and then attended the incident brief on April 4, 2014, at which time he received his assignment to hold a listening post/observation post (LPOP) position starting on April 5, 2014.
- During the day of April 5, 2014, Delmolino, while wearing plain clothing, conducted a reconnaissance in the area of the Bundy Ranch. In order to conduct this reconnaissance, Delmolino utilized a BLM dirt bike. Delmolino was armed with a concealed side arm during this time.
- During the nights of April 5 to 6, 2014 and April 6 to 7, 2014, Delmolino held his LPOP position in the desert area east of the Bundy Ranch. During this time Delmolino was dressed in BLM tactical clothing and carried a BLM AR-15 rifle. Delmolino utilized a seismic sensor on Old Gold Butte Road near the Bundy Ranch to alert him and BLM Ranger, Terrell Bradford, who was located also in the desert to the north of Delmolino, of vehicles traveling northbound on Old Gold Butte Road. Also during this time Delmolino observed at least one dead cow in the desert area near the Bundy Ranch.
- Also in paragraph two, after the 1800 briefing at the incident command post (ICP) on April 12, 2014, Delmolino was assigned to the

Investigation on  03/03/2015  at  Las Vegas, Nevada, United States (In Person)

File #  100T-LV-4739895-302  Date drafted  03/03/2015

by  Joel P. Willis

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 05-08-10)

100T-LV-4739895-302

Continuation of FD-302 of Interview of Bureau of Land Management Special Agent Edward Delmolino. , On 03/03/2015 , Page 2 of 2

ICP front gate to hold the ICP against the threat of being overrun. Delmolino held this position until Saturday morning, at which time he returned to his hotel room in Mesquite, NV.

Following the interview of Delmolino, the above mentioned interviewers reviewed notes created during the interview. Other than the above mentioned FD-302 clarifications, the interviewers determined statements made by Delmolino during his interview were consistent with Delmolino's original documents.

A copy of Delmolino's FD-302 and BLM MOA, as well as notes taken by SA Willis during Delmolino's interview, are physically and digitally attached.

GB.023560