# (Sealed) Brief Exhibit No. 10



U.S. Department of the Interior
Bureau of Land Management
Office of Law Enforcement and Security

Form 9260-2.7
(March 2012)

## MEMORANDUM OF ACTIVITY

**Date:**  04/14/2014

**Person Conducting Activity:**  SA Ed Delmolino

**Activity Location:**  BLM OLES Region 3 NV/UT
Specific Geographic Location: LP/OP, City of Mesquite surveillance

**Reference:**  Operation Gold Butte Cattle Impound

On April 04, 2014, at 0900 hours, I attended an operation briefing hosted by Special Agent in Charge (SAC) Dan Love of the Bureau of Land Management (BLM) Region 3. The briefing was held at the J.W. Marriott 221 N. Lampart BLVD. Las Vegas, NV for the purpose of briefing personnel on the service of a federal court order for removing Cliven Bundy's cattle from BLM managed land located in the Gold Butte Area near the City of Mesquite, Clark County, Nevada.

During the briefing, I receive my assignment to maintaining a lookout post/ observation post (LPOP) with BLM Law Enforcement Officer Terrell Bradford. This assignment was to start on 04/05/2014. My call sign for the operation was Oscar 2.

On 04/07/2014, at approximately 1700 hours, due to increasing threats to BLM personnel and employees working under contract with the BLM Officer Bradford and I were to conduct surveillance in the City of Mesquite. The mission objective was to identify suspicious activity at or in the vicinity of hotels in Mesquite where BLM employees and contracted employees were staying. While doing so, we observed several unknown individuals driving vehicles slowly through the parking lots of the Virgin River Casino and Hotel, the Best Western, and the Holiday Inn. As a result, a number of vehicle license plates were observed and recorded through dispatch (refer to dispatch logs recorded from Oscar 2 and Oscar 4).

On 04/11/2014, at approximately 1500 hours, Holiday Inn [1030 W. Pioneer BLVD. Mesquite, NV] employee Amanda (last name unknown) advised me that she and other desk employees had received approximately 7 threatening phone calls from unknown individuals. Amanda told me that one of the calls from an unknown subject stated that if they (hotel staff) did not kick those pigs out of the hotel they (hotel staff) would be dragged out into the parking lot and shot dead. Amanda expressed to me that she and other hotel employees were

SA Ed Delmolino
This report is property of the Office of Law Enforcement and Security and is loaned to your agency; it and its contents may not be reproduced without written permission. The report is FOR OFFICIAL USE ONLY and its disclosure to unauthorized persons is prohibited. Public availability to be determined by 5 U. S. C. 552.

Form 9260-2.7
(March 2012)

Page 2-DATE
BLM OLES #LM

scared and concerned for their safety.  I immediately reported this incident to Section Chief Sean Hyrons.

On 04/11/2014, at approximately 0021 hours, while maintaining security at the above mentioned Holiday Inn Officer Bradford and I observed a Nissan sedan bearing California plate 7DCG353 enter the hotel parking lot.  Subsequent data base records search of 7DCG353 revealed that the vehicle was registered to EAN Holdings, LLC. 6929 N. Lakewood STE 100 Tulsa, OK. Officer Bradford and I observed a white male whom we recognized as Pete SANTILLI of Gorilla News Network exit the vehicle and enter the hotel lobby (see Officer Bradford's report for details related to this incident).

On 04/11/2014, at approximately 1800 hours, I attended an operation briefing at the ICP where I was advised that due to the increasing and imminent threat to the BLM all personnel were to maintain security of the ICP and its infrastructure.  Subsequently, I maintained security at Post 1 until 04/12/2014 at 0900 hours when I returned to the Holiday Inn in Mesquite, NV.

On 04/12/2014, at approximately 1230 hours, I received a phone call from Section Chief Sean Hyrons who advised me to respond immediately to the ICP as they [BLM] was preparing for an imminent assault of the ICP by armed militia, protesters, and Bundy supporters.  As I was en-route to the ICP was advised to stand down from my response to the ICP and was redirected to maintain security at the Holiday Inn in Mesquite, NV as I was advised by operations management that subjects may attempt to conduct an armed assault on the hotel and the threat was imminent.

On 04/12/2014, at approximately 1636 hours, all BLM personnel, including myself, were escorted out of Mesquite, NV with the protection of armed law enforcement officers.

On 04/14/2014, at approximately 1337 hours, I contacted Regional Security Manager Alex Lizarraga with Enterprise Holdings and provided him with the vehicle license plate California 7DCG353; believed to have been driven by Pete SANTILLI. I requested the rental agreement paperwork for said vehicle and Mr. Lazarraga stated that he would query the vehicle license plate and provide me with the rental agreement information as soon as possible.

SA Ed Delmolino
This report is property of the Office of Law Enforcement and Security and is loaned to your agency; it and its contents may not be reproduced without written permission.  The report is FOR OFFICIAL USE ONLY and its disclosure to unauthorized persons is prohibited.  Public availability to be determined by 5 U. S. C. 552.

GB.018697

```
                                                      Form 9260-2.7
                                                      (March 2012)

                                                Page 3-DATE
                                                BLM OLES #LM
```

_____
                  *(Signature)*

**Ed Delmolino, Special Agent**
**Office of Law Enforcement and Security Region 1**

```
                                    SA Ed Delmolino
This report is property of the Office of Law Enforcement and Security and is loaned to your agency; it and its contents may not
be reproduced without written permission.  The report is FOR OFFICIAL USE ONLY and its disclosure to unauthorized persons is
prohibited.  Public availability to be determined by 5 U. S. C. 552.
```

GB.018698