# (Sealed) Brief Exhibit No. 11

FD-302 (Rev. 5-8-10)                                    - 1 of 2 -

OFFICIAL RECORD

## FEDERAL BUREAU OF INVESTIGATION

Date of entry _____ 05/14/2014 _____

On 04/15/2014, SA Steve Daniels with the Federal Bureau of Investigation interviewed Terrell Bradford, United States Law Enforcement Ranger, Bureau of Land Management (BLM), at the Marriott Las Vegas, located at 325 Convention Center Drive, Las Vegas, Nevada. Bradford's home office is located in ▇▇▇▇▇ Redacted ▇▇▇▇▇ Bradford can be contacted at telephone number ▇ Redacted ▇ After being advised of the nature of the interview Bradford provided the following information:

To date Bradford has drafted one BLM report.

Bradford arrived in the area of Mesquite, Nevada on approximately 03/30/2014, and was initially assigned as the primary point of contact for Cliven Bundy until approximately 04/04/2014. Duties during this time frame included protecting contractors who were involved with setting up trap sites and protecting roads utilized by the contractors and BLM employees involved with cattle round up operations. Bradford was initially set up on Gold Butte Road near the Bundy Ranch.

On occasion Bradford would have contact with Bundy family members, Bundy associates, or the media regarding the temporary closure of roads in the area. The road closures were to support those BLM employees and contract workers involved in the cattle round up.

On 04/03/2014, Bradford was providing security for a grader near the BLM's forward operating base. At this time a red Dodge 2500 pick-up truck pulled in front of Bradford's vehicle and peeled out causing rock to shoot at Bradford's vehicle. The red Dodge was further described as having no plates, tinted windows, occupied by two unidentified white males, and having a white sticker on the rear window (possibly a temporary tag). Shortly after the incident the red Dodge was observed traveling toward the Bundy residence. After this incident Cliven Bundy and unknown reporters approached Bradford in a silver Toyota Highlander.

04/05/2014, Bradford was assigned to the Listening Post/Observation Post (LP/OP). Duties included observations in the area of the Bundy residence

---

Investigation on _04/15/2014_ at Las Vegas, Nevada, United States (In Person)

File # 266T-LV-4739895-302                                    Date drafted _04/23/2014_

by DANIELS STEVE

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 05-08-10)

266T-LV-4739895-302

Continuation of FD-302 of   Interview of Terrell Bradford, US Ranger,
BLM, on 04/15/2014.      , On   04/15/2014   , Page   2 of 2

(front and rear positions). On approximately 04/08/2014, the LP/OP posts in the area of the Bundy residence were removed due to the arrival of militia members.

On approximately 04/08/2014, Bradford was re-assigned with Agent Ed Delmolino, BLM, to an undercover position in the area of Mesquite, Nevada. Bradford's primary duty was to provide surveillance/security at the BLM's hotels (Virgin River Casino, Best Western, Holiday Inn Express, and Highland Estates).

On 04/09/2014, 04/10/2014, and 04/11/2014 Bradford observed Pete Santilli (Guerilla Media Network) at the Holiday Inn attempting to acquire information about the BLM. Santilli was observed asking BLM employees what they are doing in town, where they are going (as departing), do you have weapons in your bags and asking the hotel clerk when the BLM convoy departs. Santilli was also observed using an I-pad to record the structure/layout of the hotel and record BLM vehicles parked in the parking lot. Bradford described Santilli as driving a blue Nissan sedan bearing California license 7DCG3531. Bradford described one group Santilli approached as a Winnemucca Fire Crew. Bradford stated that BLM employee Ron Livingston observed Santilli filming the hotel and BLM vehicles and may have photo's of the incident.

On 04/11/2014, Pete Santilli attempted to recruit Bradford to join him in supporting the Bundy family, outside of the Holiday Inn. On this date Bradford first met Santilli as he exited the hotel and Bradford said to him, "Simper Fi." Later on this date Santilli approached Bradford in the hotel parking lot and asked him what he was doing here and how he got a room. During their conversation Santilli told Bradford the BLM is here to steal a man's cattle, the cattle are on state land, it's all regarding a desert tortoise, the BLM is armed with AR's, the BLM threatened my life, and Santilli stands with the Bundy family and he's going to stop them. When Bradford asked Santilli how he's going to stop them Santilli responded I'm going to Sheriff Gillespie this week to tell him get the "Feds" out of here and we have called on the militia to back us.

GB.020252