# (Sealed) Brief Exhibit No. 15

FD-302 (Rev. 5-8-10)

- 1 of 1 -

**FEDERAL BUREAU OF INVESTIGATION**

OFFICIAL RECORD

Date of entry    05/14/2014

On 04/15/2014, SA Steve Daniels with the Federal Bureau of Investigation interviewed Curtis Racker, Field Staff Ranger, at the Marriott Las Vegas, located at 325 Convention Center Drive, Las Vegas, Nevada. Racker's home office is located in St. George, Utah. Racker can be contacted at telephone number [Redacted] After being advised of the nature of the interview Racker provided the following information:

Racker arrived in the area of Mesquite, Nevada on approximately 03/29/2014, and was initially assigned to conduct pre-operation security. Racker's duties included manning entry and exit points to the Incident Command Post (ICP).

On approximately 04/04/2014, Racker was assigned to a listening post/observation post (IP/OP) position. Initially Racker conducted IP/OP duties in the area of the Bundy Ranch and was later pulled back to the ICP with an IP/OP position where he had the night shift. Racker's partner was identified as Special Agent Dan Barnes with the Bureau of Land Management. During Racker's night shift at the ICP he observed an abnormal amount of traffic on Highway 170 between the Bundy Ranch and the I-15.

On 04/12/2014, at 10am, Racker observed horses gathering on Gold Butte road and watched them parade down highway 170, traveling toward Interstate 15, and back toward the rally/protest site.

Racker was shown several pictures of individuals associated with the Bundy ranch incident by writer and identified Doug Bundy. Racker recognized Doug Bundy from a previous encounter he had on the Arizona Strip. Racker did not observe Doug during the Bundy ranch incident.

Investigation on    04/15/2014    at    Las Vegas, Nevada, United States (In Person)

File #   266T-LV-4739895-302                                    Date drafted   04/16/2014

by   DANIELS STEVE

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

GB.024638