# (Sealed) Brief Exhibit No. 16



Form 9260-27
(March 2012)

**U.S. Department of the Interior**
Bureau of Land Management
Office of Law Enforcement and Security

## MEMORANDUM OF ACTIVITY

**Date:** April 14, 2014

**Person Conducting Activity:** SA Daniel Barnes

**Activity Location:** BLM OLES Region 3 NV/UT
St George, Utah.

**Reference:** Operation Gold Butte Cattle Impound

For this assignment detail I was assigned call sign Oscar 1. I arrived on the detail on evening of Sunday, April 6, 2014. My original assignment was LP/OP. Throughout the week I partnered with Ranger Curtis Racker, "Oscar 3". We worked the night shift, normally from 1600/1800 hours to 0600/0800 hours.

We shifted from a LP/OP assignment to a roving assignment. We covered many of the roads surrounding the ICP at night looking for any activity.

On Friday, April 11th at 3:03pm I received a text from Ranger Delomolino that employees at our hotel (Holiday Inn Express) had received seven phone calls telling them to kick the BLM out or they (the employees) would be dragged through the streets and killed.

On Friday, April 11th the Oscar units reported for duty at 1800 hours. At night shift briefing we were told there was an elevated threat by the Bundys and the militia group there to support the Bundys. We were told the day shift would not be returning to their hotel due to the elevated threat and for the potential of Bundys and their supporters attempting to enter the Incident Command Post (ICP) at night. Throughout the week threats and counter surveillance of law enforcement officers at the hotels had been increasing. There had been multiple contacts by law enforcement officers during the week with Bundy supporters at the hotels were officers and contractors were staying.

From the statements and activities of Bundys and their supporters it was believed there were viable threats to BLM law enforcement, BLM employees, and contactors.

During the week Ranger Racker and I had covered many of the roads in the area and were familiar with the terrain and access points to the ICP. Being familiar with the area I briefed the Park Service Special Event Tactical Team (SETT) regarding their assigned location. They

SA ???
This report is property of the Office of Law Enforcement and Security and is loaned to your agency; it and its contents may not be reproduced without written permission. The report is FOR OFFICIAL USE ONLY and its disclosure to unauthorized persons is prohibited. Public availability to be determined by 5 U. S. C. 552

GB.024639

Form 9260-27
(March 2012)

Page 2-DATE
BLM OLES #LM

were assigned the wash where the I-15 bridges were located. I informed them we had driven the road that leads to the wash the day prior and it comes from SR170 right near the Bundy supporter area. This would be a prim access point for anyone coming from the supporter area or from the river.

Due to the threat level I was tasked to travel of BLM Officer Sullivan's residence in Beaver Dam, Arizona to provide security and safety for Officer Sullivan's wife and residence. Officer Sullivan was very concerned with the safety of her wife (Michelle) and residence as many members in the communities of Mesquite and Beaver Dam know she is a BLM officer and they know where she lives. Officer Sullivan is very concerned with her and her wife's future safety.

I arrived at Officer Sullivan's residence around 2100. I toured the residence with Michelle and then took up an over watch location in one of the rooms where I had a view of the street. Throughout the night there was no significant activity and the only vehicles appeared to be locals coming and going from residences. For her own personal safety Michelle was armed with a holstered pistol and had a shotgun and rifle available.

I returned to the Holiday Inn Express around 0700 after Michelle had left the residence. I was told to go to the hotel to begin a rest period. I was awoken from sleep around 1240 hours by a telephone call from night supervisor Sean Hyrons and told to get geared up and be ready to respond to a major incident. I was to stand by at the Holiday Inn Express. Officer Racker and I were at that location. Eventually other officers came to that location.

While standing by at the hotel I monitored the radio but was not hearing all the radio traffic and did not know what the actual situation was. I heard Control (dispatch) give the approval to use less lethal force and later heard the call that all personnel will be leaving the ICP in one hour in a convoy.

Also while standing by at the hotel we talked with Mesquite Police Department officers. They stated all the PD officers and detectives had been called in to work, except those that worked the prior night shift. They were dispersing around town and to the hotels were BLM officers were staying. They said a Metro helicopter had been assigned to the incident but did not know if it was on scene. They said Nevada Highway Patrol had asked them to close down the onramp to the freeway coming out of Mesquite but they said they had no authority to do so.

After waiting at the hotel Mesquite PD had to respond inside the hotel to a report of militia members keeping hotel guests from entering and leaving the hotel. The PD officers responded to the hotel with rifles and shotguns. After a while the caravan of BLM officers and employees arrived with trailers and equipment from the ICP. Behind them were vehicles and officers from Metro. The Metro officers took up blocking positions at the entrance to the hotel with rifles and shotguns. BLM officers then broke in to groups by hotel and went to their respective

SA ???
This report is property of the Office of Law Enforcement and Security and is loaned to your agency; it and its contents may not be reproduced without written permission. The report is FOR OFFICIAL USE ONLY and its disclosure to unauthorized persons is prohibited. Public availability to be determined by 5 U S C 552

GB.024640

Form 9260-2.7
(March 2012)

Page 3-DATE
BLM OLES #LM

hotel to gather their belongings and return to the Holiday Inn Express. After all the officers had return the caravan made their way to the freeway and traveled to Las Vegas. Myself and Officer Racker went the opposite way on the freeway and traveled to St George. For the trip from the hotel to the freeway all the intersections were manned with armed Mesquite PD and SETT team members. All traffic was stopped to allow the convoy through.

_(Signature)_
Daniel Barnes, Special Agent
Office of Law Enforcement and Security Region 3

SA ???
This report is property of the Office of Law Enforcement and Security and is loaned to your agency; it and its contents may not be reproduced without written permission. The report is FOR OFFICIAL USE ONLY and its disclosure to unauthorized persons is prohibited. Public availability to be determined by 5 U. S. C. 552.

GB.024641