# (Sealed) Brief Exhibit No. 17



OFFICIAL RECORD

UNCLASSIFIED//FOUO

### FEDERAL BUREAU OF INVESTIGATION

Date of entry    05/15/2014

Ernesto FELIX, U.S. Park Ranger 984, National Park Service Special Event Tactical Team (SETT), of [Redacted], office telephone number [Redacted], cellular telephone number [Redacted] was interviewed at Convention Center Marriott in Las Vegas, Nevada by Special Agent (SA) Clinton W. Dalrymple of the Las Vegas Division of the Federal Bureau of Investigation (FBI). After being advised of the identity of the interviewing Agent and the nature of the interview, FELIX provided the following information:

FELIX arrived in Nevada on March 30, 2014, and was assigned as convoy protection for the contract cowboys hired by the Bureau of Land Management (BLM) to collect the cattle being seized by BLM pursuant to a court order.

FELIX worked various shifts throughout his assignment.

FELIX was assigned the over watch position on the incident when Dave Bundy was arrested.

On the day that BLM went to Overton Beach to collect cattle, FELIX observed a group of 15-20 protestors at that site and specifically remembers one guy wearing camouflage that stuck out to him. He remembers this individual because FELIX saw the same person on April 12, 2014, in the wash area (Post 2) during the standoff at the BLM Incident Command Post (ICP).

FELIX described the individual as having a boonie style cap wearing camouflage and carrying a long gun in the wash along with 2 other individuals. FELIZ stated that the individuals in the digital camouflage uniforms moved like a trained group such as a mover/spotter/shooter. All three individuals were white males wearing matching digital camouflage which was unlike the other militia members camouflage that FELIX observed.

FELIX was shown various photographs by SA Dalrymple. FELIX identified the person labeled with an A as the shooter (carrying long gun and getting in shooting position) of the 3 man team and the person labeled with a B as the spotter for person A.

UNCLASSIFIED//FOUO

Investigation on  04/15/2014  at  Las Vegas, Nevada, United States (In Person)

File # 266T-LV-4739895-302                                    Date drafted  04/22/2014

by  DALRYMPLE CLINTON W

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

GB.018732

UNCLASSIFIED//FOUO

266T-LV-4739895-302

Continuation of FD-302 of  Ernesto Felix 302  , On  04/15/2014  , Page  2 of 2

    The rest of SETT 1 team was in the wash with FELIX on April 12, 2014.

    FELIX observed 2 other individuals wearing woodland style camouflage on I-15 northbound to Felix's right side. One of the individuals was wearing body armor. There was a third individual in the middle of those 2 that was holding a yellow Don't Tread on Me flag. As the stand off went on the person with the flag disappeared.

    FELIX felt threatened that day. FELIX was told to prepare to use less than lethal force. FELIX believes if a gunfight ensued there would have been lots of casualties.

    As FELIX scanned the crowd FELIX remembers seeing 10-12 individuals with long guns in the crowd along the highway. FELIX observed women and children standing in front of some of the militia type individuals with long guns.

    FELIX was assigned as a designated extraction team member if something happened to the Incident Commander (IC) Dan Love.

    FELIX stated a female he identified as Stetsy Bundy was screaming down at the BLM people and possibly threw a water bottle down at BLM employees from overpass.

    Park Ranger Felix drafted a memorandum of Activity report regarding what he observed on April 12, 2014, with more detail about that specific incident. A copy of that report is electronically attached to this document and physically placed in an FD-340 envelope maintained in the case file.

    A copy of the photograph that FELIX identified the individuals as the shooter and spotter and labeled as A and B accordingly is electronically attached to this document and a copy physically placed in an FD340 envelope maintained in the case file.

UNCLASSIFIED//FOUO

GB.018733