# (Sealed) Brief Exhibit No. 18

FD-302 (Rev. 5-8-10)



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry _____ 02/19/2015 _____

On January 6, 2014, National Park Service (NPS) Ernesto Felix was interviewed by Special Agent (SA) Joel P. Willis at the District Courthouse, 50 Las Vegas Blvd, Las Vegas, Nevada. Also, present during the interview were Assistant United States Attorneys Steven Myhre, Dan Schiess, Nadia Ahmed and Roger Yang. The purpose of this interview was to collect clarifying information from Felix pertaining to his observations prior to and during the standoff between the Bureau of Land Management and armed militia on April 12, 2014. Prior to the interview, Felix was provided copies of the FBI FD-302 and BLM Memorandums of Activity which document his original statements relating to the stand-off.

On April 6, 2014, Felix was staged with his protection detail convoy in a low area on the south side of SR-170 near Bunkerville. During this time Felix recalled there being major radio communications issues between the BLM and NPS. While sitting in his unmarked SUV in the back of the convoy, approximately sixty yards southeast of where Dave Bundy's vehicle was parked on the shoulder of SR-170, Felix had a "clear view" of BLM's arrest of Dave Bundy (hereafter referred to as Dave). Also at this time, Felix observed a BLM Agent on the high ground in a "tactical over watch position", southwest of were Dave's arrest occurred. Prior to Dave's arrest, Felix observed BLM Rangers attempting to open the driver's side door of a passenger van being driven by Ryan Bundy (hereafter referred to Ryan). The van, which was in close proximately to Dave's vehicle on SR-170, seemed at times to be inching toward a BLM Ranger who was standing near the front driver's side corner of the van. It appeared if Ryan had throttled the van, it would have seriously injured the BLM Ranger.

Felix was later shown BLM dash and body camera footage of the arrest of Dave and the encounter with Ryan prior to Dave's arrest. This footage did not depict attempts by any BLM Rangers to open the driver's side door of Ryan's van, nor did it reveal a situation where a BLM Ranger could have potentially been harmed if Ryan had throttled his van. Felix stated his

---

| Investigation on | 01/06/2015 | at | Las Vegas, Nevada, United States (In Person) |
| --- | --- | --- | --- |

| File # | 100T-LV-4739895-302 | | Date drafted | 01/12/2015 |
| --- | --- | --- | --- | --- |

by  Joel P. Willis

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

GB.024645

FD-302a (Rev. 05-08-10)

100T-LV-4739895-302

Continuation of FD-302 of  Interview of NPS Ranger Ernesto Felix.  , On  01/06/2015  , Page  2 of 2

observations might not be the same as what is depicted in dash and body
camera footage, due to his vantage point. This footage was captured at
close range and his observations were from a distance. Additionally, Felix
indicated that the Ranger's arm movement depicted in the video was likely
what he mistook for the Ranger grabbing the door handle of Ryan's van.

During the stand-off on April 12, 2014, after Felix moved his vehicle in
the wash area behind and to the east of the BLM vehicles parked near the
fence line under the south bound overpass of I-15, he heard a voice shout
"deploy the pepper balls" and he also saw an individual attempt to cut the
wires which were holding the fences together. Felix stated one NPS Officer
pointed his pepper ball gun at the crowd and no NPS Officers pointed their
rifles at the crowd. He believes one BLM Ranger pointed their rifle at the
crowd.

Felix was shown a photograph of the Incident Command Post (ICP) taken from
a elevated position. From this photograph Felix identified the point at
which he spotted the sniper          during BLM's and NPS's demobilization
and egress preparations, which took place from approximately 1:00 p.m. to
2:00 p.m. on April 12, 2014.

GB.024646