# (Sealed) Brief Exhibit No. 19



# FEDERAL BUREAU OF INVESTIGATION

Date of entry 11/20/2017

On November 16, 2017, Bureau of Land Management (BLM) Special Agent (SA) Edward Delmolino (hereafter referred to as Delmolino) was interviewed telephonically by FBI Las Vegas SA Joel P Willis. After Delmolino was contacted at his office number, [Redacted], he was advised of the identity of the interviewing agent and of the nature of the interview. The following is a summary of the information provided by Delmolino during the interview:

For two nights during the April 2014 Bundy cattle impound operation, Delmolino worked Listening Post Observation Post (LPOP) shifts in the desert near the Bundy Ranch. His first shift began after dark on April 5th and ended before first light on April 6th. His second shift began after dark on April 6th and ended before first light on April 7th. At approximately 5:00pm, on April 7th, Delmolino was briefed regarding the increase in militia personnel presence in the area of the Bundy Ranch. During this briefing, Delmolino was reassigned to work with BLM Ranger Terrell Bradford (hereafter referred to as Bradford) conducting security in the areas of the Mesquite, NV hotels where BLM and NPS employees were staying during the impoundment operation.

At the beginning of Delmolino's LPOP shifts, he would travel to the FBI's Forward Operating Base (FOB). Delmolino and Bradford would sit in the back of a pick-up truck and be driven from the FOB on a dirt road until they were a mile or two from the Bundy Ranch. Delmolino and Bradford would then walk on the dirt road to their LPOP locations, which at the closest point was approximately 600 feet east of the Bundy residence, overlooking the Bundy property. Delmolino could not see the FBI the FBI FOB from the LPOP positions near the Bundy Ranch. From the LPOP locations, Delmolino could see a trailer on the south side of Gold Butte Road where Bundy family members were staying. During Delmolino's LPOP shifts, a "sensor" was used on the side of a public road. This sensor was closer to the Bundy Ranch, compared to where the LPOP areas were located.

Delmolino does not recall any specific events or activities observed during his two shifts in the desert near the Bundy Ranch, but remembers

Investigation on 11/16/2017 at Las Vegas, Nevada, United States (Phone)

File # 100T-LV-4739895-302                                     Date drafted 11/17/2017

by Joel P. Willis

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

GB.023982

FD-302a (Rev. 05-08-10)

100T-LV-4739895-302

Continuation of FD-302 of (U) Telephonic Interview of BLM SA Edward Delmolino, On 11/16/2017, Page 2 of 2

being bored. Any assignments, activity or observation, which Delmolino might have called-out on his radio, might be contained in the dispatch activity log.

Delmolino does not have any personal knowledge of an FBI camera being used during the impoundment operation, but at some point he heard the FBI might have had a camera on the side of a road somewhere.

When Delmolino began his night LPOP shifts, he did not relieve any type of daytime LPOP shifts. Moreover, the night LPOP shifts were never relieved by daytime shifts. Delmolino advised there was absolutely no night LPOP shifts or activities at his LPOP locations after his last LPOP shift, which concluded on the morning of April 7, 2014. Delmolino has no knowledge of LPOP "night ops" on April 9, 2014.

Delmolino stated he could point out on a map where he was located during his LPOP shifts.

Following the telephonic interview, SA Willis received an email correspondence from Delmolino. Attached to the email was a Google Maps screenshot which included a label for the area where Delmolino would be dropped off prior to walking to the LPOP area; labels for LPOP locations; and a label for the "sensor" location.

The labeled map screenshot, Delmolino's email to SA Willis, and the notes of the above telephonic interview are attached.

GB.023983

11/17/2017 Re: Maps - Willis, Joel P. (LV) (FBI)

# Re: Maps

**Delmolino, Edward** [Redacted]
Thu 11/16/2017 11:57 AM

To: Willis, Joel P. (LV) (FBI) [Redacted]

1 attachments (5 MB)
Bundy Ranch_LPOP.PNG;

Joel,

Please refer to the attached Google Map I just generated to the best of my recollection LPOP points A - C where Agent Bradford and I were set up. The following distances were estimated using Google Earth measuring tool. Point A to the main residence is approximately 2,330 ft. (red line), Point B to main residence is approximately 677 ft. (yellow line), and Point C is approximately 1,056 ft. (white line) to main residence. I also drop Pin "S" identifying approximately where the sensor was installed along the public roadway. On the northwest corner of the map I have identified our ingress and egress via dirt road to and from the FOB. The green lines indicate our approximate hiking routes used by Agent Bradford and I for the two nights. Hope this helps clarify some things.

Ed Delmolino
Special Agent

U.S. Department of the Interior
Bureau of Land Management
Office of Law Enforcement & Security
[Redacted]
[Redacted]

On Thu, Nov 16, 2017 at 11:25 AM, Willis, Joel P. (LV) (FBI) [Redacted] wrote:
Thank you.

https://outlook.office365.us/owa/?viewmodel=ReadMessageItem&ItemID=AAMkADAyYTc3ZWUxLTUyNjUtNDhkOC1iMTM5LTc4ZjRjNjc0MGRlZABGAAAAAAJkXNB1zZ9RpYKaiTBmr4PBwAA8W9ET... 1/1

GB.023984

