# (Sealed) Brief Exhibit No. 23



**U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
OFFICE OF LAW ENFORCEMENT AND SECURITY
THREAT ASSESSMENT**

**(GOLD BUTTE TRESPASS / CLIVEN BUNDY)**

**OVERALL THREAT LEVEL:   MODERATE**

**SYNOPSIS**

Cliven Bundy has been in livestock trespass with the Bureau of Land Management (BLM) Southern Nevada District Office for almost twenty years. Two court orders have been issued to Bundy for the cattle trespass enjoining Bundy from grazing on public lands and requiring Bundy to remove those cows from the Gold Butte Allotments.  To date Bundy has failed to comply with these court orders.  Currently the BLM has issued a Notice of Intent to Impound, a Decision of Trespass, and a Demand for Payment.  The BLM is moving forward with the planning of an impound operation which would remove the Bundy trespass cattle as well as any strays.

In 1989, the U.S. Fish and Wildlife Service (USFWS) listed the desert tortoise as an endangered species.  This ruling caused the BLM to implement grazing restrictions in the Bunkerville area which was designated as desert tortoise habitat.  The BLM continued to allow grazing under the new regulations with certain restrictions.  Bundy stated he would no longer comply with the BLM process of applying for grazing permits.  Bundy has not purchased any grazing rights since that time, but has continuously grazed cattle on federal lands.

Bundy has challenged the authority of the BLM to require compliance with land management laws and grazing statutes, both verbally and in written correspondence.  On numerous occasions, Bundy has declared himself a sovereign citizen, stating he believes his civil rights and property rights have been ignored by the federal government.

A U.S. Department of the Interior, Office of Inspector General report directed the BLM to enforce the federal District Court order requiring Bundy to remove his livestock from public lands.

**IDENTITY OF SUBJECT**

| | |
|---|---|
| Name | : Cliven D. Bundy |
| Alias | : None Known |
| Current Address | : 3315 Gold Butte Road, Bunkerville, NV 89007 |
| Telephone | : (702)346-5564 |
| Date of Birth | : |
| Place of Birth | : |
| Social Security Number | |
| FBI Number | : UNKNOWN |
| State Criminal ID | : UNKNOWN |

BLM Law Enforcement
This report is property of the Office of Law Enforcement and Security and is loaned to your agency; it and its contents may not be reproduced without written permission.  The report is for OFFICIAL USE ONLY and its disclosure to unauthorized persons is prohibited.  Public availability to be determined by 5 U. S. C. 552.

```
DL Number         : NV# ▮▮▮▮▮▮▮
Race              : White
Sex               : Male
Height            : 6' 00"
Weight            : 200
Eyes              : BLUE
Hair              : BROWN
Scars and Marks   : UNKNOWN
```



Photograph/Date   : Image Date: 05/30/2002

**BACKGROUND FACTORS**

Bundy has a long history of threatening behavior, espousing sovereign citizen rights, state rights doctrines and flagrantly disregarding the federal laws for land management. Nevada BLM Managers, Nevada BLM LEOs and Las Vegas Metro Officers have expressed the impoundment may result in a confrontation with Bundy and his family/supporters.

Bundy, has publicly stated his position of disagreement with the BLM. In a publication entitled "Hotline" on May 16, 1994, Bundy stated the BLM has no authority, the endangered species act is illegal, and the federal government is trespassing on what should be state or private lands. Bundy went on to say, "I will do whatever it takes, If I don't show resistance they'll come and do what they darn well please". In a related Las Vegas Review Journal article on March 22, 1996, Bundy stated he will do whatever it takes… even if he has to resort to armed resistance. A review of BLM files revealed Bundy has a long history of non-compliance and confrontation with BLM dating back from 1993 to present. Bundy has failed to pay any of the fines thus far levied against him for the cattle trespass going back to 1993 which now total $539.392.

In more recent times, January of 2003, Bundy became angry with a BLM fire crew and blocked their vehicle while threatening to "take you down right here." In July of 2011, Bundy was issued a citation by BLM for unauthorized use of public lands for diverting water ways. Again he was non-compliant and

BLM Law Enforcement
This report is property of the Office of Law Enforcement and Security and is loaned to your agency; it and its contents may not be reproduced without written permission. The report is for OFFICIAL USE ONLY and its disclosure to unauthorized persons is prohibited. Public availability to be determined by 5 U. S. C. 552.

did not show up for his mandatory court appearance. As of today, Bundy continues to graze an estimated 900 cattle on public lands in open defiance of public laws and with complete disregard for federal court orders and notifications sent by BLM to remove those cattle.

For a detailed account of legal action taken against Bundy, refer to the Historical Summary of Legal Action report.

**Criminal History:**

Bundy's criminal history is limited to traffic offenses in 2004-2005.

**Mental History / Functioning:**

Bundy does not have any documented history of mental illness or diminished mental capacity.

**Organizational Interests / Affiliations:**

Bundy is a member of, and has previously held office in, the Nevada Livestock Association. The Nevada Livestock Association frequently uses "state's rights" language in its publications.

Bundy has issued "constructive notices", a form of written correspondence often used by sovereign citizens and sovereign citizen organizations. Bundy's most recent "constructive notices" do not contain the legalistic jargon commonly used in those published by the sovereign citizen movement.

