(Sealed) Brief Exhibit No. 25

## Schiess, Dan (USANV)

| | |
|---|---|
| **From:** | Schiess, Dan (USANV) |
| **Sent:** | Friday, December 1, 2017 4:52 PM |
| **To:** | 'admin@justice-law-center.com'; 'maf@fletcherfirmlaw.com'; 'Dan Hill'; 'jmorganphilpot@gmail.com'; Brenda Weksler (brenda_weksler@fd.org); Ryan_Norwood@fd.org |
| **Cc:** | Myhre, Steven (USANV); Ahmed, Nadia (USANV); Ott, Mamie (USANV); Reitz, Nicole (USANV) |
| **Subject:** | Mary Jo Rugwell notes |
| **Attachments:** | Notes of Rugwell meetings12012017164001.pdf |
| **Categories:** | Bundy |

Counsel,

I inadvertently failed to send you the attached notes taken by the FBI of trial preparation interviews I conducted of Mary Jo Rugwell.

My apologies for this oversight.

Dan

*Daniel R. Schiess*
*Assistant United States Attorney*
*United States Attorney's Office*
*District of Nevada*

1

Mary Jo Rugwell - Schiess                                    11/3/17

Taylor Grazing Act
- 1934 Fed govt began reg. grazing
  - a lot of overgrazing in west causing environ. damage
- 1973-1993 - Bunkerville allotment - 30-150 AUM grazing permit
  - ephemeral permit - depends on weather/vegetation
  - AUM - amt forage animal can eat /mo.
  currently 1.50/AUM
no permits for Bunkerville since 1993
CB could have gotten permit but he refused
CC paid all ranchers lump sum to no longer graze
Bunkerville Allotment ~135,000 acres
cattle on golf course in Mesquite - mayor
people using recreational land complained
LVRJ reporter called regularly
feral cattle - concerned for safety, cattle on highway
a lot of ranchers who did pay their fees - not fair
Bundy neighbors - why Bundy graze w/o permit when others can't
damage to petroglyphs by cattle
cattle stay on banks of Virgin River - erode, water quality ↓
cattle staying in same area - destroys vegetation, soil crusts
  erosion, prevents other things from growing
never spoke to Reid directly, spoke to Ronzel
conduct range land monitoring to determine AUM
TC - CB would do whatever it took to protect his property
  - personal friend of CB
ranger lived in the area - community asked why BLM did not act
had FBI threat assessment - didn't think CB a threat
CB - sent constructive notices to BLM, sheriff, commissioners

"If you take the cattle, you will lose"
"armed for show"
range improvement — if have permit — can install
  structures to help manage cattle
    — corral, water
    — he was continuing to put range improvements
      on the land

impoundment
  — structure similar to fire fighting
    — resource specialists
    — supervisors
    — LEs
2012 — closure of area
  — 1st IA area — PIO idea — to keep people safe
  — near ICP

Ruswell · Schiess, Joel, Mike                                10/26/17

district mgr S.NV
- permitting grazing

knows CB · 1st briefing re long standing cattle trespass since 90s w/ CB
- due to concerns of potential violence · nothing done

received call from T. Collins · assoc. of CB

LE arm BLM created 70s

Reid - Kornze · public policy advisor · 2008
↳ why hasn't BLM done anything

Fri. Nov. 3 -