# (Sealed) Brief Exhibit No. 27

Redacted - Different subject matter

9/29/17 Call w/ Steve + Rand - OIG report telling BLM to remove
                                    Bundy Cattle - Prior to 2012
left message for Mary Jo Rugwell's secretary    - in 2012 Threat
talked to her - new head of it                    Assessment
                                                  reference to OIG
                                                  report
                     before Mary Jo        NV State Dir
Juan Palma - DM  2005 - 2007 ish   - Nature Conservancy
Steve Ellis - ADM                          PHONE NUMBER

early 90s Ben Collins - DM - in Idaho      PHONE NUMBER
                                           Vegas
                                           direct

Call OIG    April 2014 allegation BLM restricting freedom of
talk to Agent    speech in Winnemucca NV  Bundy refused to remove
Vincent            , restricted public access
Haecker    IG system goes back to 2004

           Semi Annual reports to congress twice per year

9/29 Call w/ Juan Palma
DM 2005-2008
remembers conversation w/ NPS supt. Bill — about grazing...
Bob Abbey - consultant w/ Mike Ford
↳ cell PHONE NUMBER, former NV state director
left UM

10/2 Call w/ Bob Abbey
he was heavily involved in 2012 buildup — he was BLM Director at the time
There could have been pressure from PEER for BLM to enforce court order
He doesn't remember an OIG report, but there could have been one or maybe a GAO report
He suggested checking w/ WO grazing staff


Redacted — Different subject matter