# (Sealed) Brief Exhibit No. 28

**Schiess, Dan (USANV)**

| | |
|---|---|
| **From:** | Kleman, Kent ▉▉▉▉▉▉▉▉▉ |
| **Sent:** | Tuesday, November 21, 2017 11:15 AM |
| **To:** | Ahmed, Nadia (USANV); Myhre, Steven (USANV); Schiess, Dan (USANV) |
| **Subject:** | Fwd: See the last paragraph |
| | |
| **Categories:** | Bundy |

---------- Forwarded message ----------
From: **Kleman, Kent**▉▉▉▉▉▉▉▉▉>
Date: Tue, Nov 21, 2017 at 12:06 PM
Subject: Re: See the last paragraph
To: "Ahmed, Nadia (USANV)" <▉▉▉▉▉▉▉ ▉▉▉▉>

You are now where Steve was recently as well.  Rand was the author and wrote that based on what he was told was in existence about this OIG report.

In a recent effort to find this OIG report, I talked to Rand, Mary Jo Rugwell, Tim Smith, Juan Palma and Bob Abbey.  None of them had ever seen it or heard of any OIG report about BLM failing to impound Bundy's cattle.

I spent an hour on the phone with an Interior IG agent in Denver who searched their entire nationwide computer database (including reports not released to the public) looking for such a report, and he found none in existence.

Bob Abbey thought he remembered a similar topic in a report by the GAO, and that is what led me to the reports I sent you both yesterday.

I spent days on this search and came up empty, and I talked to a lot of people who should have been in the know if it existed.  I honestly can't explain why that threat assessment contains that statement.

On Tue, Nov 21, 2017 at 11:51 AM, Ahmed, Nadia (USANV) ▉▉▉▉▉▉▉▉▉▉▉▉ wrote:
  What is this referencing????????

--
Kent Kleman
Assistant Special Agent-in-Charge
BLM Law Enforcement
Region 2 -- Idaho
▉▉▉▉▉▉▉▉

1