# EXHIBIT "A"

# EXHIBIT "A"



LIMITED

OFFICIAL

USE

COPY

1                UNITED STATES DISTRICT COURT

2                   DISTRICT OF NEVADA

3

4                P R O C E E D I N G S

5                  B E F O R E   T H E

6           F E D E R A L   G R A N D   J U R Y

7

8

9

10                  TESTIMONY OF

11                  LARRY WOOTEN

12           TAKEN AT LAS VEGAS, NEVADA

13         WEDNESDAY, SEPTEMBER 2, 2015

14              AT 11:51 a.m.

15

16  PRESENT:     A QUORUM OF THE FEDERAL GRAND JURY

17

18         STEVE MYHRE
           FIRST ASSISTANT UNITED STATES ATTORNEY
19         DEPARTMENT OF JUSTICE
           333 LAS VEGAS BLVD.  SO.  #5000
20         LAS VEGAS, NEVADA  89101

21         NICHOLAS DICKINSON
           ASSISTANT UNITED STATES ATTORNEY
22

         NADIA AHMED and ERIN CREEGAN
23         SPECIAL ASSISTANT UNITED STATES ATTORNEYS

24

25         REPORTED BY:  BONNIE TERRY

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

1                          E X H I B I T S

| G. J. Exhibit No. | Description | Page |
|---|---|---|
| 2 | PowerPoint Slide No. 2 | 50 |
| 3 | Judgment and order | 5 |
| 4 | July 9, 2013 court order | 8 |
| 5 | Oct. 8, 2013 court order | 11 |
| 22 | Gold Butte impound map | 15 |
| 23 | Map | 21 |
| 24 | Close-up map of 170 | 23 |

GB.019575

1                    P R O C E E D I N G S

2    Whereupon,

3                         LARRY WOOTEN

4    was called as a witness and, after first being duly sworn

5    by the Foreperson of the Grand Jury, was examined and

6    testified as follows:

7              GRAND JURY FOREPERSON.  Please state and spell

8    your name for the court reporter?

9              WITNESS.  My name is U.S. Department of Interior,

10   Bureau of Land Management Special Agent Larry Wooten,

11   L-a-r-r-y, Wooten, W-o-o-t-e-n.

12             GRAND JURY FOREPERSON.  Thank you.  Please be

13   seated.

14                         EXAMINATION

15             BY MS. AHMED:

16        Q.   Good morning, Special Agent Wooten.

17        A.   Good morning, ma'am.

18        Q.   You're currently a special agent with the Bureau

19   of Land Management, correct?

20        A.   Yes, ma'am.

21        Q.   How long have you held that position?

22        A.   Approximately three years.

23        Q.   Do you have any prior law enforcement experience?

24        A.   Yes, I do.

25        Q.   What is that?

1    A.    Prior to being a special agent with the Bureau
2  of Land Management, I was a special agent with the Drug
3  Enforcement Administration, DEA.    Prior to that I was a
4  uniformed law enforcement officer with the U.S. Forest
5  Service.    And then prior to that, I was a Virginia State
6  law enforcement officer as a game warden for Natural
7  Resources, a conservation officer with Virginia.

8    Q.    How many years have you been a law enforcement
9  officer?

10    A.    Approximately 12 years.

11    Q.    Are you currently -- what is your current
12  assignment within the BLM?

13    A.    I'm a member of what's considered the Gold Butte
14  Investigative Team.    I'm a special agent criminal
15  investigator whose primary role is to conduct long-term,
16  complex -- investigations.

17    Q.    Is the Gold Butte Investigation also known as the
18  case of the United States versus Cliven Bundy?

19    A.    Yes, ma'am.

20    Q.    Can you describe your general duties with respect
21  to this investigation?

22    A.    I gathered a significant amount of historical
23  data and compiled that into a form, which was easily
24  searchable and understandable, and I gathered quite a bit
25  more evidence and interviewed witnesses.

GB.019577

1    Q.    How long have you been investigating this case?

2    A.    Since May of 2014.

3    Q.    Through your investigation, are you familiar with

4    the events that took place in April 2014 relating to the

5    BLM seizure of cattle belonging to Cliven Bundy pursuant to

6    federal court orders?

7    A.    Yes, ma'am.

8    Q.    In order to become familiar with those court

9    orders, have you reviewed the public record in relation to

10   this investigation?

11   A.    Yes, ma'am, I have.

12   Q.    I'm going to place on the projector a document

13   that's been labeled Grand Jury Exhibit No. 3.

14                        (Whereupon, Grand Jury

15                        Exhibit 3 was identified for

16                        the record.)

17   BY MS. AHMED:

18   Q.    Do you recognize this document?

19   A.    Yes, ma'am, I do.  The first page is a judgment

20   and it's a Judgment and Order in a civil case in reference

21   to the United States v. Cliven Bundy.

22   Q.    Are you aware of the date that this document was

23   entered?

24   A.    November 3rd, 1998.

25   Q.    Are you familiar with the order that's attached

GB.019578

1    to the first judgment page?

2        A.   Yes, ma'am.

3        Q.   Can you identify for the grand jury the judge

4    that issued this order and judgment?

5        A.   U.S. District Judge Johnnie B. Rawlinson.

6        Q.   Judge Rawlinson is now a Ninth Circuit judge,

7    correct?

8        A.   Yes, ma'am.

9        Q.   I'd like to turn your attention to what is marked

10   as page 11 of this order.  Are you familiar with the

11   section entitled Conclusion of the Order?

12       A.   Yes, ma'am.

13       Q.   Going through this section -- let me see if I can

14   -- can you advise the grand jury on line 9 of the order

15   what the court ordered regarding this case?

16       A.   The court ordered the defendant, which is Cliven

17   Bundy's motion to dismiss would be denied.

18       Q.   And before we go further, can you explain to the

19   grand jury what this case that this order is a result of,

20   what the case was about?

21       A.   Cliven Bundy's cattle trespass on an area known

22   as the Bunkerville Allotment, which means he allowed his

23   cattle to graze on a federal grazing allotment without

24   paying the fees.  Thus, the cattle became in what's called

25   the term trespass.

GB.019579

1    Q.   Is this suit -- actually, was it brought by the

2   United States Government against Cliven Bundy?

3    A.   Yes, it was.

4    Q.   Regarding the trespass that you just mentioned?

5    A.   Yes, ma'am.

6    Q.   So does line 9 then indicate that Cliven Bundy

7   filed a motion to dismiss in this lawsuit and that the

8   court denied it?

9    A.   Yes, it does.

10    Q.   Can you explain to the grand jury what lines 10

11   and 11 of this order -- what the court is ordering here?

12    A.   The court ordered the plaintiff's motion for

13   summary judgment, and the plaintiff in this case is the

14   United States, was granted as to the permanent injunction.

15   What that means is Cliven Bundy was forever prohibited from

16   any cattle grazing on the Bunkerville Allotment.

17    Q.   And again, the Bunkerville Allotment is a land

18   located and it's basically public lands, correct?

19    A.   Yes, it is.

20    Q.   And public lands meaning that they're owned and

21   administrated by the federal government?

22    A.   Yes, ma'am.

23    Q.   The Bunkerville Allotment specifically was

24   administered by the Bureau of Land Management, correct?

25    A.   Yes, it was.

GB.019580

1      Q.   Can you explain to the grand jury what lines 12

2   through 14, what the court was ordering there?

3      A.   In line 12, it again stated that Cliven Bundy is

4   permanently enjoined, which means forever prohibited from

5   grazing his livestock on the Bunkerville Allotment.

6   Additionally, the court ordered that Mr. Bundy shall remove

7   his livestock from that allotment on or before November

8   30th, 1998.

9      Q.   Can you explain to the grand jury what lines 15

10   through 17, what the court was ordering in these lines?

11      A.   In these lines, the court ordered Mr. Bundy --

12   stated that United States would be entitled to trespass

13   damages from Mr. Bundy in the amount of $200 per day, per

14   head of livestock remaining on the Bunkerville Allotment

15   after November 30th, 1998.

16      Q.   Agent Wooten, I've just placed in front of you

17   what's been marked as Grand Jury Exhibit No. 4.

18                              (Whereupon, Grand Jury

19                              Exhibit 4 was identified for

20                              the record.)

21      BY MS. AHMED:

22      Q.   Do you recognize what that document is?

23      A.   Yes, ma'am, I do.

24      Q.   Can you explain to the grand jury what it is?

25      A.   It is a federal court order dated

GB.019581

1    July 9th, 2013, a U.S. District Judge Lloyd D. George.

2        Q.   Is that the same document that is projected on

3    the screen for the grand jury to see?

4        A.   Yes, ma'am.

5        Q.   I'd like to turn your attention to page 6 of this

6    document, possibly page 5 of the document, the very last

7    page, what's been labeled page 5?

8        A.   Yes, ma'am.

9        Q.   Now, you already indicated, this was an order

10   that was entered by the United States District Court Judge

11   Lloyd George.  Is he, in fact, a sitting federal district

12   court judge in this district, District of Nevada?

13       A.   Yes, ma'am.

14       Q.   Can you explain to the grand jury what the

15   context of this order is, what the lawsuit was that was

16   entered, that was filed?

17       A.   The United States in essence sued and won in

18   federal court, as confirmed by District Judge Lloyd D.

19   George, that Cliven Bundy shall remove all of his cattle

20   off of an area known as the New Trespass Lands.  This is an

21   area that's much expanded from the first court order we

22   spoke about.

23       Q.   Are the New Trespass Lands also federal public

24   lands?

25       A.   Yes, ma'am, they are.

1    Q.   Now, looking at page 5 of this document, can

2  you explain to the grand jury what lines -- what looks like

3  5 and 6, what the court was ordering on those lines?

4    A.   Starting on what appears to be lines 5, it said

5  that the document stated that the court order that the

6  defendant, Cliven Bundy's motion to dismiss was denied as a

7  moot point.  Additionally --

8    Q.   Is it your understanding then that in this

9  particular lawsuit, Cliven Bundy actually filed a motion to

10  dismiss, and was aware of the lawsuit then?

11    A.   Yes, ma'am.

12    Q.   Can you explain to the grand jury what lines 7

13  and 8 -- what the court is ordering in those lines?

14    A.   This document indicates that the court order

15  that, again, Mr. Bundy is permanently enjoined or forever

16  prohibited from any trespass grazing on the area determined

17  to be the New Trespass Lands.  Again, that's the area

18  outside of that Bunkerville Allotment that we spoke about.

19    Q.   Can you explain to the grand jury what the court

20  ordered on lines 9 through 10?