Bundy is not known to maintain an active membership in any anti-government organization(s). However, he has expressed philosophical ideals similar to groups such as sovereign citizen and state rights organizations. Bundy has previously referred to himself as a sovereign citizen.

**Specialized Training:**

Bundy is not known to possess any specialized firearms, tactical, close quarters combat or explosives training.

**Weapons Ownership / Acquisition:**

Bundy has been observed with weapons on multiple occasions. The exact makes, models and/or serial numbers are unknown. Retired BLM Ranger Ron Crayton encountered Bundy on BLM administered lands in the late 1990s while on routine patrol. Bundy was in possession of a Winchester 30/30 lever-action rifle which he aimed at Ranger Crayton's feet. Ranger Crayton also recalled Bundy carrying a shotgun in the passenger side of his truck with the muzzle pointed towards the floorboard.

A Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) database query conducted on 02/15/12 revealed no known firearms registered to Bundy. There was also no record of any specialized firearms equipment registered to Bundy.

**Military Record:**

Bundy has never been enlisted in any branch of the military.

BLM Law Enforcement
This report is property of the Office of Law Enforcement and Security and is loaned to your agency; it and its contents may not be reproduced without written permission. The report is for OFFICIAL USE ONLY and its disclosure to unauthorized persons is prohibited. Public availability to be determined by 5 U. S. C. 552.

## SOCIAL / ENVIRONMENTAL FUNCTIONING

Bundy is a member of the Church of Jesus Christ of Latter-Day-Saints, commonly referred to as the Mormon Church. Bundy is well known within the Mormon Church community.

**Marital and Family History / Status:**

Bundy is married to Carol who lives at the same residence. Melvin Dahlen Bundy (son, DOB ▓▓▓4) and Brianna Bundy (daughter-in-law) live across the road from Bundy's residence. Their house is located on BLM land and considered to be in trespass. On 02/17/11 and 03/21/11, the BLM sent Melvin Bundy a notice of Unauthorized Occupancy Trespass on public lands. The letter was addressed to Cliven Bundy and Melvin Bundy (Bundy Revocable Trust). The letters notified Bundy he was required to provide proof of authorization under 43 CFR 1732 and 43 CFR 2800 to use public lands for cultivation, automobiles, recreational housing, litter, and debris. To date, Bundy has not responded to the letters.

All other immediate relatives live in the surrounding areas of Utah, Arizona, and Nevada. Bundy has a large immediate family (it is believed there are an estimated 13 children and stepchildren). Intelligence gathering indicates none of these individuals reside in the Bundy residence.

Also of noted concern are Bundy's brother Doug Bundy and his 2 sons that live in Scenic, AZ. This group was described as having numerous encounters with local law enforcement and "they tend to get into trouble when drinking alcohol". During an interview, Mesquite Police Officer John Woods expressed concern that Doug and his sons may travel to the Bunkerville area in support of Bundy during the impound operation. (See John Woods MOI dated 02/09/12)

Other known individuals related to or working for Bundy are listed below:

Ryan Bundy (son, DOB ▓▓▓2)
Ammon Bundy (son)
Corey John Houston (ranch hand, DOB ▓▓▓3)
Margaret Houston (wife of Corey Houston)
Cliven Lance Bundy (son, DOB 1▓▓▓9)



Melvin Dahlen Bundy (son, DOB ▓▓▓▓)

BLM Law Enforcement
This report is property of the Office of Law Enforcement and Security and is loaned to your agency; it and its contents may not be reproduced without written permission. The report is for OFFICIAL USE ONLY and its disclosure to unauthorized persons is prohibited. Public availability to be determined by 5 U. S. C. 552.



David Harold Bundy (son, ███)



Carol Bundy (wife, DOB unknown)



Image Date: 04/09/2003

**Employment History / Status:**

Bundy is self-employed. He owns V O Ranches and Construction, which is a small construction company. Bundy raises local produce and cattle.

**Local Support / Protest Groups:**

BLM Law Enforcement
This report is property of the Office of Law Enforcement and Security and is loaned to your agency; it and its contents may not be reproduced without written permission. The report is for OFFICIAL USE ONLY and its disclosure to unauthorized persons is prohibited. Public availability to be determined by 5 U. S. C. 552.

In the past there was a local contingent of ranchers and civic leaders in the Mesquite area that vocally supported Bundy's actions. Some local politicians and community leaders pledged to support him against the federal government. In an article in Range Magazine it was stated, "More than once already neighbors like Mrs. Nay and others including local lawmen from nearby Bunkerville have lined up on the dusty road near the old green school bus to confront a threatened federal action."

A report from Las Vegas Metro Police Sergeant Robert Schulz dated 11/28/1994, described the mood of local ranchers in the area: "The ranchers are always heavily armed and some have fortified their residences in anticipation of an encounter." Sergeant Schulz goes on to say, "It is the opinion of the resident officers that these individuals are extremely dangerous and they believe that their existence is being threatened."