21    A.   The court ordered that the United States is

22  entitled to protect those New Trespass Lands against this

23  current trespass and all future trespasses by Cliven Bundy.

24    Q.   Please explain to the grand jury what the court

25  ordered in lines 11 through 14?

GB.019583

1      A.   The court ordered Cliven Bundy to remove his

2  livestock from those New Trespass Lands within 45 days.

3      Q.   Forty-five days of the date of the order itself?

4      A.   Yes, ma'am.

5      Q.   Which was July 9th, 2013, correct?

6      A.   Yes, ma'am.

7      Q.   What else did line -- did the court order in that

8  section?

9      A.   It indicated that the United States is entitled

10  to seize and remove and impound any of Cliven Bundy's

11  cattle that remain in trespass after those 45 days.  Later

12  on it indicates that the same thing, that the United States

13  is entitled to seize, remove, and impound any of Cliven

14  Bundy's cattle for any future trespasses provided that the

15  United States has provided notice to Cliven Bundy in

16  reference to the governing regulations of the United States

17  Department of Interior.

18      Q.   Is it your understanding that that basically

19  meant that the United States could seize and remove

20  trespass cattle by Bundy in this area as long as they

21  followed their Code of Regulations?

22      A.   Yes, ma'am.

23      Q.   I've placed in front of you what's been marked as

24  Grand Jury Exhibit No. 5.

25                              (Whereupon, Grand

GB.019584

1                        Jury Exhibit 5 was identified

2                           for the record.)

3          BY MS. AHMED:

4     Q.   Are you familiar with that document?

5     A.   Yes, ma'am, I am.

6     Q.   Can you explain to the grand jury what it is?

7     A.   This is also a court order from the United States

8  District Court, District of Nevada, in reference to a case

9  regarding the United States versus Cliven Bundy.  It's

10  dated October 8th, 2013.

11     Q.   Was this order entered by District Court Judge

12  Hicks, who is currently a sitting district court judge in

13  this district?

14     A.   Yes, ma'am, U.S. District Court Judge Larry

15  Hicks.

16     Q.   Can you explain to the grand jury what this order

17  was in reference to?

18     A.   This order is basically a motion to enforce the

19  previous order that we talked about from 1998 of the

20  Bunkerville Allotment.  So that's the area that Mr. Bundy

21  originally grazed his cattle on.

22     Q.   Turning your attention to page -- what's labeled

23  page 5 of this document, can you explain to the grand jury

24  what the court is ordering on line 7 and 8?

25     A.   The court granted the United States' motion to

GB.019585

1   enforce the injunction.

2        Q.   Did that mean that the court was allowing the

3   United States to enforce the 1998 judgment and order?

4        A.   Yes, ma'am.

5        Q.   Can you explain to the grand jury what the court

6   ordered in lines 9 and 10 of this order?

7        A.   The court permanently enjoined Cliven Bundy from

8   trespassing on the former Bunkerville Allotment, which

9   meant that again the court stated that he may no longer

10  graze cattle unlawfully on the area known as the former

11  Bunkerville Allotment.

12       Q.   Is the court referring to this area as the former

13  Bunkerville Allotment because at this time, that it was no

14  longer an active allotment and so it's only formerly

15  referred to by that name?

16       A.   Yes, ma'am.

17       Q.   Can you explain to the grand jury what the court

18  ordered on lines 11 and 12?

19       A.   The court stated that United States is entitled

20  to protect the former Bunkerville Allotment against this

21  trespass and any future trespass by Mr. Bundy.

22       Q.   Can you explain what the court is ordering in

23  lines 13 through 16 of this order?

24       A.   The court ordered Mr. Bundy to remove his

25  livestock from the former Bunkerville Allotment within 45

GB.019586

1    days of the date of this order, and it stated that the

2    U.S. is entitled to seize, remove, and impound any of Mr.

3    Bundy's cattle that remain in trespass after 45 days of

4    this order.

5         Q.   Does the court again allow the -- in lines 17

6    through 20, the court is also giving the United States

7    authority to seize and remove to impound any of Cliven

8    Bundy's cattle in future trespass, correct?

9         A.   Yes, it does.

10        Q.   So long as the United States follows its

11   governing Code of Regulations, correct?

12        A.   Yes, ma'am.

13        Q.   Now, turning to the next page of this document,

14   which is page 6, can you explain to the grand jury what the

15   court orders on line 1 and 2 of this order on this page?

16        A.   The court ordered that Bundy, referred to in this

17   order as -- Cliven Bundy is referred to in this order as

18   Bundy, shall not physically interfere with any seizure or

19   impoundment operation authorized by this order.

20             MS. AHMED.   Foreperson, is your preference that

21   we continue on right now or would you like to break for

22   lunch?

23             GRAND JURY FOREPERSON.   About how long do you

24   have?

25             MS. AHMED.   Another hour probably.

GB.019587

1            GRAND JURY FOREPERSON.  Okay.  Why don't we

2  stop now and give them a chance to have lunch and I have to

3  be at court and then we'll come back?  I think 1:15, is

4  that good?

5            MS. AHMED.  Works for us.

6            GRAND JURY FOREPERSON.  Okay.

7            MS. AHMED.  Thank you.

8            GRAND JURY FOREPERSON.  We'll come back.

9            (Whereupon, the witness was excused at 12:00 p.m.

10  and subsequently recalled at 1:15 p.m.)

11            COURT REPORTER.  We're on the record.

12            BY MS. AHMED:

13      Q.   Good afternoon again, Agent Wooten.

14      A.   Good afternoon, ma'am.

15      Q.   Before we broke for lunch, we were discussing

16  court orders relating to areas that you referred to as the

17  Bunkerville Allotment and the New Trespass Lands, correct?

18      A.   Yes, ma'am.

19                              (Whereupon, Grand Jury

20                              Exhibit 22 was identified for

21                              the record.)

22            BY MS. AHMED:

23      Q.   I'd like to turn your attention to the map that's

24  on the wall to your right, labeled Gold Butte Cattle

25  Impound 2014 General Area of Operation, the April Census

GB.019588

1  Data.  And that's Grand Jury Exhibit No. 22.  Do you see

2  that?

3       A.   Yes, ma'am, I do.

4       Q.   And it's also projected on the screen.  It's the

5  same map, correct?

6       A.   Yes, ma'am.

7       Q.   Are you familiar with this map?

8       A.   Yes, I am.

9       Q.   Are you familiar with the contents that are

10  included on the map?

11       A.   Yes, ma'am.

12       Q.   Can you explain to the grand jury what generally

13  is contained in this map?

14       A.   This map depicts a cattle census, which means

15  basically cattle were counted by aircraft and by ground in

16  April of 2014.  During that time, approximately 908 cattle

17  were counted and about 628 by helicopter.  As you look at

18  the map, you will see dots of various colors in an outline

19  of our area of operation.

20       Q.   Can I --

21       A.   Yes, ma'am.

22       Q.   Now, just generally speaking, it looks like on

23  the bottom right-hand corner of this map that there is a

24  map of Nevada and that this map is then indicated on that

25  little Nevada map.  Can you describe for the grand jury

GB.019589

1  generally where in Nevada this area of operation is

2  located?

3      A.   This is in the southeastern portion of Nevada,

4  approximately, you know, give or take, about 80 miles from

5  Las Vegas.

6      Q.   And is it near essentially the Bunkerville and

7  Mesquite areas of Nevada?

8      A.   Yes, ma'am.

9      Q.   Now you, I believe, were just about to reference

10  the sort of dark line creating a boundary around a certain

11  area on this map, is that correct?

12      A.   Yes, ma'am.

13      Q.   Can you explain to the grand jury what is inside

14  of that line?

15      A.   It's the area known as the former Bunkerville

16  Cattle Grazing Allotment, and then also the area that we

17  referred to earlier on as known as the New Trespass Lands.

18      Q.   Is it correct that the former -- what was known

19  as the former Bunkerville Allotment is generally in the

20  northeast part of this boundaried [sic] area?

21      A.   Yes, ma'am.

22      Q.   And that everything outside of that northeast

23  boundaried area that's public lands, those would be

24  considered the New Trespass area?

25      A.   Yes, ma'am.

GB.019590

1       Q.    Now, the map has a legend on it, doesn't it,

2  that indicates which lands are public lands and which lands

3  are private lands, correct?

4       A.    Yes, ma'am.

5       Q.    And, in fact, the areas that are shaded white are

6  actually private lands, correct?

7       A.    That's correct.

8       Q.    So everything that's not white is actually land

9  managed -- within the boundaries managed by the federal

10  government, correct?

11       A.    Yes, ma'am.

12       Q.    And, in fact, that land is owned by the federal

13  government, correct?

14       A.    Yes, ma'am.

15       Q.    Is it also correct that this land has been owned

16  by the federal government since this area came into the

17  union at the time that the United States and Mexico entered

18  into the Treaty of Guadalupe Hidalgo in 1848?

19       A.    Yes, ma'am.

20       Q.    Is it also correct that Cliven Bundy never had

21  ownership of any of the land that's shaded yellow, purple,

22  or dark blue within the boundaries of this boundaried area?

23       A.    Yes, ma'am.

24       Q.    Now, you also referenced the circles inside of

25  this boundaried area, and I see that the circles are of

GB.019591

1  different sizes.  Can you explain to the grand jury what

2  the different sizes of the circles mean?

3      A.   A different size circle would correspond with a

4  different number of cattle that were observed.  And for the

5  purpose of making this map easier to understand and read,

6  the bigger the circle, the more cattle that were observed

7  in a particular area.

8      Q.   And you indicated earlier that this was a census

9  done in April of 2014.  Was it the Bureau of Land

10  Management that led that census?

11      A.   Yes, ma'am.

12      Q.   And in April of 2014, it was done and so is it

13  correct to say that it was done in close proximity to the

14  time that the BLM began its impoundment seizing of the

15  trespass cattle?

16      A.   Yes, ma'am.

17      Q.   And again, to be clear, what's in the boundaried

18  area that's not marked as private lands, those are the

19  lands that the court orders that we previously discussed

20  are referencing, correct?

21      A.   Can you rephrase that, please?

22      Q.   Other than the private lands inside of the

23  boundaried area, everything else -- these are the lands

24  that the court orders in 2013 were referencing?

25      A.   Yes, ma'am.

GB.019592

1        Q.   Now I'd like to turn your attention to the map

2    that's to your -- behind you to -- if you're looking at it

3    from my direction, to your right?