Another concern voiced was if protesters such as animal rights activists or environmentalist groups showed up in protest things would escalate between locals and those groups, causing an increased likelihood of violence. (See Sgt. Hoggard MOI dated 02/10/12)

The demographics in the area have changed significantly over the past 15 years. There are far fewer ranchers and the local community appears to be growing tired of the trespassing Bundy cattle. A September 29, 2011 article in the Mesquite Citizen Journal entitled, "Tragedy Strikes Heritage Gardens," detailed how Bundy's cattle had destroyed the non-profit organization's fund-raising garden. There have been several other documented incidents where Bundy's cattle have gotten onto golf courses and other city areas causing damage.

When this issue first arose in the 1990s, Bundy was actively supported by the State's Rights movement, also known as the Sagebrush Rebellion. This group, with Sovereign Citizen philosophies, supported an anti-federal government stance and claimed that the federal government did not have jurisdiction over federal lands or the people on them.

Bundy was actively supported by a group known as the County Alliance to Restore the Economy and Environment ("CAREE"). A Washington Times article dated March 19, 1994, stated, "Mr. Bundy and other southern Nevada ranchers are preparing for the BLM's arrival at his ranch... if agents arrive. The plan is to make a show of civil disobedience by blocking cow pens and other entrances, preferably under the unblinking gaze of the television cameras." Bundy was quoted as saying, "I don't want bloodshed, but I also won't back down."

It is common for protest groups to be present when the BLM performs any gathers/impoundments. These groups include animal rights activists, rancher's rights groups, Native American rights groups, etc. These groups have made appearances at impoundments under similar circumstances such as the Dann Sisters impoundment in northern Nevada. As such, BLM must plan for protest groups to be present at the Bunkerville gather. Historically, these protests are usually non-violent, but BLM must be prepared to respond dependent upon the actions of the respective protest group.

The State's Rights movements, although still in existence, have not received as much attention in the Bunkerville area in recent years. There has been no

BLM Law Enforcement
This report is property of the Office of Law Enforcement and Security and is loaned to your agency; it and its contents may not be reproduced without written permission. The report is for OFFICIAL USE ONLY and its disclosure to unauthorized persons is prohibited. Public availability to be determined by 5 U. S. C. 552.

significant press recently regarding these groups. According to the FBI's Joint Terrorism Task Force (JTTF), there has not been any recent Sovereign Citizen activity in the area. The FBI JTTF was requested to evaluate Bundy's current level of participation with any known anti-government organizations.

**INFORMATION SOURCES / INTERVIEWS**

BLM Rangers and Agents interviewed numerous individuals with knowledge of Bundy's livestock business and continued conflict with the BLM. All interviews have been documented in separate Memorandum of Interviews (MOI). The following information was compiled from all MOIs completed between 01/27/12 to 02/10/12.

On 1/27/12, Dave and Sue Cattoor were interviewed. Dave Cattoor recalled two incidents where he had felt threatened by Bundy. The first incident occurred around 1998 when the National Park Service was removing burros from the Gold Butte area. Bundy had used his pickup truck to block trailers hauling burros. Bundy was described as being extremely belligerent and yelling at a National Park Service employee. Cattoor also described an incident that occurred 7-8 years ago when he was riding horses near property owned by the Nature Conservancy. Bundy had pointed a rifle over his head and told Cattoor that he knew that Cattoor worked for the BLM.

Cattoor also stated that Bundy had thought that Cattoor had a contract to gather stray cattle. Bundy told Cattoor to stay out of the Gold Butte area. Cattoor stated that Greg Cook had the contract and that Bundy threatened him too. (See Cattoor MOI dated 01/31/12)

On 1/31/12, retired BLM Special Agent Randy August was interviewed. The interview was conducted via telephone. August cited several incidents involving Bundy. In 1994, Bundy was part of a protest in Jefferson Canyon (NV). The protest was in response to the U.S. Forest Service (USFS) closing roads. Bundy was the only individual at the rally calling for armed resistance. In 1994, Bundy also used a Constable to serve constructive notices on Greg Cook, who had been contracted by the BLM to perform Wild Horse and Burro gathers.

August also recalled several incidents where Bundy's sons had defied the authority of federal law enforcement officers. Ryan Bundy had run the fee gate at Zion National Park (UT) and was pursued by National Park Service Rangers. Ryan had also stolen a USFS road grader and used it to make roads near a ranch he was working at. In 1999, August was working as a uniformed officer, driving a marked patrol vehicle in the Gold Butte area. August described how David Bundy tried to use his own vehicle to collide with August's patrol vehicle. The attempt failed and Bundy fled the area.

August identified Corey Houston as an associate of Bundy. August described Houston as a former Clark County (NV) fire fighter who carries a firearm and previously made statements defending Bundy. (See August MOI dated 02/03/12)

On 02/06/12, BLM Ranger Deborah Sullivan was interviewed. Ranger Sullivan has patrolled the Gold Butte area for about four years. Ranger Sullivan stated members of the local community have consistently warned her (over the course of four years) to "watch her back" around Bundy. Ranger Sullivan has only spoken to Bundy once via telephone. Ranger Sullivan called Bundy to

BLM Law Enforcement
This report is property of the Office of Law Enforcement and Security and is loaned to your agency; it and its contents may not be reproduced without written permission. The report is for OFFICIAL USE ONLY and its disclosure to unauthorized persons is prohibited. Public availability to be determined by 5 U.S.C. 552.

tell him one of his calves appeared to be dying in a wash. Ranger Sullivan described Bundy's attitude as neutral.