4        A.   Yes, ma'am.

5        Q.   Now, there are some white boxes with texts on

6    this map, which we will get into a little later in this

7    session, but just generally, can you explain to the grand

8    jury what is depicted in this map?

9        A.   Yes.   Ladies and gentlemen, I would like to

10   orient you to the map really quick.   Think of Las Vegas

11   being about 80 miles down this way.   Think of this area

12   right here is Bunkerville and then you can see this area is

13   marked as Mesquite.   This is Interstate 15, which is the --

14   interstate running east and west here, not north and south

15   as we know Interstate 15 goes.

16       Q.   Can you indicate to the grand jury which

17   direction is north if you're looking at this map?

18       A.   This map is oriented straight up, so this area

19   directly above the map would be north.

20       Q.   Can you indicate to the grand jury by pointing at

21   it where -- you already indicated that that -- those two

22   lines that appear to be black or a dark red on the map that

23   that's actually indicating Interstate 15, is that correct?

24       A.   Yes, ma'am.

25       Q.   Can you indicate by running your finger along it

GB.019593

1  where State Route 170 is on this map?

2      A.   Yes, ma'am.   State Route 170 is depicted here on

3  the dotted blue line and it's roughly at exit 112, just off

4  Interstate 15.   And at this point it runs south and then it

5  runs to the east into Bunkerville and then on into

6  Mesquite.

7                              (Whereupon, Grand Jury

8                              Exhibit 23 was identified for

9                              the record.)

10      BY MS. AHMED:

11      Q.   And for the record, this is Grand Jury Exhibit

12  No. 23.   And looking at this Grand Jury Exhibit 23, is it

13  correct that State Route 170 almost -- it meets Interstate

14  15 around mile marker or exit 112, which you just

15  indicated?   Can you put your finger on exit 112?

16      A.   Yes, ma'am.

17      Q.   And then can you put your finger on where exit

18  120 is?   And that's where 170 meets Interstate 15 again,

19  correct?

20      A.   Roughly, yes, ma'am.

21      Q.   Can you identify on Grand Jury Exhibit 23 where

22  the BLM set up its incident command post?

23      A.   Right here is milepost 115, and the incident

24  command post here is depicted in a box with -- marked in

25  white and blue.   That's in the Toquop Wash.

GB.019594

1    Q.   Can you also identify for the grand jury on

2  Exhibit 23 where New Gold Butte Road is located off of

3  State Route 170?

4    A.   Yes.  Again, here is State Route 170, New Gold

5  Butte Road intersects with 170 here and it runs southwest

6  along the Virgin River in this manner.

7    Q.   Along -- near the intersection of New Gold Butte

8  Road and State Route 170, do you see demarcated on Grand

9  Jury Exhibit 23 milk barn, a label that says milk barn

10  structure?

11    A.   Yes, ma'am, I do.  It's here depicted in white.

12    Q.   Near the intersection of State Route 170 and New

13  Gold Butte Road, do you also see a box depicting -- or what

14  is labeled as gravel pit?

15    A.   Yes, ma'am.

16    Q.   Can you identify for the grand jury where that is

17  on Exhibit 23?

18    A.   Right here labeled as gravel pit.

19    Q.   Can you explain to the grand jury what the yellow

20  area on this map represents?

21    A.   The yellow area depicts federal public lands

22  administered by the Bureau of Land Management.

23    Q.   Can you explain to the grand jury what the white

24  areas are on this map?

25    A.   The white areas are land that's owned privately

GB.019595

1  all through the town of Bunkerville, Mesquite, and then

2  following the Virgin River in cultivated areas.

3      Q.   Now, in the lower roughly left bottom side of the

4  map, there's a blue box along New Gold Butte Road, do you

5  see that?

6      A.   Yes, ma'am.

7      Q.   On Exhibit 23.  Can you explain to the grand jury

8  what that box represents?

9      A.   This is actually the Bundy ranch.  It's Cliven

10 Bundy's private property that consists of approximately 160

11 acres.

12     Q.   Now I'd like to turn your attention to Grand Jury

13 Exhibit 24, which is the map directly next to this map.

14                           (Whereupon, Grand Jury

15                           Exhibit 24 was identified for

16                           the record.)

17          BY MS. AHMED:

18     Q.   Can you explain to the grand jury what this map

19 depicts?

20     A.   Ladies and gentlemen, this map is merely a close-

21 up of this map that you previously looked at.  I'd like to

22 orient you.  Again, think of Interstate 15 running up to

23 the north and this is State Highway 170 running through

24 here.  And this is New Gold Butte Road running along the

25 Virgin River on Bureau of Land Management lands and then

GB.019596

1   also traversing private property.

2       Q.   So Grand Jury Exhibit 24 is essentially a close-

3   up of the intersection of State Route 170 and New Gold

4   Butte Road, correct?

5       A.   Yes, ma'am.

6       Q.   Now can you explain again to the grand jury what

7   the yellow-shaded areas represent on this map?

8       A.   This whole yellow-shaded area are federal public

9   lands administered by the Bureau of Land Management.

10      Q.   Can you explain to the grand jury on Grand Jury

11  Exhibit 24 what the white areas represent?

12      A.   The white areas are privately owned lands.

13      Q.   Can you explain to the grand jury on this map,

14  Grand Jury Exhibit 24, what that blue box contains?

15      A.   This blue box is the Bundy ranch, land owned by

16  Cliven Bundy approximately 160 acres.

17      Q.   Based on your investigation in this case, is it

18  correct that the federal government did not seize any

19  cattle from any of these privately owned lands?

20      A.   That's correct.  The federal government didn't

21  seize any cattle at all from any private lands.

22      Q.   And if you could return to Grand Jury Exhibit 23

23  and point to the grand jury on this map where the rally

24  area is that's along State Route 170?

25      A.   Although it doesn't appear to be marked on this

GB.019597

1    map, it is approximately right in here.  Somewhere in

2    this area right here.

3        Q.   Can you explain to the grand jury the

4    approximately distance from that rally point, also referred

5    to as the staging area, to the BLM ICP?

6        A.   If you go by road, meaning State Route 170, leave

7    at I-15 and travel I-15 north, or on this map, east, then

8    it's five miles by car approximately.  If you go over land,

9    you'll see later that the horses did, it's approximately

10   3.5 miles.

11       Q.   You can have a seat, Agent Wooten.  Now, after

12   October of 2013, did Cliven Bundy remove any of his cattle

13   from the lands depicted on Grand Jury Exhibit 22 and that

14   boundaried area?

15       A.   No, ma'am.

16       Q.   Did the BLM then prepare to seize and remove the

17   cattle pursuant to the federal court orders?

18       A.   Yes, ma'am.

19       Q.   Did the BLM enter into contracts with third

20   parties in order to facilitate the removal of the cattle?

21       A.   Yes, ma'am, they did.

22       Q.   Did the BLM enter into a contract with Sampson

23   Livestock?

24       A.   Yes, they did.

25       Q.   When did they enter into this contract?

GB.019598

1      A.    Immediately prior to seizing any cattle.

2      Q.    Is it correct that it was sometime in March of --

3  February or March of 2014?

4      A.    Yes, ma'am.

5      Q.    Now can you explain to the grand jury what

6  Sampson Livestock is?

7      A.    They're basically cowboys.  Their specialty is

8  rounding up livestock in somewhat remote rural areas.

9      Q.    What did the contract entail Sampson Livestock

10  doing in relation to the Bundy cattle?

11      A.    They were to hire out subcontractors as needed

12  and then move to the area that I showed you earlier and

13  round up these trespass cattle in some of these very remote

14  areas that will be described to you later.

15      Q.    Is Sampson Livestock actually located -- its

16  business located in Utah?

17      A.    Yes, ma'am.

18      Q.    Did Shayne Sampson -- is he the owner of Sampson

19  Livestock?

20      A.    Yes, ma'am.

21      Q.    Did Shayne Sampson and his employees and

22  subcontractors travel from Utah to Nevada to perform the

23  contract?

24      A.    Yes, they did.

25      Q.    Did the BLM also enter into a contract with an

GB.019599

1    individual named Scott Robbins?

2        A.   Yes.

3        Q.   Does Scott Robbins own a business entitled R

4    Livestock?

5        A.   Yes, he does.

6        Q.   Can you explain to the grand jury what R

7    Livestock business is?

8        A.   In essence, R Livestock is basically an auction

9    yard.  So once any trespass cattle were rounded up, and if

10   those cattle were not later claimed by Cliven Bundy, then

11   those cattle would go to an auction yard in which they

12   would be sold and then the cost would go to mitigate the

13   expense of the roundup.

14       Q.   Where is R Livestock, the business, situated?

15       A.   Also in Utah, ma'am.

16       Q.   Was it understood in the contract that the cattle

17   would be transported from Nevada to Utah to -- in order for

18   Scott Robbins to perform the contract?

19       A.   Yes, ma'am.

20       Q.   Did the BLM in preparation for removing the

21   cattle inform Cliven Bundy in any way that they would be

22   conducting their impoundment?

23       A.   Yes.

24       Q.   When was that?

25       A.   It was immediately prior and during the impound,

GB.019600

1  starting in March of 2014.

2      Q.   Is it correct that on March 12th of 2014, the BLM

3  and the National Park Service both sent certified letters

4  to Cliven Bundy advising him of his trespass cattle on

5  these public lands?

6      A.   Yes, ma'am.

7      Q.   Did Cliven Bundy respond to either the National

8  Park Service or the BLM?

9      A.   No, ma'am.

10      Q.   Were the letters sent via certified mail?

11      A.   Yes, they were.

12      Q.   Did Cliven Bundy make reference -- any public

13  statement referencing the incoming, impending impoundment

14  of his cattle?

15      A.   Yes, he made many public statements.

16      Q.   Through your investigation did you become

17  familiar with the public statements that he made?

18      A.   Yes, ma'am.

19      Q.   Was the first public statement he made on March

20  15th, 2014 to your knowledge?

21      A.   Yes, ma'am.

22      Q.   Can you explain to the grand jury what was the

23  medium in which his public statements were made?

24      A.   This was in a news-type publication, a

25  periodical, referred to as the *Desert Valley Times*.

GB.019601

1     Q.    Who was the author of the article?

2     A.    Mike Donahue.

3     Q.    And what was the article titled?

4     A.    It was titled "Bunkerville Rancher Ready for New

5  Bill and Fight".

6     Q.    Did the article contain quotes attributed to

7  Cliven Bundy?

8     A.    Yes, ma'am.

9     Q.    What did the quotes -- what are some of the

10  quotes that were included?

11    A.    Cliven Bundy was quoted as saying that he is

12  "ready to do battle with the BLM."