Ranger Sullivan also described Corey Houston as being "pro-Bundy" and that other law enforcement officers have described Houston as being violent when he consumes alcohol. (See Sullivan MOI dated 02/09/12)

On 02/06/12, BLM Ranger Don Miller was interviewed via telephone. Ranger Miller worked in the Southern Nevada District Office and was stationed in Mesquite, NV where he had contact with Bundy. Ranger Miller stated Bundy was capable of becoming very vocal, to the point of "screaming and yelling" at both law enforcement personnel and BLM civilian staff. Ranger Miller cited one example where Bundy became verbally abusive towards a BLM fire crew. The fire crew was fencing off a recently burned area of public land to restrict access while a reseeding program was implemented. Bundy confronted the fire crew with verbally abusive comments. Ranger Miller stated he never personally had any negative contact with Bundy that caused him to believe Bundy intended to do Ranger Miller physical harm. (See Ranger Miller MOI dated 02/08/12)

On 02/08/12, Las Vegas Metropolitan Police (LVMPD) Sergeant Bret Empey and Resident Officer Mark McEwen were interviewed. Sergeant Empey stated he was aware of Bundy's dislike for the federal government and that Bundy did not recognize the authority of the BLM or its law enforcement component. Sergeant Empey stated Bundy only recognized the Office of the Sheriff (LVMPD) as having any authority. Both Sergeant Empey and Officer McEwen stated Bundy felt he had inherent rights to graze the Bunkerville area as his family had helped settle the area and were on the land before the BLM was in existence. Sergeant Empey and Officer McEwen, along with other Metro officers who were present during part of the interview stated it was their belief Bundy would be most receptive to talking with LVMPD officers rather than the BLM. They stated Bundy would most likely be responsive to their requests if he in fact was going to cooperate in any fashion. The officers believe much of Bundy's reaction would be based on how Bundy perceived the impoundment. The officers felt if the government entered onto Bundy's private property the situation would become escalated and Bundy would react in an aggressive manner. (See Sergeant Empey MOI dated 02/08/12)

On 02/08/12, Patrol Officer John Woods (Mesquite Police Department) was interviewed. Officer Woods felt that "a lot of the population of Bunkerville feels as Bundy does" toward the federal government. However, there are those who would actively back Bundy and those who would specifically stay away due to the potential negative repercussions associated with "taking on this type of fight". Officer Woods stated if any federal law enforcement goes onto Bundy's private property, there will be a violent response from Bundy. Officer Woods stated there is "just as good a chance of a violent response [to the cattle impound operation] as there is a chance of a passive response" (though Bundy will be vocally outraged and threatening). Additionally, there are family members who might be interested in a conflict with the federal government. Specifically named were Doug Bundy (Cliven Bundy's brother) and his sons, who reside in Scenic, AZ. (See John Woods MOI dated 02/09/12)

On 02/08/12, Bureau of Land Management (BLM) Range Conservation Specialist Robert Stager was interviewed via telephone. Stager retired from the BLM in 2007 out of the Utah State Office. Stager previously worked in the Las Vegas Field Office and had multiple contacts with Bundy throughout his career.

BLM Law Enforcement
This report is property of the Office of Law Enforcement and Security and is loaned to your agency; it and its contents may not be reproduced without written permission. The report is for OFFICIAL USE ONLY and its disclosure to unauthorized persons is prohibited. Public availability to be determined by 5 U. S. C. 552.

GB.023972

Stager stated Bundy never threatened him physically or with any type of weapon and that Bundy "likes to talk big," but never acted on his threatening rhetoric. Stager recalled Bundy's sons acting in a similar manner, meaning they verbalized displeasure with the government, but never acted out physically or in a threatening manner. Stager estimated the BLM will have a "50/50 chance of difficulties with Bundy" if the current impoundment operation is executed. Bundy's reaction will depend largely on how close the operational components are to the Bundy residence. Stager further stated, "Based on past experience, I don't think he would shoot anybody". (See Robert Stager MOI dated 02/08/12)

On 02/08/12, USFWS DRLE Chief Chris Jussila was interviewed via telephone. Jussila was a BLM Ranger and patrolled the Mesquite area from 2000-2001. Jussila characterized Bundy as "stubborn and hard headed" with a general animosity towards the federal government. Jussila stated that he had several field contact situations with Bundy during his time as a BLM Ranger, but "never had any issues" with Bundy during those encounters. Jussila believed that Bundy's sons exhibited the same animosity towards the federal government and hatred of the BLM. Jussila stated that Bundy would most likely attempt to rally support from local friends and fellow ranchers in the community. However, he was unsure how steadfast that support would be at this time. (See Jussila MOI dated 02/08/12)

On 02/08/12, USFS Law Enforcement Officer Jarvis Alexander was interviewed. Alexander patrolled the Gold Butte area, at night, during the Easter weekend of 2009 or 2010. Officer Alexander saw a vehicle approaching him that did not have its headlights on. The driver then swerved into Officer Alexander's lane of traffic. Officer Alexander activated his vehicle's emergency equipment and attempted to stop the vehicle. The vehicle stopped a few miles down the road. Officer Alexander recognized Bundy from a picture that he had been shown.