13    Q.    Did he also give any statements regarding county

14  officials or state officials?

15    A.    Yes.  The article indicated that Cliven Bundy

16  stated that Clark County Sheriff Douglas Gillespie

17  previously informed him, meaning Cliven Bundy, that the

18  Bureau of Land Management is planning to enforce a federal

19  court order issued this past fall, which would have been in

20  the fall of 2013, to seize his cattle.

21    Q.    Did Bundy make any statements in the article that

22  suggested that he was also separately aware of court orders

23  regarding his cattle?

24    A.    Yes.  The article seemed to indicate that Bundy

25  had received a court order, which gave him 45 days to move

1    his cattle out.

2        Q.   In this article, is Bundy quoting as making

3    statements about his property?

4        A.   Yes.

5        Q.   What did he say, or what is he quoted as saying?

6        A.   The quote is, "I'll do whatever it takes to

7    protect my life, liberty, and property."   Additionally, he

8    was quoted as saying, "I want to give fair warning.   I will

9    hold the state and county officials accountable and liable.

10   I will also make any cowboy contractor who collects the

11   cattle legally accountable."   And then a different quote

12   indicates, "I'll sue them."   Later on, Mr. Bundy says, "I

13   can't believe a federal judge wouldn't recognize the

14   sovereign right of the State of Nevada."

15       Q.   On March 19th of 2014, did Cliven Bundy again

16   make a public statement regarding the BLM gathering his

17   cattle?

18       A.   Yes, ma'am.

19       Q.   Did he make statements that were quoted in -- by

20   reporter Vernon Robison in the *Moapa Valley Progress*?

21       A.   Yes, he did.

22       Q.   Can you explain to the grand jury what the *Moapa*

23   *Valley Progress* is?

24       A.   It's a local periodical, such as that could

25   contain news and subjects of that matter.

GB.019603

1      Q.    Now in the article in which Cliven Bundy is

2  quoted, is that article titled "Bunkerville Rancher

3  Prepares to Battle Feds Again for Land?"

4      A.    Yes, ma'am.

5      Q.    In that article was Cliven Bundy quoted regarding

6  what he would do with respect to his property?

7      A.    Yes, he was quoted there.

8      Q.    What did he say?

9      A.    A quote was from Cliven Bundy, "I'll do whatever

10  it takes to protect my life, liberty, and property.  Along

11  with them, the rights of other citizens of Clark County to

12  have access to the land."  He was also quoted as saying,

13  "I'm going to hold these people liable and legally

14  accountable for their actions with any lawsuits that I need

15  to do."

16      Q.    Did he indicate whether or not he would bring

17  others into his conflict with the federal government?

18      A.    Yes, Cliven Bundy stated I'll bring my friends,

19  relatives, and supporters together to protest against this

20  whole thing.  Another quote after that is, "And we'll do

21  whatever we have to do after that."

22      Q.    On March 21st, 2014, did Cliven Bundy send a

23  letter entitled Range War Emergency Notice and Demand for

24  Protection to various Nevada State officials?

25      A.    Yes, he did.

GB.019604

1    Q.    Can you describe to the grand jury who was

2   included in the state officials?

3    A.    Clark County Sheriff Douglas Gillespie, Nevada

4   Governor Brian Sandoval, and numerous other officials.

5    Q.    In this letter that Cliven Bundy wrote, did he

6   again address the BLM gathering his cattle?

7    A.    Yes, he did.

8    Q.    What did he state?

9    A.    He indicated that this was a notice of cattle

10   rustling, an illegal seizure by contract cowboys under the

11   direction of the BLM being in progress on Bundy's ranch in

12   Clark County, Nevada.

13    Q.    Now, on March 21st, 2014, had the BLM begun its

14   gathering of Bundy's cattle?

15    A.    No, they had not.

16    Q.    And at any time did the BLM ever go onto the

17   Bundy's property to gather cattle?

18    A.    Never.

19    Q.    In this letter dated March 21st, 2014, did Cliven

20   Bundy also make any demands to the Clark County Sheriff?

21    A.    Yes, he did.

22    Q.    What did he demand of the sheriff?

23    A.    Prior to demanding anything from the sheriff,

24   Cliven Bundy demanded that these activities, meaning his

25   alleged cattle rustling, must cease and desist and then the

GB.019605

1   Clark County Sheriff and Nevada should protect his

2   property from any attempts, that illegal seizure of cattle

3   or all persons receiving cattle without Cliven Bundy's

4   specific permission, and that they were violating a law and

5   his, meaning Cliven Bundy's rights.

6        Q.    Did Cliven Bundy in the same letter indicate

7   that only he -- that all Nevada brand inspection

8   certificates could only be signed by Cliven Bundy with

9   respect to cattle that he claimed?

10       A.    Yes.

11       Q.    Did Cliven Bundy also in this letter indicate

12  that he claimed all cattle branded with a V over O brand,

13  as well as all non-branded cattle near the Bundy ranch, as

14  his own?

15       A.    Yes, he claimed all cattle branded and unbranded.

16       Q.    Did he also claim all cattle branded and

17  unbranded in "New Trespass Land" in Clark County, Nevada?

18       A.    Yes, ma'am.

19       Q.    And again, that's a phrase that appears to have

20  been taken from the July 2013 court order, correct?

21       A.    It appears that way.

22       Q.    Now, on March 21st, 2014, did Cliven Bundy also

23  send a letter entitled Notice and Lien Regarding Cattle

24  Rustling and Illegal Seizure to various business entities?

25       A.    Yes, ma'am.

GB.019606

1      Q.    Who did he send that letter to?

2      A.    The Cotoor family.

3      Q.    Can you explain to the grand jury who the Cotoor

4   family is?

5      A.    The Cotoor family is a family of cowboys, in

6   essence, and Mr. Bundy believed that they would probably be

7   the ones that bid and received a contract from the Bureau

8   of Land Management to round up his cattle.

9      Q.    Did this letter essentially demand that the

10  Cotoors not collect or gather Bundy's cattle in the federal

11  public lands?

12     A.    Yes, ma'am.

13     Q.    Did it also indicate that he would hold liable

14  anybody who did collect or facilitate the collection of his

15  cattle in that area?

16     A.    Yes, ma'am.

17     Q.    On March 24th, 2014, did Bundy again make a

18  public statement regarding the gather to Mike Donahue of

19  the *Desert Valley Times*?

20     A.    Yes, he did.

21     Q.    Was there an article that contained his

22  statements published on that date?

23     A.    Yes.  This article was entitled, "Bundy Declares

24  Range War."

25     Q.    In the article, is Cliven Bundy quoted regarding

GB.019607

1   a concept called range war?

2        A.   Yes, ma'am.

3        Q.   What did he say about a range war?

4        A.   In this article, Mr. Bundy was quoted as saying,

5   "As far as I can see, it's a range war and it's pretty hard

6   to figure out why they're not protecting me.  Additionally,

7   he stated, "We're fighting for freedom, liberty, and

8   access.  What I'm organizing are lots of groups and they'll

9   come from hundreds of miles away."

10        Q.   Did Cliven Bundy indicate that if the sheriff

11   didn't stop the BLM, that the sheriff would also have to

12   deal with the consequences of that?

13        A.   Yes, ma'am.  Additionally, he stated the sheriff

14   is the only one with policing powers and arresting powers

15   in Clark County.

16        Q.   Was he also quoted in this article as saying,

17   "It's a range war and it can last a long time," is that

18   correct?

19        A.   Yes.  In addition, he said it again, "It's a

20   range war and we're fighting against a police state."

21        Q.   Are you familiar with the phrase range war?

22        A.   Yes, ma'am.

23        Q.   Can you explain to the grand jury generally in

24   land management what that term depicts?

25        A.   The term range war generally connotates an armed

GB.019608

1    insurrection or rebellion against anyone seeking to

2    impose any regulation on the public lands known as the

3    federal public range.  And for us, it basically meant that

4    Cliven Bundy was willing to use arms to influence the

5    federal government to act the way he wanted us to act.

6        Q.   On March 25th, 2014, did Cliven Bundy again make

7    public statements, this time contained in an article

8    written by Henry Brean of the *Las Vegas Review Journal*?

9        A.   Yes, ma'am.

10       Q.   And was this article entitled "Bunkerville Ranger

11   Vows to Resist Federal Roundup of His Cattle"?

12       A.   Yes, ma'am.

13       Q.   In this article, was Cliven Bundy quoted about

14   the federal government collecting his cattle?

15       A.   Yes, ma'am.

16       Q.   What did he say?

17       A.   The quote is, "Tell them," meaning the federal

18   government, "Bundy's ready."  And "Whenever they've got the

19   guts to try it, tell them to come."  Additionally, Cliven

20   Bundy was quoted as saying what he did was fire the BLM and

21   he will claim all the no brand cattle as private property.

22   Cliven Bundy was quoted as saying, "I'll do whatever it

23   takes and they're not going to get a hair of my cattle or

24   any of my property."

25       Q.   Did Cliven Bundy make any reference in this

GB.019609

1    article what he would do if it cattle was, in fact,

2    rounded up by the federal government and then given back to

3    him?

4        A.   He indicated he would turn them straight back

5    out.

6        Q.   Meaning back out into the public land?

7        A.   Yes, ma'am.

8        Q.   On March 27th, 2014, was Cliven Bundy quoted as

9    making public statements to Mike Donahue of the Desert

10   Valley Times in an article entitled "Man Battling BLM Says

11   He Has 'Army of Supporters'"?

12       A.   Yes, ma'am.

13       Q.   Was he quoted in this article?

14       A.   Yes, he was.

15       Q.   What is he quoted as saying?

16       A.   The quote was, "Most of the people are ready for

17   this, but just don't know when it's going to start."

18   Another quote is, "Let them start their dirty work of

19   stealing my cattle and then we'll see," them meaning the

20   federal government.

21       Q.   Is it your understanding that the quote in the

22   article title referencing an army of supporters was a quote

23   attributable to Cliven Bundy?

24       A.   Yes, ma'am.

25       Q.   On March 28th, 2014, did Cliven Bundy have a

GB.019610

1  physical interaction with the civilian contractors

2  working with the BLM including Shayne Sampson of Sampson

3  Livestock?

4       A.   Yes, ma'am.

5       Q.   Can you explain to the grand jury what happened

6  in that encounter?