Officer Alexander stated Bundy refused to provide a driver's license and told Officer Alexander that he had no authority to stop him. Bundy also told Officer Alexander that he only recognized the United States Constitution.

Officer Alexander expressed his concern for his safety during the contact because Bundy kept his hands out of view during the traffic stop and refused to show his hands when ordered to do so. (See Alexander MOI dated 2/9/12)

On 02/09/12, Bureau of Land Management (BLM) California State Chief Ranger (SCR) Richard Smith was interviewed via telephone. SCR Smith previously worked in the Southern Nevada District Office and was stationed in Mesquite, NV where he had contact with Cliven Bundy. SCR Smith stated he "never had a problem" with Bundy and he "never had a problem" with Bundy's sons. SCR Smith perceived, at that time, if any threat or violent action were to occur it would most likely come from Bundy's sons, not Bundy himself. SCR Smith suggested if a cattle impoundment were to occur, the highest potential threat area would be the area immediately adjacent to Bundy's residence. (See Richard Smith MOI dated 02/09/12)

On 02/09/12, U.S. Fish and Wildlife Service Regional Law Enforcement Chief Scott Stevens was interviewed via telephone. Chief Stevens previously worked as the Bureau of Land Management (BLM) Chief Law Enforcement Ranger in the Southern Nevada District Office from May 2003 to May 2005. Chief Stevens said if an impoundment would have occurred during the time he was stationed in the

BLM Law Enforcement
This report is property of the Office of Law Enforcement and Security and is loaned to your agency; it and its contents may not be reproduced without written permission. The report is for OFFICIAL USE ONLY and its disclosure to unauthorized persons is prohibited. Public availability to be determined by 5 U. S. C. 552.

area, he would not have been surprised if Bundy took threatening action against government employees impounding his cattle either with a firearm or with physical force. (See Scott Stevens MOI dated 02/09/12)

On 02/09/12, Mohave (AZ) County Sergeant Mike Hoggard was interviewed. Sergeant Hoggard has worked in the area since 1990 and is familiar with the Bundy family. A majority of Sergeant Hoggard's dealings have been with Doug Bundy, brother of Cliven Bundy. Sergeant Hoggard described the Bundy Family as very large and diverse in beliefs and character. He has seen this during the annual Bundy reunion near Mt Trumbull (AZ). Sergeant Hoggard said the Bundys used to run the Arizona Strip as their own private land but over the years they have become more sedate and do not interfere with other users. Sergeant Hoggard feels the Bundys are a close family and if a call for assistance came from Cliven some would show up and some would not. In general, the Mohave County Sheriff's Office always uses caution when dealing with any Bundys. Sergeant Hoggard volunteered his "gut feeling" that Bundy is probably overwhelmed by the number of animals in the area and not in a position to handle it anymore. However, Bundy does not want to be viewed as "giving up". Sergeant Hoggard feels the impoundment will probably be a relief to Bundy and he won't put up any major resistance. He may still act mad and voice displeasure at the Government mainly to "save face;" Bundy would rather be able to say that he was forced out rather than be viewed as "quitting". Sergeant Hoggard summarized his thoughts by saying it was a 50/50 chance on how Bundy would respond. It would be dependent on how things were said and conducted. Sergeant Hoggard said he would highly advise federal government employees not to enter the private property around Bundy's residence as it may provoke Bundy. (See Sergeant Hoggard MOI dated 02/10/12)

On 02/09/12, retired BLM Range Conservationist Roy Lee was interviewed via telephone. Lee worked in the BLM Southern Nevada District until 2005, during which time Lee had dealings with Bundy trespass issues. Lee stated that he never personally had contact with Bundy or Bundy's sons while in the field. Lee heard numerous accounts of Bundy's short temper and anti-government rhetoric from others. At the time, Lee considered Bundy's son to be more of potential threat than Bundy himself. Lee felt that Bundy could potentially rally support from local friends and/or ranchers who shared anti-government sentiment. Lee stated Bundy "would not have gotten into a physical altercation but would have chosen a political or judicial challenge" to bring support and attention to his cause. (See Lee MOI dated 02/09/12)

On 02/09/12, Joe Macias was interviewed. Macias is the Animal Control Officer for the Mesquite Police Department. He has lived in the Mesquite area his entire life and knows the Bundy family well. As it relates to Bundy and his sons' potential reaction to a federal law enforcement presence and a cattle impoundment, Macias stated, "How you treat them [the Bundy's] is how they will treat you." Macias later remarked, "They are nice guys, they will probably get in your face, but not get into a shoot-out or anything." However, Macias felt if federal law enforcement entered onto Bundy's private property, there would quite possibly be a violent response. Macias stated Bundy might be receptive to talking with Las Vegas Metropolitan Police Officers about the pending impoundment. (See Macias MOI dated 02/09/12)