7       A.   As the civilian contractors and moving into an

8  area that I showed you up here earlier, which is known as

9  the entrance to the incident command post, or ICP, Cliven

10 Bundy and his followers physically stopped the convoy of

11 cowboys from going into this rural unimproved road area to

12 the incident command post.  In doing so, it caused the

13 convoy to back up and create a traffic hazard on Interstate

14 15 and there was a narrowly avoided crash that luckily

15 didn't happen there, but it was a close call for some of

16 the contractors.  Some of the individuals there, some of

17 Cliven Bundy's followers, physically stepped in front of

18 the vehicles.  One of them at least pounded on one of the

19 vehicle's trailers.  Others took -- appeared to take

20 photographs of the individual contractors and their license

21 plates and Cliven Bundy's son, Ryan, pointed one of his

22 fingers at contractor Shayne Sampson, which we spoke about

23 earlier, and said that Mr. Sampson better watch out.

24       Q.   Now, on March 28th, 2014, did Cliven Bundy then

25 also make public statements to Las Vegas My News 3 in a

GB.019611

1  news story that was aired on television narrated by

2  Gerard Ramalho?

3      A.   Yes, ma'am.

4      Q.   Was this news story entitled Range War?

5      A.   Yes, it was.

6      Q.   Did the news story include an interview of Cliven

7  Bundy by reporter Vicki Gonzalez?

8      A.   Yes, it did.

9      Q.   In the interview, did Cliven Bundy make any

10  reference to the BLM's gathering of his cattle?

11      A.   Yes.

12      Q.   What did he say?

13      A.   Cliven Bundy was quoted as saying, "All of those

14  cowboys are going to be thieves who stole my cattle.  It's

15  like they are staging for war."  And he's also quoted as

16  saying, "I told them I'll do whatever it takes.  I'll stick

17  with that."

18      Q.   Did Vicki -- did the reporter also indicate that

19  Cliven Bundy made any indication to her his beliefs about

20  the federal government's regulation of public land?

21      A.   Yes.  In this report it indicated that Mr. Bundy

22  didn't believe the federal government should police him or

23  his cattle on public lands.

24      Q.   Did the BLM then begin its impoundment or its

25  gather and removal process of Bundy's cattle from the

GB.019612

1    federal public lands on April 5th, 2014?

2         A.   Yes, ma'am.

3         Q.   On April 5th, 2014, did the BLM gather Bundy's

4    cattle off of the public lands?

5         A.   Yes, ma'am.

6         Q.   Is it correct that they gathered approximately 70

7    of his cattle that day?

8         A.   Approximately.

9         Q.   On April 5th, 2014, did Cliven Bundy again make

10   public statement about the BLM collecting his cattle?

11        A.   Yes, ma'am.

12        Q.   What did he say?  Well, to what -- where was he

13   quoted as making these statements?

14        A.   He was quoted on KSNVmynews3.com in a report.

15        Q.   And what is he quoted as saying?

16        A.   Mr. Bundy was quoted as saying, "I've done quite

17   a bit so far to keep my cattle, but I guess it's not been

18   enough.  They took 75 of my cattle today.  I have said I'll

19   do what it takes to keep my cattle so I guess it's going to

20   have to be more physical."

21        Q.   You indicated that these public statements -- or

22   through these public statements it appears that Cliven

23   Bundy used the phrase that he would do whatever it takes,

24   whatever it takes, repeatedly, correct?

25        A.   Yes, ma'am.

GB.019613

1      Q.   Did the BLM do anything to try to understand

2  that that phrase included?

3      A.   Yes, ma'am.

4      Q.   What did the BLM do?

5      A.   The BLM basically did a threat assessment to try

6  to understand what these phrases meant.

7      Q.   Did anybody try to contact the Bundys to

8  understand what the phrase "whatever it takes" meant?

9      A.   Yes, ma'am.  A personal contact was attempted

10  with Cliven Bundy, and additionally, telephone contacts

11  were attempted with the sons of Cliven Bundy.

12      Q.   Did Cliven Bundy or any of his sons, when

13  addressing the phrase whatever it takes, did they ever rule

14  out the possibility that they would use physical force?

15      A.   No, ma'am, it was always very open-ended.

16      Q.   You've indicated in reference to Grand Jury

17  Exhibit 23 where the incident command post, also known as

18  the ICP, was located.  Can you explain to the grand jury

19  the functional purpose of that location?

20      A.   It's located in an area known as the Toquop Wash,

21  and that wash is lower in elevation than the surrounding

22  area and so you would have the interstate and then you

23  would have in a lower area this wash.  With the incident

24  command post and then the cattle corrals being located in

25  this area, it was not within easy view of the highway, so

GB.019614

1  what would be considered a low profile.  It was

2  physically lower than the surrounding areas and it was

3  close to Interstate 15 and relatively close to the impound

4  areas, which would facilitate easy in and out and transport

5  of cattle.

6      Q.   Did this location also allow the operation to

7  have what was considered a low profile?

8      A.   Yes, ma'am.

9      Q.   What does that mean?

10      A.   It simply means that the average person driving

11  by on Interstate 15 would probably have not have noticed

12  there was an impound operation going on at the time.

13      Q.   Was this location of the ICP also relatively

14  close to all of the area that the BLM and Park Service

15  needed to gather cattle from?

16      A.   Yes, ma'am.

17      Q.   Now, who was actually located at the ICP or

18  rather, who was actually included in the staff for the

19  impoundment operation?

20      A.   There were civilian contractors like we spoke

21  about before, Mr. Shayne Sampson and his crew.  There were

22  civilian Department of Interior employees, which are

23  generally Natural Resource Specialists or firefighters, and

24  they facilitated the operation of the trespass cattle

25  impound.  And then there was Bureau of Land Management, the

GB.019615

1  United States Park Service, with the Park Police, the

2  U.S. Forest Service law enforcement.

3      Q.   Now you differentiate law enforcement officers

4  from civilians.  Can you explain to the grand jury what you

5  mean when you say civilian?

6      A.   Someone who has not graduated from a federal

7  certified law enforcement academy and, therefore, has no

8  defensive tactics, training, or expertise.

9      Q.   And, in fact, is correct that the reason there

10 are law enforcement officers present during this

11 impoundment or during the gathering of the cattle was

12 primarily to provide protection to these untrained

13 civilians?

14     A.   Yes, primarily.  And also, it should be noted

15 that secondarily, many of these cattle were considered wild

16 and feral and when they get put in a constrained

17 environment, there's a propensity that one or more of them

18 would become violent, and the law enforcement officers are

19 equipped with firearms and at that point the law

20 enforcement could protect the civilians, the unarmed

21 people, from the cattle if necessary.

22     Q.   Now, you referenced the Bureau of Land

23 Management, the National Park Service, and the United

24 States Forest Service as having law enforcement officers at

25 the cattle gather operation, correct?

GB.019616

1      A.    Yes, ma'am.

2      Q.    Are these all federal law enforcement officers?

3      A.    Yes, ma'am.

4      Q.    Does that mean that there is a codified federal

5  law giving authority to these officers to act as

6  essentially federal police?

7      A.    Yes, ma'am.

8      Q.    In order to become federal law enforcement

9  officers, did all of the officers at the impoundment have

10  to go to the federal law enforcement training center or a

11  similar center?

12      A.    Yes, ma'am.

13      Q.    And is this center the same that other federal

14  agencies with officers, such as the Bureau of Alcohol,

15  Tobacco, Firearms and Explosives, that their agents also go

16  to for training?

17      A.    Yes, ma'am.

18      Q.    Did these federal laws that give the law

19  enforcement officer authority, do they also allow these

20  federal law enforcement officers, the public lands agencies

21  that you just referenced, does it allow them to have the

22  power to make arrests?

23      A.    Yes, ma'am.

24      Q.    Does it give them the power generally to enforce

25  federal law?

GB.019617

1      A.   Yes, ma'am, it does.

2      Q.   Now I'd like to turn your attention back to Grand

3   Jury Exhibit 23.   And although you indicated earlier, could

4   you also again point to the map and indicate to the grand

5   jury where that March 28th incident between Cliven Bundy

6   and his family and the civilian contractors occurred?

7      A.   For the jury, here's I-15 one more time, and

8   here's approximately mile marker 115.   There was a small

9   gravel turnout right there and a road that would lead to

10  the incident command post depicted here in this box.   This

11  incident occurred approximately right here.

12     Q.   Now turning to Grand Jury Exhibit No. 24, can you

13  indicate -- well, actually, let's -- stepping back for a

14  moment, if you'll take a seat, can you explain to the grand

15  jury whether or not your investigation revealed any contact

16  between the Bundy family and any of their civilian -- the

17  BLM contractors on or about April 2nd of 2014?

18  Specifically, Scott Robbins and R Livestock?

19     A.   Oh, yes, ma'am.

20     Q.   Can you explain to the grand jury what that

21  encounter entailed generally?

22     A.   At Mr. Robbins's business, which is called R

23  Livestock in Utah, Ryan Bundy and several of Cliven Bundy's

24  followers impeded the weekly cattle auction.

25     Q.   Was Ryan Bundy actually physically present at

1  Scott Robbins or at the R Livestock business?

2       A.   Yes, ma'am, he was.

3       Q.   Did they go inside of the business while an

4  auction was being conducted?

5       A.   Yes, ma'am, they did.

6       Q.   Did that cause the business to temporarily cease

7  operations?

8       A.   Yes, ma'am.

9       Q.   Did the Sevier County Sheriff report to this

10 incident in response to the presence of these -- or in

11 response to this disruption?

12      A.   Yes, ma'am.

13      Q.   During -- while the Sevier County Sheriff was on

14 scene, did he speak with Ryan Bundy?

15      A.   Yes, he did.

16      Q.   Did Ryan Bundy make any statements to him about

17 what his intentions were at R Livestock?

18      A.   Yes, he did.

19      Q.   What did he state?

20      A.   I'm going to refer to my notes here.  When

21 speaking with Sevier County, Utah Sheriff Nathan Curtis,

22 Ryan Bundy told Sheriff Curtis that R Livestock had agreed

23 to accept stolen cattle and that he claimed all branded

24 cattle as belonging to him and unbranded cattle, as well.

25      Q.   Did he make any specific statements about what he

GB.019619

1  would do regarding Bundy branded or cattle otherwise

2  claimed by the Bundys if they showed up at R Livestock?

3      A.   He said if he couldn't get the cattle stopped at

4  the border, meaning where Nevada crosses over into Utah,

5  then he would take those cattle by force at R Livestock.

6      Q.   Now we've also previously mentioned, but is it

7  correct that on April 5th the gathering operation actually

8  began?

9      A.   Yes, ma'am.

10      Q.   On Sunday, April 6th, did anybody Bundy family

11  members have any encounters with the BLM or other federal

12  officers working in the gather?