On 02/10/12, retired BLM Ranger Ron Crayton was interviewed via telephone. Crayton patrolled the Southern Nevada District from 1991 to 2005. Crayton characterized Bundy as an individual who likes to become argumentative when

BLM Law Enforcement
This report is property of the Office of Law Enforcement and Security and is loaned to your agency; it and its contents may not be reproduced without written permission. The report is for OFFICIAL USE ONLY and its disclosure to unauthorized persons is prohibited. Public availability to be determined by 5 U. S. C. 552.

confronting federal government officials. Crayton stated Bundy's sons exhibited the same type of behavior. Crayton was never involved in any type of physical encounter with Bundy or his sons. However, Crayton recalled two separate instances when he contacted Bundy in the field and felt there was a serious chance for violence. The first instance was in the late 1990s. Crayton was patrolling public land and Bundy arrived at Crayton's location. Bundy had a firearm with him; Crayton stated it was a Winchester 30/30 lever-action rifle. Bundy stood approximately 10 feet away from Crayton and pointed the rifle at Crayton's feet. Crayton recalled Bundy's finger being on the trigger of the rifle. Bundy asked Crayton why he was in the area. Crayton stated he was simply patrolling public land, which was part of his routine duties. Bundy accused Crayton of "scouting for my cattle so you can take them". Crayton stated he remained calm and told Bundy he was merely conducting routine patrol, not looking for Bundy's cattle. Crayton was able to de-escalate the situation and Bundy eventually left the area. Bundy later apologized for pointing his rifle at Crayton.

The second instance occurred in approximately 2003. Crayton contacted Bundy in the field and a discussion ensued about Bundy's distain for the federal government. At some point in the conversation, Bundy made statements indicating he would be willing to take violent action to defend what he perceived were his rights if threatened by employees of the federal government. Bundy stated, "I don't care if they get me, I'll get my fair share of them." (See Crayton MOI dated 02/10/12)

On 02/10/12, Nevada Highway Patrol (NHP) Trooper S. Haggstrom was interviewed in person. Trooper Haggstrom lives in the Bunkerville community and has patrolled the area since 2006. Trooper Haggstrom described Bundy as cordial. Trooper Haggstrom assisted Bundy in past instances when Bundy's cattle were found on the interstate. In direct reference to the possibility of violent acts against the federal government during a cattle impoundment, Trooper Haggstrom stated there is a "50/50 chance that it could go either way." Trooper Haggstrom estimated that there is a population of 800 people in Bunkerville, and 70% are related in some way. This "family" relationship could cause any level of support for Bundy if he chooses to fight. Trooper Haggstrom believes Bundy feels "grandfathered in" to the lands upon which his cattle graze, and is therefore entitled to those lands. (See Haggstrom MOI dated 02/10/12)

On 02/16/12, BLM Southern Nevada District Manager Mary Jo Rugwell and National Park Service (NPS) Lake Mead Superintendent William Dickinson were interviewed. On the same date, Rugwell and Dickinson met with Clark County Commissioner Todd Collins, Todd Story and Janice Ridondo. Story is a member of U.S. Representative Shelley Berkeley's staff. Ridondo is a Clark County biologist. Rugwell stated the meeting with Superintendent Dickenson, Commissioner Collins, Story and Ridando was in reference to the Bundy trespass, concerns at Overton Beach (Lake Mead National Park), and the Gold Butte area.

Commissioner Collins stated the last time he was informed the BLM planned to impound Bundy's cattle was when Commissioner Collins was a Nevada State Assemblyman in the 1990s. At that time, Bundy and approximately 100 Clark County citizens met with Commissioner Collins on a hill near Gold Butte. They were armed "for show" in anticipation of the BLM impounding Bundy's cattle. Rugwell asked Commissioner Collins if he would take a similar action if the BLM impounded Bundy's in the future. Commissioner Collins did not

BLM Law Enforcement
This report is property of the Office of Law Enforcement and Security and is loaned to your agency; it and its contents may not be reproduced without written permission. The report is for OFFICIAL USE ONLY and its disclosure to unauthorized persons is prohibited. Public availability to be determined by 5 U. S. C. 552.

GB.023975

respond. Commissioner Collins later stated, "If you go take the cattle, you will lose." Commissioner Collins did not elaborate on the above statement.

Commissioner Collins stated he would ensure the Clark County District Attorney and the Clark County Sheriff did not participate. Collins felt the BLM should continue to allow Bundy to graze cattle on public lands. Commissioner Collins confirmed "98% of the cattle" in the Gold Butte area belong to Bundy. Commissioner Collins stated the cattle should not be in the Lake Mead National Park boundaries, but the NPS needed to "fence them out". Commissioner Collins stated he "thought it would be terrible if the BLM took a shot at Cliven".

**INTERVIEW OF SUSPECT**

On 02/08/12, Las Vegas Metropolitan Police Department (LVMPD) Detective Brad Voyles and Sergeant Andy McDermott interviewed Bundy at his residence. The following is a memo provided by the LVMPD detailing the interview:

Mr. Bundy has been engaged in a long standing dispute with the Bureau of Land Management (BLM) over grazing rights and open range issues near his Bunkerville property. I had previously solicited Mr Bundy's assistance regarding a sovereign citizen standoff in Arizona. Although Mr Bundy was not able to assist with that issue, I told him that I would follow up with him regarding how that incident was resolved. It was under that context that we approached Mr. Bundy. Once we explained what had occurred in Arizona, Mr. Bundy asked if we were aware of his conflict with BLM. We told him that we were not, and he proceeded to give us his point of view on the situation. Mr Bundy's explanation of the conflict provided insight into his train of thought as well as his possible response to any action that BLM may decide to take.