13      A.   Yes, they did.

14      Q.   Can you describe what this contact included?

15      A.   Yes, there were a few.  I'll start out with a

16  contact with Ryan Bundy and one of our special agents with

17  the Bureau of Land Management.  And I'll use this exhibit

18  for the grand jury just so you can see where it's at.

19      Q.   So pointing to Grand Jury Exhibit 24, can you

20  indicate to the grand jury where this encounter you're

21  about to talk about occurred?

22      A.   It occurred right here, so on federal public

23  lands off of the private lands.  And for the jury, around

24  this far is a mile, just so you know.

25      Q.   Now during this contact between Ryan Bundy and a

GB.019620

1  BLM special agent, just generally what occurred?

2      A.   Ryan Bundy was seen on an all-terrain vehicle.

3  He was -- earlier in the day he appeared to be armed, so

4  that was reported out over the radio.  And the law

5  enforcement officer was in a patrol vehicle as Ryan Bundy

6  drove towards him in a reckless manner and then swerved

7  narrowly missing him.  Additionally, immediately following

8  that, the federal law enforcement officer activated his

9  emergency equipment and attempted a stop on Ryan Bundy, in

10  which Ryan Bundy continued to elude using his all-terrain

11  vehicle.

12      Q.   Later on, on April 6th, was there another

13  encounter between Bundy family members and the BLM?

14      A.   Yes, ma'am.

15      Q.   Can you indicate on Grand Jury Exhibit 24 where

16  this encounter occurred?

17      A.   There were two encounters that occurred in close

18  proximity to each other up here in the northeast portion of

19  the map.

20      Q.   And is that along State Route 170?

21      A.   Yes, it is.  State Route 170 runs right through

22  here.

23      Q.   Now, is it correct that on the afternoon of April

24  6th, an arrest was made of Cliven Bundy's son, Dave Bundy?

25      A.   Yes, that's correct.

GB.019621

1     Q.   Can you indicate on the map where that arrest

2   was made?

3     A.   Just off of State Route 170.

4     Q.   Is it correct that Dave Bundy was arrested after

5   he was repeatedly asked to leave the closure area?

6     A.   Yes.

7     Q.   And he failed to comply with those orders to

8   leave the closure area, correct?

9     A.   That's correct.

10    Q.   Was he eventually processed and released from

11  federal custody with citations?

12    A.   Yes, he was.

13    Q.   On April 7th, as a result of that arrest, did

14  your investigation reveal anything relating to that

15  incident that was posted on social media?

16    A.   Yes, it did.

17    Q.   Can you just generally explain to the grand jury

18  what it is that your investigation revealed?

19    A.   On April 7th, our investigation revealed that

20  Dave H. Bundy, one of Cliven Bundy's sons that we just

21  spoke about, shared a photograph from Bailey-Bundy Logue's

22  status update on Facebook.  Bailey-Bundy Logue is one of

23  the Bundy sisters.  The caption was, "Two Snipers Pointed

24  at Us Just for Taking Pictures."  It was a three-part

25  photographic caption as depicted on the screen.  The first

GB.019622

1   part being two BLM law enforcement officers lying down in

2   what's called an over watch position.   Another on the lower

3   left portion of the screen appears to a BLM convoy going

4   through the desert on the way to Highway 170, and it

5   appears to be taken through a spotting scope, and then on

6   the bottom right, the BLM officers and their patrol

7   vehicles.

8                                    (Whereupon, Grand Jury

9                                    Exhibit 2 was identified for

10                                   the record.)

11          MS. AHMED.   For the record, what's displayed on

12   the screen is Grand Jury Exhibit 2.   It's a PowerPoint

13   presentation and that this is -- we're referring to slide

14   number 2.

15          BY MS. AHMED:

16       Q.   Agent Wooten, are the -- is the top photograph in

17   those three photographs that you just described, is that

18   top photograph to your knowledge, was it taken on April 6th

19   around the time of the Dave Bundy arrest?

20       A.   It appeared to be or just prior.

21       Q.   Now, to your knowledge, were there ever BLM

22   snipers pointed at any Bundy family members during the Dave

23   Bundy arrest?

24       A.   No, ma'am.

25       Q.   What is your understanding -- you used the term

GB.019623

1    over watch.   Were there officers in over watch positions

2    on April 6th when the Dave Bundy encounter was taking

3    place?

4         A.   Yes, ma'am.

5         Q.   Can you explain to the grand jury what the

6    officers were doing in that over watch position?

7         A.   They were basically providing early warning for

8    the officers that were actually contacting or talking to

9    Ryan Bundy and Dave Bundy just off of Highway 170.

10   Additionally, if those -- if something happened to those

11   officers and it was a very fluid situation, the officers in

12   the higher position could radio back to dispatch and get

13   more assistance as the officers down lower taking care of

14   whatever issue arose wouldn't have to do that.

15        Q.   Now can you explain to the grand jury also who

16   Bailey-Bundy Logue is?

17        A.   That is a daughter of Cliven Bundy and a sister

18   of Dave Bundy and Ryan Bundy.

19        Q.   Is it your understanding that this photograph was

20   shared on social media?

21        A.   Yes, ma'am.

22        Q.   With the label that had been placed on top of it?

23        A.   Yes, ma'am.

24        Q.   Now, on April 9th, did your investigation reveal

25   that there was another event that the grand jury will hear

 1   about in more detail later through other witnesses, but

 2   another event that included an encounter between Cliven

 3   Bundy's family members and BLM and other federal law

 4   enforcement officers?

 5        A.   Yes, ma'am.

 6        Q.   Can you indicate on Grand Jury Exhibit 24 where

 7   that April 9th incident occurred?

 8        A.   Here, just in the bend of the road off Highway

 9   170, on federal public lands in this yellow.

10        Q.   And on Grand Jury Exhibit 24, there's a box there

11   that says protest near egress point for demo convoy (ph.)

12   -- Ammon ATV and Margaret Houston incident, 4-9-2014?

13        A.   Yes, ma'am.

14        Q.   Is that correct?

15        A.   Yes, ma'am.

16        Q.   Now, is that where the incident involving Ammon

17   Bundy driving his ATV into a BLM convoy occurred?

18        A.   Yes, ma'am.

19        Q.   On April 9th, 2014?

20        A.   Yes, ma'am.

21        Q.   Now, going back to Grand Jury Exhibit 2, slide

22   number 2, based on your training and experience and your

23   investigation in this case, was the use by Bailey-Bundy

24   Logue of the word snipers meaningful in any particular way?

25        A.   Yes, ma'am, it was.

1    Q.   In what way?

2    A.   It connotes an offensive or aggressive posture

3  against anyone that opposes them.   Often snipers are in an

4  elevated position of advantage and they're equipped with

5  long-range weapons and magnified optics, which was not the

6  case in this photograph.

7    Q.   Through your investigation have you also come to

8  any understanding about various groups who view the federal

9  government a certain way who have -- who view that term

10 snipers as a charged term, so to speak?

11   A.   Yes, ma'am.

12   Q.   Can you explain that to the grand jury?

13   A.   The term sniper is seen as very aggressive and an

14 overbearing federal government exerting its will on a

15 subordinate populous.   Specifically, a federal government

16 sniper in this setting would be used to, in the view of an

17 anti-government agenda, be used to take out someone who

18 didn't agree with him.

19   Q.   Now turning back to Grand Jury Exhibit 22, which

20 is the map on the wall with the circles and which I'm also

21 displaying on the screen.   Now we referenced the fact that

22 there's Bureau of Land Management and the National Park

23 Service involved in the cattle gathering and removal

24 process in that impoundment.   Can you explain using this

25 map to the grand jury how the National Park Service fit

GB.019626

1  into this?

2      A.    The National Park Service started fitting in on

3  Cliven Bundy's feral trespass cattle herd expanded into an

4  area known as the New Trespass Lands.  This was the area

5  off the Bureau of Land Management administered lands and

6  down into the Lake Mead national recreation area, which is

7  depicted on the screen as a purplish tone.  Keep in mind

8  the darker blue is Lake Mead itself and then the purplish

9  color around it the Lake Mead national recreation area

10  administered by the National Park Service.

11      Q.    So judging from -- looking at this map is it

12  correct that Cliven Bundy's cattle had -- the trespass had

13  spread from an area relatively close to his property in the

14  Bunkerville area all the way down to Lake Mead?

15      A.    Yes, ma'am.

16      Q.    Thank you, Agent Wooten.

17          MS. AHMED.  I have no further questions for the

18  witness, but if the grand jury has questions, I welcome

19  them.

20          GRAND JURY FOREPERSON.  Anyone in the grand jury?

21  Go ahead.

22          GRAND JUROR.  In setting up the ICP, how did they

23  get there?  How was --

24          MS. AHMED.  Can you clarify --

25          GRAND JUROR.  How was the equipment moved to the

GB.019627

 1  ICP?

 2            WITNESS.  By truck, sir.

 3            MS. AHMED.  Can you just clarify for the record

 4  when you say equipment, whose equipment you're talking

 5  about?  The BLM or the third-part contractors or --

 6            GRAND JUROR.  Either, either.  I'm more

 7  interested in the method of access rather than the actual

 8  mode of transportation.  Are there roads in the area other

 9  than I-15?  Is there an exit there?

10            BY MS. AHMED:

11     Q.   To the extent your investigation has revealed its

12  information to you?

13     A.   Yes.  Here again is I-15.  Here, the ICP, and

14  what's labeled with these two rectangular flat boxes as

15  Post 1, there is a gravel pullout area and there's what's

16  called an unimproved road, which is just a flat place with

17  some gravel on it, and it winds in this upper territory

18  right here down into the wash, the Toquop Wash, which is a

19  little bit lower in elevation.

20            GRAND JUROR.  Okay.

21            BY MS. AHMED:

22     Q.   Is it your understanding that equipment brought

23  in by the BLM or their civilian contractors was brought in

24  from Interstate 15 and then onto that gravel road down into

25  the wash?

GB.019628

1       A.    Yes, ma'am.

2             GRAND JUROR.   Thank you.

3             GRAND JURY FOREPERSON.   Any other questions?

4             GRAND JUROR.   Yeah, on April 16th [sic], you

5    indicated Dave Bundy was arrested -- my notes are unclear -

6    - after failing to leave as instructed, federal lands?

7             WITNESS.   Yes, sir.

8             GRAND JUROR.   Can you elaborate?

9             WITNESS.   Yes, sir.

10            MS. AHMED.   Just to clarify the record, are you

11   saying April 6th or April 16th?