Mr. Bundy strongly believes that the Clark County Sheriff has supreme jurisdiction and authority over all matters that involve residents of Clark County, land in Clark County, and all of the associated rights that go along with land ownership and use. He does not believe or acknowledge that the Federal government has the authority or jurisdiction to regulate any of the above matters. In that context, Mr. Bundy feels that the Clark County Sheriff (LVMPD) is responsible for protecting him from threats to his property, including threats from the BLM. Mr. Bundy also explained in great detail how he came to own the water and forage rights in the area surrounding his property. A detailed description of his thought process regarding how he came to have these rights can be provided if necessary.

Mr. Bundy is very aware that that this situation may be coming to a point where BLM is going to take action against him. He mentioned that he is aware that the BLM is actively looking for a private contractor to come in and round up his cattle. Mr. Bundy stated that once they find someone that will do it; the BLM will come wipe him out. We specifically asked Mr. Bundy what his response would be if this was to occur. He responded by saying that his first line of defense would be to call LVMPD. He went on to say that he "had lots of different ways of doing things. I can stand up and try to protect my own property; you know… me and my family, neighbors, whatever. But that turns into a riot type thing and could get somebody hurt."

Mr. Bundy's tone during his response to that question was not threatening. He came across as being more concerned about that type of conflict and not

BLM Law Enforcement
This report is property of the Office of Law Enforcement and Security and is loaned to your agency; it and its contents may not be reproduced without written permission. The report is for OFFICIAL USE ONLY and its disclosure to unauthorized persons is prohibited. Public availability to be determined by 5 U. S. C. 552.

wanting it to happen. In thinking about the Department's response, Mr. Bundy stated that the Sheriff would either keep the peace by keeping BLM out, or by putting him in handcuffs while the BLM took his cattle.

Mr. Bundy also mentioned that he strongly believed that the government was going to come wipe him out after Waco and Ruby Ridge. Mr. Bundy's perception is that he was next in line after those two incidents and that the only reason that he was not surrounded and "wiped out" was because the Oklahoma City bombing occurred. He expressed a great deal of concern about that period of time and even mentioned that he believed that they were trying to implicate him in the Oklahoma City bombing. Mr. Bundy did not articulate why he believed this to be the case. His statement regarding this belief came across as more of a conspiracy theory than anything else.

Lastly, Mr. Bundy mentioned that he does attend "Constitutional Meetings" from time to time. During these meetings he has come across people that he considers to be radical. He described these people as "anti-government" and voiced a degree of concern for what these people are capable of. He was not referring to his situation at this point and just mentioned that people saw him that way sometimes too. He was rather guarded when we pressed for details on these meetings and changed the subject.

Mr. Bundy was polite and receptive during our contact with him. Before we left we told him that we would go back to town and see if we could find out what the status of this conflict was (on the BLM side), and what LVMPD's response may be. Mr. Bundy was very receptive to that concept and welcomed us back to his property any time.

It is clear that Mr. Bundy will be looking to LVMPD for assistance when the BLM start to seize his cattle. Although this is a Federal investigation, it is also clear that the Department will become involved in this dispute in one way or another. Mr. Bundy was very receptive to continued contact with Detective Voyles and I and we will likely be able to meet with him several more times before the BLM takes any action.

These contacts could be beneficial for several reasons. First, Detective Voyles and I may be able to build enough of a rapport with Mr. Bundy to mitigate any resistance he intends to offer. It is clear that he expects LVMPD to protect him, and we may be able to use that expectation to facilitate a peaceful resolution. Secondly, we will likely be able to gauge Mr. Bundy's thought process and temperament as we move closer to any BLM action. This information will be useful as we make decisions regarding our response to this potential incident. Lastly, Detective Voyles and I may be able to gather further information on the "radical anti-government" people that Mr. Bundy referred to near the end of our contact. These people may present a threat to our community and further exploration is needed in this area.

**FACILITATING FACTORS**

During past encounters with BLM law enforcement officers and civilian employees, Bundy exhibited verbally abusive behavior and anti-government rhetoric. Bundy routinely questioned the constitutional authority of the BLM to manage public lands.

BLM Law Enforcement
This report is property of the Office of Law Enforcement and Security and is loaned to your agency; it and its contents may not be reproduced without written permission. The report is for OFFICIAL USE ONLY and its disclosure to unauthorized persons is prohibited. Public availability to be determined by 5 U. S. C. 552.

Bundy strongly believes the Clark County Sheriff has supreme jurisdiction and authority over all matters involving residents of Clark County, land in Clark County, and all of the associated rights that go along with land ownership and use. Bundy does not believe, or acknowledge, the federal government has the authority or jurisdiction to regulate those matters.