12            GRAND JUROR.   April 6th.

13            MS. AHMED.   Yeah, okay.

14            GRAND JUROR.   I believe -- yeah.   You were going

15   in chronological order.

16            MS. AHMED.   Correct.   I wasn't sure if you said

17   6th or 16th, but it's April 6th?

18            GRAND JUROR.   Sixth, yes.

19            MS. AHMED.   And what --

20            GRAND JUROR.   When Dave Bundy was arrested.

21            MS. AHMED.   And what is the question?

22            GRAND JUROR.   Could he elaborate on why he was

23   arrested?

24            BY MS. AHMED:

25       Q.   To the extent your investigation has revealed?

GB.019629

1      A.   I'm going to turn back to my notes here for the

2  specific charges.  As you'll hear about later, this whole

3  area that we're talking about was in what's called a

4  closure order, and that is federal public lands roughly

5  outlined here that's on the screen.  There was a federal

6  closure order that was published in the federal register.

7  Mr. Bundy was in violation of that closure order, meaning,

8  there was no one allowed in or out during that time unless

9  it had been previously coordinated.  And this is due to a

10  few reasons:  One is to low flying aircraft in the area;

11  two is the kind of feral and wild nature of the cattle,

12  especially once you get them in close proximity to each

13  other and crowded; and third is the veiled threats and

14  actual threats that you'll hear about later that came from

15  Cliven Bundy and his family and his followers.

16          On April 6th, 2014, Dave Bundy and others were on

17  the side of Highway 170 and they were within this closure

18  order.  The officers then, although the closure was posted

19  in numerous locations, went up and had a conversation with

20  them and they said that they're in violation of the closure

21  and they need to leave.  David Bundy, at that point,

22  refused to leave and he was taken into custody and he was

23  later released on citations.

24          And I can tell you what those citations were if

25  it pleases the grand jury?  One citation was obstruction a

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

GB.019630

1    federal court order.   The other was refusing to disperse,

2    and then a third was resisting arrest for

3    citation/interfering.

4        Q.   And just to expound upon this event, can you

5    explain to the grand jury where was -- well, just

6    generally, State Route 170 was open to through traffic,

7    even though it was in the closure area, correct?

8        A.   If there was -- State Route 170 was always open

9    to through traffic, that's correct.

10       Q.   Was it only where the traffic stopped that the

11   BLM had any concerns about the potential safety to its

12   convoy, correct?

13       A.   Yes, ma'am.

14       Q.   Now, at the time that the BLM officers contacted

15   Dave Bundy, was there a convoy coming -- about to come out

16   near where Dave Bundy was located?

17       A.   Yes.

18       Q.   Can you explain to the grand jury where the

19   convoy -- what the convoy was, actually?

20       A.   It was a convoy of numerous federal civilian

21   workers.  And I believe going off memory, there were

22   contract workers there, as well, and then BLM law

23   enforcement that were escorting those workers.

24       Q.   Now, were they actually working in the areas off

25   -- looking at this map kind of to the southeast of the spot

1    on 170 where Dave Bundy was encountered?

2        A.   Yes, ma'am.

3        Q.   Now, and at the time that he was encountered,

4    were they actually -- that convoy, was it about to emerge

5    back onto 170?

6        A.   Yes, ma'am.

7        Q.   Now, at the time that Dave Bundy was encountered,

8    is it correct that there were Bundy family members and

9    followers in vehicles that were positioned on either side

10   of that dirt road leading back to 170?

11       A.   Specifically, my investigation has indicated that

12   they were along Highway 170 and at some points, parked in

13   the road obstructing traffic.

14       Q.   Was Ryan Bundy also contacted around the time

15   that Dave Bundy was contacted?

16       A.   Yes, at the exact same time Ryan Bundy was parked

17   in the middle of the road and then backing down the road

18   for long distances and then moving forward, generally

19   obstructing any traffic on Highway 170.

20       Q.   Now, was the last time that Ryan Bundy had been

21   seen by federal enforcement officers, that encounter with

22   Agent Swanson that you described earlier where he was

23   spotted with the firearm?

24       A.   The last time he was seen was when he eluded BLM

25   Special Agent Scott Swanson, refused to stop.  And then

GB.019632

1    prior to that, he had been spotted with an open carry

2    firearm.

3        Q.   Was the presence of Ryan Bundy on scene as the

4    convoy was about to come back out onto State Route 170 in

5    light of that prior -- those prior encounters, did that

6    raise the officers' awareness as to the potential for

7    violence?

8        A.   Yes, it was especially concerning knowing that

9    Ryan Bundy, number one, had failed to yield to a law

10   enforcement vehicle or a law enforcement stop, and then

11   that he was for sure armed, as well.

12       Q.   Now, you indicated that Ryan Bundy was actually

13   contacted at the exact same time that officers were talking

14   to Dave Bundy?

15       A.   Yes.

16       Q.   Where was his vehicle physically located when the

17   officers contacted Ryan Bundy?

18       A.   On the road, side by side with Dave Bundy.  I

19   mean, the same proximity.

20       Q.   And the vehicle was actually in the middle of the

21   roadway, correct?

22       A.   Yes.

23       Q.   Now, on that stretch of State Route 170, are the

24   travel lanes -- is it one lane going in each direction?

25       A.   Yes, it is.

GB.019633

1      Q.   And then a small shoulder on either side,

2  correct?

3      A.   Yes, as I recall.

4      Q.   Now, was Ryan Bundy's vehicle's location

5  essentially blocking any ability by the convoy to go left

6  coming off of the dirt road back toward the ICP since his

7  vehicle was in the middle of the roadway?

8      A.   Yes.

9      Q.   Now, when the BLM contacted Ryan Bundy, what was

10 the end result of that contact?  Did he eventually move?

11     A.   He did.  He eventually complied and moved out of

12 the area.

13     Q.   Did they essentially ask him to please move?

14     A.   Yes.

15     Q.   Did the BLM officers ask David Bundy to move, as

16 well?

17     A.   Yes, they did.

18     Q.   And again, his vehicle -- he was standing right

19 next to his vehicle at the time, correct?

20     A.   Yes.

21     Q.   Did they make that request to Dave Bundy more

22 than once?

23     A.   Yes.

24     Q.   Did he ever address the BLM or officers' requests

25 that he leave?

GB.019634

1      A.   He never left.

2      Q.   When the officers -- did the officers advise

3  David Bundy that this was a closure area and that they were

4  working pursuant to court orders?

5      A.   Yes.

6      Q.   Did an officer then go up to Dave Bundy?

7      A.   Yes.

8      Q.   Did a officer [sic] go up to Dave Bundy?

9      A.   Yes, two officers.

10     Q.   When the officers went up to Dave Bundy, did they

11  again ask him to comply with their request to leave the

12  area?

13     A.   Yes.

14     Q.   Did he comply?

15     A.   No.

16     Q.   Was it at that point that he was taken into

17  custody?

18     A.   Yes.

19          MS. AHMED.   Any other questions on the April 6th

20  event?

21          (No response)

22          MS. AHMED.   Any other questions for this witness?

23          GRAND JUROR.   I think there was something about

24  the contractor that was going to sell the cattle and there

25  was some sort of thing that they would sell unclaimed

GB.019635

1    cattle if cattle would go unclaimed, and so I was kind of

2    confused by that.

3           MS. AHMED.   And just to clarify, we will have --

4    be presenting witnesses to you that will go into further

5    depth about those two contractors, the relationships and

6    their involvement in this investigation.   You can sit down.

7           BY MS. AHMED:

8       Q.   But to the extent that you're able to elaborate

9    on that unclaimed -- what you meant by that term, can you

10   explain to the grand jury?

11      A.   Well, Cliven Bundy claimed all marked and

12   unmarked cattle.   So, in essence, there was no really

13   unclaimed cattle.   There were cattle that weren't branded

14   and cattle that didn't have a registered earmark, which is

15   just a notch cut out of a cow's ear to help you identify a

16   cow in the event something has happened to the brand, but

17   Cliven claimed both the marked ones, which a rancher

18   normally would, and then the unmarked ones, as well.   So,

19   in essence, there were really no unclaimed cattle.

20      Q.   Well, I think we may have used the term claimed

21   and unclaimed in a couple of different ways.   So what --

22   Agent Wooten, what you're saying is that Cliven Bundy

23   claimed ownership of all cattle that bore his brand as well

24   as cattle that had no brands at all that were in that area

25   depicted on Grand Jury Exhibit 22?

GB.019636

1     A.   Yes, ma'am.

2     Q.   Now, in terms of the cattle that were going to be

3 shipped to auction at R Livestock, is it correct that the

4 BLM through its regulations would give Cliven Bundy an

5 opportunity every time they gathered his cattle, that they

6 would give him an opportunity to actually come and address

7 the trespass with the agency and then he could

8 theoretically reclaim his cattle?

9     A.   Yes, that's correct.

10    Q.   And is that what you mean when you said unclaimed

11 cattle that the auction house would then sell?

12    A.   Yes.

13    Q.   But it's the cattle that --

14    A.   And I can elaborate on that.  Once those cattle

15 went to the auction house and Cliven Bundy would have the

16 ability to come and pick up those cattle and then pay a fee

17 for those cattle, not the cost of the cattle, just the fee

18 for collection, and then other administrative fees that

19 you'll get spoken to later in regards to a trespass and

20 things of that nature.  But anyway, they would pay for, in

21 essence, the cost of the impound, and then Cliven Bundy

22 would be given his cattle back at that point.  If he never

23 came to the auction house and he never made an attempt to

24 go pick his cattle back up, then eventually, those cattle

25 would be sold at auction.

GB.019637

1      Q.    And when you say go pick his cattle back up,

2  you mean to comply with the regulations that were laid out

3  that would allow him to then take the cattle from the BLM?

4      A.    Yes, ma'am.

5      Q.    And all of that -- is it correct that the BLM

6  provided notices to Cliven Bundy as they were gathering his

7  cattle advising him of the steps that he could take to get

8  those cows back?

9      A.    Yes, ma'am, by certified letter.

10          MS. AHMED.  Any other questions for this witness?

11          GRAND JURY FOREPERSON.  I have a question.  When

12  Ryan Bundy went in and impeded that auction at R Livestock,

13  they weren't auctioning off any of the cattle that was

14  rounded up on the Bundy and other areas?

15          WITNESS.  No, ma'am, they were not.  This was

16  previous to that --

17          GRAND JURY FOREPERSON.  This was --

18          WITNESS.  And they were basically doing a protest

19  in order to disrupt Scott Robbins weekly cattle sale.