Clark County Commissioner Collins met with the BLM Southern Nevada District Manager and stated he did not agree with the BLM taking action against Bundy's trespassing cattle. Commissioner Collins also stated he would ensure the Clark County District Attorney and the Clark County Sheriff would not participate.

Numerous interviews were conducted which revealed Bundy has exhibited aggressive behavior during contacts with government employees and/or contractors in the Gold Butte area: Bundy blocked roads in an attempt to interfere with a National Park Service gather of wild burros. Bundy actively protested USFS activities and called for armed resistance. Bundy pointed firearms in the vicinity of a BLM Ranger and a private citizen who works as a BLM contractor.

Investigation also revealed Bundy may become hostile if federal law enforcement officials or employees enter onto the private land surrounding his residence.

**MITIGATING FACTORS**

The BLM will enforce an area closure during the impoundment which will help ensure a secure working environment in the immediate vicinity of the cattle gather. The integrity of the closure will be maintained by BLM law enforcement officers. Local residents needing access to the Gold Butte area will be allowed to access their homes and/or businesses. Some level of recreation on public lands administered by the BLM will be allowed.

The BLM and LVMPD will have a significant law enforcement presence during the impoundment. All civilian contractors and civilian BLM personnel will have law enforcement escorts. The BLM has designated a surveillance team to monitor any movements by suspicious people around the area of operations and tactical assets will be available if the level of response is required. The LVMPD has an established, positive relationship with Bundy. LVMPD officers have interviewed Bundy and will compile a separate Threat Assessment. Intelligence gathering by both the BLM and the LVMPD has determined Bundy will react more positively to contact with local LVMPD officers than to BLM law enforcement of federal government employees.

The BLM and the U.S. Attorney's Office will designate public information personnel to coordinate all press inquiries. These designated personnel will be on scene during the impoundment operation.

The impoundment will be conducted during a time of year that is most beneficial to the health of the cattle. A professional contractor and veterinarian have been hired by the BLM to mitigate health risk to the cattle. Historical weather patterns in the Gold Butte area are mild.

**ANALYSIS / CURRENT EVALUATION**

BLM Law Enforcement
This report is property of the Office of Law Enforcement and Security and is loaned to your agency; it and its contents may not be reproduced without written permission. The report is for OFFICIAL USE ONLY and its disclosure to unauthorized persons is prohibited. Public availability to be determined by 5 U.S.C. 552.

In the mid 1990's thru the mid 2000's Bundy demonstrated a severe dislike for the federal government and the BLM due to his philosophical stance as well as his response to actions taken by the government. Bundy was very vocal and had leveled threats against the government and its agents in several different publication forums as well as during encounters with BLM personnel.

The rhetoric from Bundy seen during that time has diminished in recent years. Bundy has not had any physical or verbal confrontations with BLM personnel during that time. In part, that may be attributed to the fact the BLM has not taken any significant action against Bundy until 2011.

Numerous people with knowledge of Bundy and past events were interviewed. The general opinion expressed by those interviewed was that Bundy's response to an impoundment operation could be "50/50" on a physical confrontation or a passive response. The exception to this would be if federal employees were to take action on Bundy's private property near his residence. If that happened, it would most likely provoke a violent response by Bundy.

Bundy believes that the only law enforcement entity with any jurisdiction is the Las Vegas Metropolitan Police Department (LVMPD). Bundy knows several officers through the community and his church. It is believed that if LVMPD is the law enforcement entity communicating with Bundy up to, and during the impoundment, his response will be less aggressive. LVMPD will be instrumental in mitigating rumors as well as any outside influence by likeminded individuals if officers are readily visible within the area of operations and around the community.

The level of support and tenor from the local community and family members will likely mirror that of Bundy.

It is believed that Bundy's cattle operation has exceeded his current ability to manage the herd. Due to the herd's size, Bundy may not know how many cattle are on the ground or where they are located. None of Bundy's sons are currently engaged in day to day management operations of the livestock.

An over flight conducted in August 2011 indicated approximately 900 head of cattle on the Gold Butte Allotment and surrounding areas. Over flights conducted in February 2012 showed approximately 600 hundred head of cattle in the same areas. It was observed during the over flights that Bundy was actively trapping cattle in a portable pen set up as well as existing permanent corrals. At this time, it is undetermined if this is an attempt to liquidate as many cattle as possible or just Bundy's normal turnover rate for gathers and sale.

Information from the Cedar City (UT) Sale Barn indicated Bundy has been bringing cattle into the area for auction. In August 2011, Bundy sold 14 head of cattle at the Cedar City Sale Barn. On 02/02/12, Bundy, or one of his employees, delivered approximately 9 head of cattle to the Cedar City Sale Barn for auction. It is unknown if Bundy is transporting cattle to other livestock yards for auction.

Based upon the above mitigating factors and information, the planned impoundment of Bundy's cattle currently in trespass will be executed in accordance with the established Federal District Court Order.

BLM Law Enforcement
This report is property of the Office of Law Enforcement and Security and is loaned to your agency; it and its contents may not be reproduced without written permission. The report is for OFFICIAL USE ONLY and its disclosure to unauthorized persons is prohibited. Public availability to be determined by 5 U.S.C. 552.

GB.023979