20          GRAND JURY FOREPERSON.  Okay, thank you.

21          BY MS. AHMED:

22      Q.    And just to clarify, that event that you

23  discussed happened on April 7th, and the BLM actually began

24  gathering Bundy's cattle on April 5th, correct?

25      A.    Yes.  They just -- no cattle had actually made it

1     to the auction yard at that point.

2              GRAND JURY FOREPERSON.  Right, okay.  Thank you.

3              Any other questions?

4              MS. AHMED.  I'm sorry, it occurred on April 2nd,

5     that event and then the impound started on April 5th.

6              GRAND JURY FOREPERSON.  The other one, yeah.

7              Any other questions from the grand jury?  Go

8     ahead.

9              GRAND JUROR.  Just to clarify since I didn't have

10    it in my notes, the date that Ryan Bundy and others were

11    impeding the cattle auction, that was April 2nd?

12             WITNESS.  April 2nd, yes.

13             GRAND JUROR.  Thank you.

14             MS. AHMED.  And you'll hear evidence that --

15             BY MS. AHMED:

16    Q.    And Agent Wooten, is it correct that Ryan Bundy

17    then went back to R Livestock on April 9th, as well?  To

18    the extent you know.  If not, then the grand jury will be

19    hearing from other witnesses on this event on R Livestock.

20    A.    Right now, I don't have Ryan Bundy noted as going

21    back to R Livestock on April 9th.

22    Q.    Now, with respect to April 2nd, Ryan Bundy and

23    his followers that showed up at R Livestock on April 2nd,

24    they were actually there looking for Bundy cattle, correct?

25    A.    I'm not sure.

GB.019639

1     Q.   Ryan Bundy and his followers, to your

2 knowledge, did they know whether Bundy cattle were present

3 at the auction house?

4     A.   They didn't know at that time to my knowledge.

5     Q.   And, in fact, they did more than protest,

6 correct, they actually disrupted R Livestock's business?

7     A.   They did, yes, ma'am.

8     Q.   Now, and Ryan Bundy also, as you mentioned

9 earlier, he made statements that it was his intention, if

10 necessary, to use force at R Livestock to get Bundy cattle

11 back?

12     A.   Yes, ma'am.

13        MS. AHMED.  Any other questions?

14        GRAND JUROR.  Yeah, can you give us details on

15 how he disrupted the auction on April 2nd?

16        WITNESS.  The reports I read are a little vague

17 on that.  It appears that he went into --

18        MS. AHMED.  Sorry, I don't mean interrupt, but we

19 will have witnesses who will go into great depth about

20 these events and, you know, you're welcome to answer to the

21 extent you know, but there will be witnesses who can go in

22 greater depth about these events brought before you in just

23 a couple weeks.

24        Do you want him to go on and answer it or --

25        WITNESS.  I can do it real quick.

GB.019640

1          GRAND JUROR.  No, any information he can --

2          MS. AHMED.  Feel free to --

3          GRAND JUROR.  He said that they were disrupted.

4    I was just curious if you had any details you could

5    provide.

6          WITNESS.  Yes, several protestors remained in the

7    parking lot and almost what you would akin to, you know,

8    picketing.  And they partially and completely from times

9    blocked the entrance into the parking lot.  And then

10   several of them, to include Ryan Bundy, went inside and

11   just their presence in that area and their interaction with

12   the others and their protests stopped the auction for a

13   period of time.

14         BY MS. AHMED:

15   Q.    Did they actually -- while the auctioneer was

16   doing his auctioning, were the followers or Ryan Bundy and

17   his followers actually speaking to the customers who were

18   sitting in attendance at the auction?

19   A.    That's what this investigation indicated.

20         WITNESS.  Yes, sir.

21         GRAND JUROR.  The -- so in '98, when, I guess,

22   the court order about the Bunkerville Allotment -- the

23   outline indicates the Bunkerville Allotment, but the

24   National Park lands initially wasn't included in that

25   allotment, in the Bunkerville Allotment, is that correct?

GB.019641

1          WITNESS.  That's correct.  However, this

2   outline indicates the whole Bunkerville Allotment and New

3   Trespass area now.  The Bunkerville Allotment generally is

4   just an area to the northeast and kind of around Cliven

5   Bundy's residence and not down into the Lake Mead National

6   Recreation Area or those other BLM lands to the south.

7          GRAND JUROR.  So is it fair to say that if I take

8   that outline and if I just draw purple around it, that

9   would be the Bunkerville Allotment?  Or is there -- is

10  that --

11         WITNESS.  No, not necessarily.  The Bunkerville

12  Allotment was smaller than the brown that you see in the

13  outline.

14         GRAND JUROR.  Was there -- I don't know if you

15  can answer this question, but was there any indication that

16  Bundy had attempted to move his cattle out of that

17  Bunkerville Allotment from the court order?  Did he just

18  continue to have his cattle where they are and then all of

19  a sudden they started going into that additional locations

20  [sic]?

21         MS. AHMED.  To the -- I would just preface that

22  with to the extent that you have an understanding of this,

23  based on your investigation, of how the cattle spread in

24  the area, then feel free to answer.

25         WITNESS.  There was no indication in this

GB.019642

1    investigation that he ever attempted to move the cattle

2    out in order to comply with the court order.   However, he

3    did move cattle out from time to time to sell.   Once he got

4    them trapped and then gathered, then he would sell them.

5    So in that sense, he did move cattle, but not in order to

6    be in compliance with the court order.

7            BY MS. AHMED:

8        Q.   Can you explain to the grand jury your

9    understanding of how the cattle ended up spreading

10   throughout the area depicted in Grand Jury Exhibit 22?

11       A.   This investigation has indicated that as Lake

12   Mead has receded and then just generally along Lake Mead

13   there is green vegetation, that the cattle found their way

14   more south and more west to take advantage of that green

15   vegetation along Lake Mead.   So it was a natural process of

16   dispersion.

17       Q.   Did Cliven Bundy, to your knowledge, do anything

18   to stop the spread of his cattle to the New Trespass Lands?

19       A.   No, ma'am.

20            GRAND JUROR.   And basically then he -- the court

21   order about the New Trespass Lands was because of the fact

22   that they had spread into the National Park Service land,

23   that that came about?

24            WITNESS.   Yes, sir.   And that previous court

25   order only covered the Bunkerville Allotment, so the new

GB.019643

1   court order was required to cover the New Trespass Lands.

2   Yes, sir.

3           GRAND JURY FOREPERSON.  Go ahead.

4           GRAND JUROR.  Yes, sir, two questions for you.

5   Prior to 1998, did Cliven Bundy make payments for grazing

6   during your investigation?

7           WITNESS.  Yes, sir.

8           GRAND JUROR.  He did make payments?

9           WITNESS.  Yes, sir.

10          GRAND JUROR.  And then my second question is the

11  Bunkerville Allotment, which took place I guess during --

12  after 1998, did that only cover for this particular area or

13  did it cover the whole state of Nevada?

14          MS. AHMED.  Are you speaking about the 1998

15  judgment or --

16          GRAND JUROR.  No, I'm talking about the new

17  Bunkerville Allotment.

18          MS. AHMED.  Or the New Trespass Lands, is that

19  what you're asking about?

20          GRAND JUROR.  It was small and got big.  That's

21  what I'm getting at.

22          WITNESS.  The small was the Bunkerville Allotment

23  and then it got big to include the New Trespass Lands.

24          GRAND JUROR.  Okay.  So did that particular

25  change just happen in Bunkerville area or did it happen

GB.019644

1  throughout the state of Nevada?

2          WITNESS.  No, just here in the Bunkerville area.

3          GRAND JUROR.  So just here?

4          MS. AHMED.  Well, I don't know that I understand

5  the question, so I'm not sure what --

6          GRAND JUROR.  My question is let's say --

7          MS. AHMED.  Like are you wondering the allotment

8  was no longer called an allotment or --

9          GRAND JUROR.  No, my question is why did the

10  allotment change, the grazing area change only in

11  Bunkerville, not throughout the state of Nevada?

12          MS. AHMED.  I don't know --

13          BY MS. AHMED:

14      Q.   To the extent you are actually aware of whether

15  or not anything else changed in the state of Nevada or, I

16  mean, exclusively in Bunkerville?

17      A.   I'm only aware of this one.

18          GRAND JUROR.  Only this one, okay.

19          BY MS. AHMED:

20      Q.   So in terms of the court orders, just to clarify

21  what we're talking about, now the 1998 order only addressed

22  the cattle in the Bunkerville Allotment, because that's

23  generally where Cliven Bundy trespass cattle were found on

24  public lands as of that time, correct?

25      A.   Yes, ma'am.

GB.019645

1    Q.   Now, the reason that the 2013 order addressed

2  the New Trespass Lands, which is that greater area depicted

3  in Grand Jury Exhibit 22, is simply because that's where

4  the cattle had wandered out to, correct?

5    A.   Yes, ma'am.

6    Q.   That wasn't a change that was forced by the BLM,

7  correct?  That was just where the cattle had gone?

8    A.   Correct, that's just where they ended up.

9          MS. AHMED.  Any other questions?  Go ahead.

10         GRAND JUROR.  Yeah, to be clear, the New Trespass

11  area was never established as a grazing area nor were fees

12  demanded or paid by Cliven Bundy?  It was just an area that

13  was declared the New Trespass area, that's where the cattle

14  were in violation of -- well, they were trespassing

15  illegally?

16         MS. AHMED.  Correct.

17         GRAND JUROR.  There was no previous agreement

18  either '98 and before or '98 and after that the cattle

19  could graze there?

20         MS. AHMED.  Correct, but Cliven Bundy -- well,

21  excuse me.

22         BY MS. AHMED:

23    Q.   Agent Wooten, I think the question is did Cliven

24  Bundy ever have authority from the BLM to answer the -- or

25  to graze his cattle in any area depicted in Grand Jury

GB.019646

1    Exhibit 22 that's not a part of that Bunkerville

2    Allotment?

3        A.    Not that this investigation indicated at all.

4              GRAND JUROR.   Thank you.

5              GRAND JURY FOREPERSON.   Any further questions?

6              No further questions.   Thank you.   You can be

7    excused.

8              (Whereupon, the witness was excused at

9    2:30 p.m. on September 2, 2015.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

GB.019647

1

## C E R T I F I C A T E

2

3          I hereby certify that the foregoing is a true and

4   accurate transcript, to the best of my skill and ability,

5   from my reporting notes of this proceeding.

6

7

8   September 16, 2015                    _____
    Date                                  Bonnie Terry
9                                         Court Reporter

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

GB.019648